IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) GREAT LAKES INSURANCE SE

Plaintiff(s),

v.   Case No. CIV-22-702-JD

(2) FREDY VALLE d/b/a VALLE TRUCKING;
(3) SILVER STAR CONSTRUCTION COMPANY, INC.; (4) TYLON MACKEY; (5) ISRAEL JUAREZ; (6) ORD TRUCKING, INC.;

Defendant(s)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, GREAT LAKES INSURANCE SE.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Michael S. Linscott    8/16/22
Signature                 Date

Michael S. Linscott
Print Name

Doerner Saunders Daniel & Anderson
Firm

Two West Second Street, Suite 700
Address

Tulsa,          OK           74103
City            State        Zip Code

(918) 591-5288
Telephone

mlinscott@dsda.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on August 16, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Michael S. Linscott
s/ Attorney Name