IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) GREAT LAKES INSURANCE SE

      Plaintiff(s),

v.               Case No. CIV-22-702-JD

(2) FREDY VALLE d/b/a VALLE TRUCKING; (3) SILVER STAR CONSTRUCTION COMPANY, INC.; (4) TYLON MACKEY; (5) ISRAEL JUAREZ; (6) ORD TRUCKING, INC.;

      Defendant(s)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for:

__Plaintiff__, __GREAT LAKES INSURANCE SE__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ __Emily E. Allan__    __08/16/2022__
Signature        Date

__Emily E. Allan__
Print Name

__Doerner Saunders Daniel & Anderson__
Firm

__210 Park Avenue, Suite 1200__
Address

__Oklahoma City,__   __OK__   __73102__
City    State    Zip Code

__(405) 319-3500__
Telephone

__eallan@dsda.com__
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on August 16, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Emily E. Allan
s/ Attorney Name