# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE <br><br> Plaintiff(s), <br><br> v. <br> (2) FREDY VALLE d/b/a VALLE TRUCKING; <br> (3) SILVER STAR CONSTRUCTION COMPANY, INC.; (4) TYLON MACKEY; (5) ISRAEL JUAREZ; (6) ORD TRUCKING, INC.; <br> Defendant(s). | Case No. CIV-22-702-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Fredy Valle d/b/a Valle Trucking
2449 SW 90th Street
Oklahoma City, OK 73159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK  74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:50 am, Aug 17, 2022
CARMELITA REEDER SHINN, Clerk
By: *Nira Murphey*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-22-702-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE <br><br> Plaintiff(s), <br><br> v. <br> (2) FREDY VALLE d/b/a VALLE TRUCKING; (3) SILVER STAR CONSTRUCTION COMPANY, INC.; (4) TYLON MACKEY; (5) ISRAEL JUAREZ; (6) ORD TRUCKING, INC.; <br> Defendant(s). | Case No. CIV-22-702-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Silver Star Construction Company, Inc.
c/o Registered Agent, Sean Reiger
136 Thompson Drive
Norman, Oklahoma 73069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK  74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
**7:50 am, Aug 17, 2022**
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-22-702-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE<br><br>Plaintiff(s),<br><br>v.<br>(2) FREDY VALLE d/b/a VALLE TRUCKING;<br>(3) SILVER STAR CONSTRUCTION<br>COMPANY, INC.; (4) TYLON MACKEY; (5)<br>ISRAEL JUAREZ; (6) ORD TRUCKING, INC.;<br>Defendant(s). | Case No. CIV-22-702-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tylon Mackey
22644 Aes Road
Spiro, Oklahoma 74959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK 74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
**7:50 am, Aug 17, 2022**
CARMELITA REEDER SHINN, Clerk

By: *[signature]*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-22-702-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE <br><br> Plaintiff(s), <br><br> v. <br> (2) FREDY VALLE d/b/a VALLE TRUCKING; <br> (3) SILVER STAR CONSTRUCTION COMPANY, INC.; (4) TYLON MACKEY; (5) ISRAEL JUAREZ; (6) ORD TRUCKING, INC.; <br> Defendant(s). | Case No. CIV-22-702-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Israel Juarez
433 South East 46th Street
Oklahoma City, Oklahoma 73129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK  74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:50 am, Aug 17, 2022
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-22-702-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | | |
|---|---|---|
| (1)  GREAT LAKES INSURANCE SE<br><br><br>Plaintiff(s),<br>v.<br>(2) FREDY VALLE d/b/a VALLE TRUCKING;<br>(3) SILVER STAR CONSTRUCTION COMPANY, INC.; (4) TYLON MACKEY; (5) ISRAEL JUAREZ; (6) ORD TRUCKING, INC.;<br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-22-702-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ORD Trucking, Inc.
c/o Registered Agent, Jesus Ordonez Vasquez
2536 SW 56th Street
Oklahoma City, OK 73119

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK  74103-3117

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:50 am, Aug 17, 2022
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-22-702-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE <br><br> Plaintiff(s), <br><br> v. <br> (2) FREDY VALLE d/b/a VALLE TRUCKING; <br> (3) SILVER STAR CONSTRUCTION <br> COMPANY, INC.; (4) TYLON MACKEY; (5) <br> ISRAEL JUAREZ; (6) ORD TRUCKING, INC.; <br> Defendant(s). | Case No. CIV-22-702-JD |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Zurich American Insurance Company
4 World Trade Center
150 Greenwich Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK  74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:50 am, Aug 17, 2022
CARMELITA REEDER SHINN, Clerk

By: *[signature]*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-22-702-JD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: