# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE, )<br> )<br>          Plaintiff, )<br> )<br>v.                                                       )<br> )<br>(2) FREDY VALLE d/b/a VALLE TRUCKING;)<br>(3) SILVER STAR CONSTRUCTION )<br>    COMPANY, INC.; )<br>(4) TYLON MACKEY; )<br>(5) ISRAEL JUAREZ; )<br>(6) ORD TRUCKING, INC.; )<br>(7) ZURICH AMERICAN INS. CO. )<br> )<br>          Defendants. ) | Case No. CIV-22-702-JD |

## CORPORATE DISCLOSURE STATEMENT BY DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.

Pursuant to Fed. R. Civ. P. Rule 7.1 and LCvR 7.1.1, Defendant Silver Star Construction Company, Inc., states that it is an Oklahoma Corporation that it is a wholly owned subsidiary of the Silver Star Construction Holdings, Inc. Silver Star Construction Holdings, Inc., is privately held Oklahoma Corporation. There not any publicly held corporation(s) owing 10% or more of Defendant Silver Star Construction Holdings, Inc.'s stock.

Dated this 9th day of September, 2022.

        Respectfully submitted,

        /s/ J. Chris Horton_____
        J. Chris Horton, OBA#19334
        J. CHRIS HORTON, PC
        P.O. Box 576
        El Reno, OK 73036
        Telephone:  405-317-4423
        jchrishorton@live.com
        *ATTORNEY FOR DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael Linscott, mlinscott@dsda.com
Brian M. Keester, bkeester@dsda.com
Emily E. Allan, eallan@dsda.com
**ATTORNEYS FOR PLAINTIFF GREAT LAKES INSURANCE SE**

        /s/ J. Chris Horton_____
        J. Chris Horton