## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-00702-JD ) |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; ISRAEL JUAREZ; ORD TRUCKING, INC.; and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER

A review of the filings in this case reveals that Plaintiff Great Lakes Insurance SE has not filed a Corporate Disclosure Statement. *See* Fed. R. Civ. P. 7.1(b)(1) (requiring a party to file a disclosure statement); *see also* LCvR7.1.1 (describing the requirements for a disclosure statement for unincorporated entities).

This Court therefore ORDERS Plaintiff Great Lakes Insurance SE to file within 7 days of this Order its Corporate Disclosure Statement in compliance with Federal Rule 7.1 and Local Civil Rule 7.1.1.

IT IS SO ORDERED this 16th of September 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE