IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. CIV-22-00702-JD |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; ISRAEL JUAREZ; ORD TRUCKING, INC.; and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## SHOW CAUSE ORDER

Plaintiff is ordered to show cause why it has not complied with the Court's order of September 16, 2022 ("Order") [Doc. No. 8]. That Order directed Plaintiff Great Lakes Insurance SE to file its Corporate Disclosure Statement in compliance with Federal Rule 7.1 and Local Civil Rule 7.1.1, on or before September 23, 2022.

The Court therefore **ORDERS** Plaintiff to show cause by **Friday, September 30, 2022**, why it has not complied with the Court's Order and why this action should not be dismissed for failure to comply with a court order. Alternatively, in lieu of filing a show-cause response, the Plaintiff may comply with the missed deadline and requirement by filing its Corporate Disclosure Statement by **September 30, 2022**, meeting the requirements previously set forth in the Order. *See* [Doc. No. 8].

The Court warns Plaintiff that failure to comply with the Court's Orders could result in sanctions, including the dismissal of this action without prejudice by the Court without further warning. *See* Fed. R. Civ. P. 16(f), 41(b).

IT IS SO ORDERED this 27th day of September 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE