IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE,<br><br>  Plaintiff,<br><br>v.<br><br>(2) FREDY VALLE d/b/a VALLE TRUCKING;<br>(3) SILVER STAR CONSTRUCTION COMPANY, INC.;<br>(4) TYLON MACKEY;<br>(5) ISRAEL JUAREZ;<br>(6) ORD TRUCKING, INC.;<br>(7) ZURICH AMERICAN INS. CO.<br><br>  Defendants. | Case No. CIV-22-702-JD |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**
<u>**GREAT LAKES INSURANCE SE**</u>

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

<u>Great Lakes Insurance SE</u>

who is a (check one)  ☑ PLAINTIFF  ☐ DEFENDANT in this action, makes the following disclosure:

**1.   Is party a publicly held corporation or other publicly held entity:**

  (check one)  ☐ YES  ☑ NO

**2.   Does party have any parent corporations?**

1

(check one) ☑ YES ☐ NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Munich Reinsurance Company, publicly traded on DAX

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (check one) ☑ YES ☐ NO

   If yes, identify all such owners:

   Munich Reinsurance Company, publicly traded on DAX

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation?**

   (check one) ☐ YES ☑ NO

   If yes, identify entity and nature of interest:

5. **Is party a trade association?**

   (check one) ☐ YES ☑ NO

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Dated: September 27, 2022

        Doerner, Saunders, Daniel & Anderson, L.L.P.

        By: /Emily E. Allan
        Michael Linscott, OBA No. 17266
        Brian M. Keester, OBA No. 33208
        Two West Second Street, Suite 700
        Tulsa, OK  74103-3117
        Telephone 918.591.5288
        Facsimile 918.925.5288
        Email:  mlinscott@dsda.com
                bkeester@dsda.com

        -and-

        Emily E. Allan, OBA No. 33456
        210 Park Avenue, Suite 1200
        Oklahoma City, OK 73102
        Telephone: 405-898-8653
        Fax: 405-898-8683
        Email: eallan@dsda.com
        ***Attorneys for Plaintiff Great Lakes Insurance SE***

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on September 27, 2022, I electronically transmitted the above document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System, including all counsel of record.

        /Emily E. Allan

6127286.1

3