## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>(2) FREDY VALLE d/b/a VALLE TRUCKING;)<br>(3) SILVER STAR CONSTRUCTION  )<br>    COMPANY, INC.;  )<br>(4) TYLON MACKEY;  )<br>(5) ISRAEL JUAREZ;  )<br>(6) ORD TRUCKING, INC.;  )<br>(7) ZURICH AMERICAN INS. CO.  )<br>  )<br>  Defendants.  ) | Case No. CIV-22-702-JD |

### DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.'S MOTION FOR ORDER SEALING DOCUMENT

Defendant Silver Star Construction Company, Inc. (hereinafter "Silver Star Construction"), inadvertently filed Document Number 6, Exhibit Number 6-2 (Hauling Service Agreement), in this case without redaction of certain information within the scope of Fed.R.Civ.P. 5.2(a). Defendant Silver Star Construction moves for entry of an order sealing the cument Number 6, Exhibit Number 6-2 (Hauling Service Agreement). Defendant Silver Star Construction states that a redacted version of said document (Document Number 12, Exhibit Number 12-2) has been filed with the Court Clerk and, therefore, the refiling of the indicated document may not be necessary. Defendant Silver Star Construction further states that a proposed order will be submitted pursuant to §II(G)(2) of the ECF Policies and Procedures Manual.

1

Respectfully submitted,

/s/ J. Chris Horton_____
J. Chris Horton, OBA#19334
J. CHRIS HORTON, PC
P.O. Box 576
El Reno, OK 73036
Telephone: 405-317-4423
jchrishorton@live.com
*ATTORNEY FOR DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System, including all counsel of record.

/s/ J. Chris Horton_____
J. Chris Horton