IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FREDY VALLE, doing business as  )<br>Valle Trucking; SILVER STAR  )<br>CONSTRUCTION COMPANY, INC.;  )<br>TYLON MACKEY; ISRAEL JUAREZ;  )<br>ORD TRUCKING, INC.; and ZURICH  )<br>AMERICAN INSURANCE  )<br>COMPANY,  )<br>  )<br>        Defendants.  ) | Case No. CIV-22-00702-JD |

## ORDER

Before the Court is Defendant Silver Star Construction Company, Inc.'s ("Silver Star") Motion for Order Sealing Document ("Motion"). [Doc. No. 13]. The Motion seeks to seal an exhibit attached to Silver Star's original answer [Doc. No. 6], which contains Defendant Fredy Valle's social security number and EIN number within Exhibit 2 [Doc. No. 6-2].

The Court GRANTS the Motion. The Clerk of Court is directed to seal Exhibit 2 [Doc. No. 6-2] of Silver Star's Answer to Plaintiff's Complaint for Declaratory Judgment [Doc. No. 6]. Counsel for Defendant Silver Star has already refiled with the appropriate redactions. *See* [Doc. Nos. 12, 12-2].

IT IS SO ORDERED this 11th day of October 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE