| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Jesus OrL   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>  J c~                              8/9/22 |
| 1. Article Addressed to:<br><br>ORD Trucking, Inc.<br>c/o Registered Agent, Jesus Ordonez Vasquez<br>2536 SW 56th Street<br>Oklahoma City, OK 73119 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6307 0274 1930 71 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)  |  ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 2450 0002 1194 0858 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                                Domestic Return Receipt



U.S. Postal Service™  21510.23 SEAL   KMS
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7020 2450 0002 1194 0858

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark Here — AUG 17 2022 — OKLAHOMA CITY OK 73102 USPS

Postage
$
Total Postage and Fees
$

Sent To: ORD Trucking, Inc.
Street: c/o Registered Agent, Jesus Ordonez Vasquez
City, S: 2536 SW 56th Street
Oklahoma City, OK 73119

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

EXHIBIT 1



21510.23 22A/KMS