

7020 2450 0002 1194 0827

**U.S. Postal Service™** 21516.23 EZ/A/ EWS
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
**Total Postage and Fees**
$

Postmark Here
CENTER CITY STATION
AUG 17 2022
OKLAHOMA CITY OK 73102 USPS

*Sent To* Zurich American Insurance Company
*Street a* 4 World Trade Center
150 Greenwich Street
*City, Sta* New York, NY 10007

**PS Form 3800, April 2015** PSN 7530-02-000-9047 **See Reverse for Instructions**

EXHIBIT 2

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70202450000211940827

Remove ✕

Your item has been delivered to an agent for final delivery in NEW YORK, NY 10007 on August 22, 2022 at 2:40 pm.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered to Agent for Final Delivery

August 22, 2022 at 2:40 pm
NEW YORK, NY 10007

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 22, 2022, 2:40 pm
Delivered to Agent for Final Delivery
NEW YORK, NY 10007
Your item has been delivered to an agent for final delivery in NEW YORK, NY 10007 on August 22, 2022 at 2:40 pm.

August 21, 2022
In Transit to Next Facility

August 20, 2022, 11:20 pm
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

August 20, 2022, 2:29 pm
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

August 18, 2022, 9:22 pm
Departed USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

August 17, 2022, 9:35 pm
Arrived at USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

---

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

---

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**