

7020 2450 0002 1194 0865

**U.S. Postal Service™** 2510.23 2eA/ KMS

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee<br>$ | CENTER CITY STATION<br>OKLAHOMA CITY OK 73102 USPS<br>AUG 17 2022<br>Postmark Here |
| Extra Services & Fees *(check box, add fee as appropriate)*<br>☐ Return Receipt (hardcopy) $<br>☐ Return Receipt (electronic) $<br>☐ Certified Mail Restricted Delivery $<br>☐ Adult Signature Required $<br>☐ Adult Signature Restricted Delivery $ | |
| Postage<br>$ | |
| **Total Postage and Fees**<br>$ | |

*Sent To*
Fredy Valle d/b/a Valle Trucking

*Street a*
2449 SW 90th Street

*City, St*
Oklahoma City, OK 73159

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT 3

**DOERNER | SAUNDERS**
**DANIEL & ANDERSON** LLP LAWYERS
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

Fredy Valle d/b/a Valle Trucking
2449 SW 90th Street
Oklahoma City, OK 73159

Certified Mail
Return Receipt Requested

AMK

NIXIE  731  CC 1  RETURN TO SENDER

---

**UNITED STATES POSTAL SERVICE** — We ReDeliver for You!

Download Informed Delivery® APP to manage your redeliveries.

### Sorry we missed you while you were out.

Date: _____

The item was sent by: _____

It was sent to: _____

At this address: _____

### About the missed delivery:

It was a:

____ Package  ____ Letter  ____ Large envelope

☐ Parcel Locker Eligible

Available for pickup date: _____

____ must be 18+ years old  ____ must be 21+ years old

☐ Other: _____

**Please see reverse to schedule redelivery or pickup.**
PS Form 3849, February 2021

---

**Certified Mail**
7020 2450 0000 1194 0865

Fwd 8-19

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fredy Valle d/b/a Valle Trucking
2449 SW 90th Street
Oklahoma City, OK 73159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery

2. Article Number (Transfer from service label)
9590 9402 6307 0274 1930 64
7020 2450 0000 1194 0865

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt