

EXHIBIT 4

FIRST-1-CLASS MAIL
IMI
**$017.20**
08/17/2022 ZIP 73102
043M302177781
quadient

**DOERNER | SAUNDERS**
**DANIEL & ANDERSON**
LLP LAWYERS

210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

Tylon Mackey
22644 Aes Road
Spiro, OK 74959

Certified Mail
Return Receipt Requested

CERTIFIED MAIL

NIXIE     731     CO 1     0100/06/22

RC: 7310255690300     2067N2492203-00549

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tylon Mackey
22644 Aes Road
Spiro, OK 74959

9590 9402 6307 0274 1930 40

2. Article Number (Transfer from service label)
7020 2450 0000 1194 0834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt