

EXHIBIT 5

US POSTAGE
quadient
FIRST-CLASS MAIL
$017.20
08/17/2022 ZIP 73102
043M30217781

**DOERNER | SAUNDERS**
**DANIEL & ANDERSON**
LLP LAWYERS
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

NIXIE   731   CO 1   01 09/17/22
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 73129531733
2266-02235-00035

2ND NOTICE
RETURN

CERTIFIED MAIL
7020 2450 0002 1194 0872

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9590 9402 6307 0274 1930 88
7020 2450 0002 1194 0872

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt