AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE<br><br>Plaintiff(s),<br><br>v.<br>(2) FREDY VALLE d/b/a VALLE TRUCKING;<br>(3) SILVER STAR CONSTRUCTION<br>COMPANY, INC.; (4) TYLON MACKEY; (5)<br>ISRAEL JUAREZ; (6) ORD TRUCKING, INC.;<br>Defendant(s). | Case No. CIV-22-702-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Fredy Valle d/b/a Valle Trucking
2449 SW 90th Street
Oklahoma City, OK 73159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK 74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
7:50 am, Aug 17, 2022
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-22-702-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Fredy Valle dba Valle Trucking
was received by me on *(date)* 12/7/2022.

☒ I personally served the summons on the individual at *(place)* Fredy Valle dba Valle Trucking
13104 Regal Vintage Rd   OKC OK 73170   on *(date)* 12/8/2022 8:35A; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Fredy Valle, who is
designated by law to accept service of process on behalf of *(name of organization)* dba Valle Trucking
13104 Regal Vintage Rd  OKC OK 73170   on *(date)* 12/8/2022 8:35A; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

SKYTRACE 80

My fees are $ 66 for travel and $ 80 for services, for a total of $ 226.00   0.00

I declare under penalty of perjury that this information is true.

Date: 12/8/2022

Jack Beall
*Server's signature*
Jack Beall  Private Process Server
PSS 2021-32
*Printed name and title*  MidWest City

3504 Mockingbird
OK 73110
405-696-2544
*Server's address*

Additional information regarding attempted service, etc: