IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GREAT LAKES INSURANCE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: CIV-22-702-JD |
| | ) |
| | ) |
| **FREDY VALLE D/B/A VALLE TRUCKING, SILVER STAR CONSTRUCTION COMPANY, INC., TYLON MACKEY, ISRAEL JUAREZ, ORD TRUCKING INC., and ZURICH AMERICAN INS. CO.** | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Ryan Polchinski of the firm of the Law Offices of Daniel M. Davis hereby enters his appearance as counsel of record for Defendant Tylon Mackey.

I hereby certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court

Date this 12th day of December, 2022.

/s/ Ryan Polchinski
Ryan Polchinski, OBA #31869
Law Offices of Daniel M. Davis
300 N. Walnut Ave
Oklahoma City, Oklahoma 73104
Telephone: (405) 235-4000
Facsimile: (405) 235-4954
ryanp@dandavislaw.com
**ATTORNEY FOR DEFENDANT TYLON MACKEY**

Page **1** of **2**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I caused the foregoing document to be electronically filed using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

    Michael Linscott, OBA # 17266
    Emily Allan, OBA # 33456
    Brian M. Keester, OBA # 33208
    Doerner, Saunders, Daniel and Anderson, LLP
    Two West Second Street, Suite 700
    Tulsa, OK 74103-3117
    Telephone: 918-591-5288
    Facsimile: 918-925-5288
    mlinscott@dsda.com
    bkeester@dsda.com
    eallan@dsda.com
**ATTORNEYS FOR PLAINTIFF GREAT LAKES INSURANCE SE**

    James Scimeca, OBA # 10950
    Burch, George & Germany
    204 N. Robinson Avenue Suite 1500
    Oklahoma City, OK 73102
    Telephone: 405-239-7711
    Facsimile: 405-239-7795
    jscimeca@burch-george.com
**ATTORNEY FOR DEFENDANT TYLON MACKEY**

    J Chris Horton, OBA #19334
    PO BOX 576
    El Reno, OK 73036
    Telephone: 405-317-4423
    Facsimile: 844-272-0020
    **jchrishorton@live.com**
**ATTORNEY FOR DEFENDANT SILVER STAR CONSTRUCTION, INC.**

                                        /s/ *Ryan Polchinski*
                                        Ryan Polchinski