# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FREDY VALLE D/B/A VALLE )<br>TRUCKING, SILVER STAR )<br>CONSTRUCTION )<br>COMPANY, INC., TYLON MACKEY, )<br>ISRAEL JUAREZ, )<br>ORD TRUCKING INC., and )<br>ZURICH AMERICAN INS. CO. )<br>Defendants. ) | Case No.: CIV-22-702-JD |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Andrew Polchinski of the firm of the Law Offices of Daniel M. Davis hereby enters his appearance as counsel of record for Defendant Tylon Mackey.

I hereby certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court

Date this 12th day of December, 2022.

 /s/ Andrew Polchinski
Andrew Polchinski, OBA #33765
Law Offices of Daniel M. Davis
300 N. Walnut Ave
Oklahoma City, Oklahoma 73104
Telephone: (405) 235-4000
Facsimile:  (405) 235-4954
andrewp@dandavislaw.com
**ATTORNEY FOR DEFENDANT TYLON MACKEY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I caused the foregoing document to be electronically filed using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

    Michael Linscott, OBA # 17266
    Emily Allan, OBA # 33456
    Brian M. Keester, OBA # 33208
    Doerner, Saunders, Daniel and Anderson, LLP
    Two West Second Street, Suite 700
    Tulsa, OK 74103-3117
    Telephone: 918-591-5288
    Facsimile: 918-925-5288
    mlinscott@dsda.com
    bkeester@dsda.com
    eallan@dsda.com
    **ATTORNEYS FOR PLAINTIFF GREAT LAKES INSURANCE SE**

    James Scimeca, OBA # 10950
    Burch, George & Germany
    204 N. Robinson Avenue Suite 1500
    Oklahoma City, OK 73102
    Telephone: 405-239-7711
    Facsimile: 405-239-7795
    jscimeca@burch-george.com
    **ATTORNEY FOR DEFENDANT TYLON MACKEY**

    Chris J Horton, OBA #19334
    PO BOX 576
    El Reno, OK 73036
    Telephone: 405-317-4423
    Facsimile: 844-272-0020
    **jchrishorton@live.com**
    **ATTORNEY FOR DEFENDANT SILVER STAR CONSTRUCTION, INC.**

                                              /s/ *Andrew Polchinski*
                                              Andrew Polchinski