### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-00702-JD |
| ) | |
| FREDY VALLE, doing business as ) | |
| Valle Trucking; SILVER STAR ) | |
| CONSTRUCTION COMPANY, INC.; ) | |
| TYLON MACKEY; ISRAEL JUAREZ; ) | |
| ORD TRUCKING, INC.; and ZURICH ) | |
| AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On November 23, 2022, the Court issued a show cause order to Plaintiff regarding why service has not been timely made on Defendants Fredy Valle, Tylon Mackey, Israel Juarez, ORD Trucking, Inc., and Zurich American Insurance Company. [Doc. No. 15]. On December 7, 2022, Plaintiff submitted a satisfactory response. [Doc. No. 16]. The Court's show cause order is satisfied.

For the reasons stated in the response, the Court EXTENDS the time for Plaintiff to serve Defendants Zurich American Insurance Company and Fredy Valle for 30 days from the date of this Order, or until **Wednesday, January 18, 2023**. If additional time is sought, Plaintiff must file a motion before this deadline. Otherwise, any unserved defendant will be dismissed without prejudice by the Court without further warning.

IT IS SO ORDERED this 19th day of December 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE