**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| Plaintiff(s), | )<br>)<br>)<br>)<br>) |
| v. | ) Case No. |
| Defendant(s) | )<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

_____, _____.
(Plaintiff/Defendant)      (Name of Party)

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ _____
Signature                                    Date

_____
Print Name

Criminal Cases Only:

    Retained or USA

    CJA Appointment

    Federal Public Defender

    Pro Bono

    CJA Training Panel

_____
Firm

_____
Address

_____
City              State             Zip Code

_____
Telephone

_____
Internet E-mail Address

*Certificate of Service*

_____ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

_____ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

_____
s/ Attorney Name