Case 5:22-cv-00702-JD   Document 4   Filed 08/17/22   Page 11 of 13

AO440(Rev.12/09) Summons in a Civil Action

**RECEIVED**
OKLAHOMA INSURANCE DEPARTMENT
JAN 0 6 2023
**MAILROOM**

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

(1) GREAT LAKES INSURANCE SE )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-22-702-JD
(2) FREDY VALLE d/b/a VALLE TRUCKING; )
(3) SILVER STAR CONSTRUCTION )
COMPANY, INC.; (4) TYLON MACKEY; (5) )
ISRAEL JUAREZ; (6) ORD TRUCKING, INC.; )
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Zurich American Insurance Company
4 World Trade Center
150 Greenwich Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Linscott/ Emily E. Allan
Doerner Saunders, Daniel & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK 74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
*7:50 am, Aug 17, 2022*
*CARMELITA REEDER SHINN, Clerk*

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-22-702-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Zurich American Insurance Company 4 World Trade Center
was received by me on *(date)* 1/6/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Buyen York (Oklahoma Insurance Department, who is designated by law to accept service of process on behalf of *(name of organization)* Zurich American Insurance Company 4 World Trade Center @ 400 NE 50 St OKC OK 73105 on *(date)* 1/6/2023 12:20PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/6/2023

*Server's signature*
Jack Beall   Private Process Server
PSS 2021-32

*Printed name and title*

3504 Mockingbird Ln.
MidWest City OK 73110   405-6402545

*Server's address*

Additional information regarding attempted service, etc:

14.8

## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA
STATE OF OKLAHOMA,

Index/Case #: CIV-22-702-JD

Court Date:

Filing Date: August 17, 2022

Client: DOERNER SAUNDERS DANIEL & ANDERSON
Attorney:

*Plaintiff*

### GREAT LAKES INSURANCE SE

*Defendant*

VS

### FREDY VALLE DBA VALLE TRUCKING, ET AL

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

____CHRISTOPHER J. KLEIN____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within
SUMMONS AND COMPLAINT FOR DECLARATION JUDGMENT WITH CIVIL COVER SHEET

Upon _____ZURICH AMERICAN INSURANCE COMPANY_____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 12/07/2022 15:30:00 Attempt at: 4 World Trade Center, 150 Greenwich St., NEW YORK, NY 10007 Results: REFUSED SERVICE NO ACCESS PAST LOBBY AS PER SECURITY

Sworn to before me on ____December 8, 2022____

JOSEPH KNIGHT
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01KN6178241
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES 11/26/23

CHRISTOPHER J. KLEIN

Lic# 1188546
JobID 2247599
Client ID

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*