# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 02/08/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:**
COVER ME INSURANCE AGENCY OF NJ, INC.
610-618 W. ST. GEORGES AVENUE
LINDEN, NJ 07036
PH:908-587-2500 FAX:908-587-1681

**CONTACT NAME:** MICHAEL J. POLLER
**PHONE (A/C, No, Ext):** 908-587-2500
**FAX (A/C, No):** 908-587-1681
**E-MAIL ADDRESS:**

**INSURER(S) AFFORDING COVERAGE** — NAIC #
- INSURER A: BERKSHIRE HATHAWAY HOMESTATE INS. CO.
- INSURER B:
- INSURER C:
- INSURER D:
- INSURER E:
- INSURER F:

**INSURED:**
FREDY N VALLE SR
DBA VALLE TRUCKING
2449 SW 90TH ST
OKLAHOMA CITY, OK, 73159

**COVERAGES**  **CERTIFICATE NUMBER:** 226020  **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS |
|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY ☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE $ ; DAMAGE TO RENTED PREMISES (Ea occurrence) $ ; MED EXP (Any one person) $ ; PERSONAL & ADV INJURY $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE $ ; PRODUCTS - COMP/OP AGG $ ; $ |
| A | AUTOMOBILE LIABILITY ☐ ANY AUTO ☐ ALL OWNED AUTOS ☒ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | 02TRM033027-01 | 2/8/2019 | 2/8/2020 | COMBINED SINGLE LIMIT (Ea accident) $ 1,000,000.00 ; BODILY INJURY (Per person) $ ; BODILY INJURY (Per accident) $ ; PROPERTY DAMAGE (Per accident) $ ; $ |
| | UMBRELLA LIAB ☐ OCCUR ; EXCESS LIAB ☐ CLAIMS-MADE ; DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE $ ; AGGREGATE $ ; $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTHER ; E.L. EACH ACCIDENT $ ; E.L. DISEASE - EA EMPLOYEE $ ; E.L. DISEASE - POLICY LIMIT $ |
| A | MOTOR TRUCK CARGO | | | 02TRM033027-01 | 2/8/2019 | 2/8/2020 | $100,000 LIMIT W/$2,500 DED. |
| A | PHYSICAL DAMAGE | | | 02TRM033027-01 | 2/8/2019 | 2/8/2020 | ***SEE VALUE BELOW*** W/$1000 DED. FOR EACH AND EVERY LOSS |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
1999 MACK CH613 DUMP TRUCK VIN # 1M2AA18Y7XW110371

**CERTIFICATE HOLDER**
ADDITIONAL INSURED;
SILVER STAR CONSTRUCTION AND ITS SUBSIDIARIES
SSC, PMI, R&H BRIDGE & PMSO
6202, 2401 S BROADWAY AVE
MOORE OK 73160

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)  The ACORD name and logo are registered marks of ACORD

SSCC-000002

Exhibit 1