P-131151

**RECEIVED**
TRANSPORTATION DIVISION

JUL 2 0 2007

OKLAHOMA CORPORATION
COMMISSION

**APPROVED**
TRANSPORATION DIVISION

JUL 2 0 2007

OKLAHOMA CORPORATION
COMMISSION

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

$1,000,000

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the United Financial Casualty Company (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR of 813 NW 139TH, OKLAHOMA CITY, OK 73013 a policy or policies of insurance effective from 07/19/2007 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancelation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 20th day of July, 2007
Insurance Company File No. CA 05840134
(Policy Number)

MC1633a(08/99)

(Authorized Company Representative)

IRB3539B

Exhibit 3

1678421
DOT

131151

RECEIVED
TRANSPORTATION DIVISION

SEP 2 0 2007

OKLAHOMA CORPORATION
COMMISSION

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

$1,000,000

Check Type Cancelled
BI and PD        [X]
Cargo            [ ]

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR of 813 NW 139TH, OKLAHOMA CITY, OK 73013 by United Financial Casualty Company of PO BOX 94739, CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby cancelled effective as of the 25th day of October, 2007, 12:01 A.M., standard time at the address of the insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No.   CA 05840134
                (Policy Number)

*(Signature of Insurer)*

MC2445a(08/99)

IRB3547A

OKLAHOMA CORPORATION COMMISSION

APPROVED TRANSPORTATION DIVISION OCT 0 4 2007

RECEIVED
TRANSPORTATION DIVISION
OCT 22 2008
OKLAHOMA CORPORATION COMMISSION

APPROVED
TRANSPORTATION DIVISION
OCT 22 2008
OKLAHOMA CORPORATION COMMISSION

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

$1,000,000

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the United Financial Casualty Company (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013 a policy or policies of insurance effective from 03/17/2008 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 22nd day of October, 2008
Insurance Company File No. CA 06303962
(Policy Number)

(Authorized Company Representative)

MC1633a(08/99)

IRB3539B

16718431
DOT

131151

RECEIVED
TRANSPORTATION DIVISION

MAY 07 2009

OKLAHOMA CORPORATION COMMISSION

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

$1,000,000

Check Type Cancelled
BI and PD  [X]
Cargo  [ ]

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013  by United Financial Casualty Company of PO BOX 94739, CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby cancelled effective as of the 11th day of June, 2009, 12:01 A.M., standard time at the address of the insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

APPROVED
TRANSPORTATION DIVISION
MAY 07 2009
OKLAHOMA CORPORATION COMMISSION

Insurance Company File No.   CA 06303962
(Policy Number)

MC2445a(08/99)

(Signature of Insurer)

IRB3547A

16784 24 DOT

131151

**RECEIVED**
TRANSPORTATION DIVISION

**MAY 1 1 2009**

OKLAHOMA CORPORATION COMMISSION

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

$1,000,000

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the United Financial Casualty Company (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013  a policy or policies of insurance effective from 06/11/2009 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached.  Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 9th day of May, 2009
Insurance Company File No. CA 06303962
(Policy Number)

MC1633a(08/99)

(Authorized Company Representative)

IRB3539B

APPROVED
MAY 1 2 2009
TRANSPORTATION DIVISION
OKLAHOMA CORPORATION COMMISSION

Dot # 1678421

P-131151

**RECEIVED**
TRANSPORTATION DIVISION

JUL 08 2010

OKLAHOMA CORPORATION COMMISSION
$1,000,000

**APPROVED**
TRANSPORTATION DIVISION

JUL -9 2010

OKLAHOMA CORPORATION COMMISSION

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

| Check Type Cancelled | |
|---|---|
| BI and PD | X |
| Cargo | ☐ |

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013  by United Financial Casualty Company of PO BOX 94739, CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby cancelled effective as of the 12th day of August, 2010, 12:01 A.M., standard time at the address of the insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No.   CA 06303962
                    (Policy Number)

(Signature of Insurer)

MC2445a(08/99)                                                                    IRB3547A

WN035492                          P-131151                                    AMENDMENT

1 31151

**Form E**

**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

*(Executed in Triplicate)*

Filed with _____ **OKLAHOMA Corporation Commission** _____ (hereinafter called Commission)

(Name of Commission)

This is to certify, that the _____ **NORTHLAND INSURANCE COMPANY** _____

(Name of Company)

(hereinafter called Company) of _____ **385 Washington Street, Saint Paul, MN 55102** _____

(Home Office Address of Company)

has issued to _____ **FREDY N VALLE SR** _____

(Name of Motor Carrier)

of _____ **813 NW 139th ST   Edmond  OK 73013** _____

(Address of Motor Carrier)

APPROVED
TRANSPORTATION DIVISION
AUG 1 7 2010
OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from _____ **07/08/2010** _____ 12:01 a.m. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at _____ **385 Washington Street, Saint Paul, MN 55102** _____ this **21st** day of _____ **July, 2010** _____

(Address)

Insurance Company File No. _____ **WN035492** _____

(Policy Number)

_Frank F. Attah_

Authorized Company Representative

WN035492
Issued: 9/10/2010

P-131151

Form K
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**
(Executed in Triplicate)

*131151*
*DOT- 1678424*

Check Type Canceled:

BI and PD ☑

Cargo ☐

Filed with _____ OKLAHOMA Corporation Commission _____ (hereinafter called Commission)
(Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

**FREDY N VALLE SR**

(Name of Motor Carrier)

813 NW 139th Street    Edmond  OK  73013

(Address of Motor Carrier)

By _____ NORTHLAND INSURANCE COMPANY _____

(Name of Company)

of _____ 385 Washington Street, Saint Paul, MN 55102 _____

(Address)

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the ____15th____ day of _____October,  2010_____ 12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

**RECEIVED**
TRANSPORTATION DIVISION
**SEP 1 3 2010**
OKLAHOMA CORPORATION COMMISSION

**APPROVED**
TRANSPORTATION DIVISION
**SEP 1 4 2010**
OKLAHOMA CORPORATION COMMISSION

Insurance Company File No. _____ **WN035492** _____
(Policy Number)

_____
(Signature of Insurer)

WN035492                          P-131151                                    REINSTATE

                                   Form E                                    I 3115 421
                  UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY            DOT - 1678 42l
                       DAMAGE LIABILITY CERTIFICATE OF INSURANCE
                              *(Executed in Triplicate)*
                                                                              **RECEIVED**
Filed with        __OKLAHOMA Corporation Commission__      (hereinafter called Commission) TRANSPORTATION DIVISION
                          (Name of Commission)
                                                                              **SEP 1 4 2010**
This is to certify, that the        NORTHLAND INSURANCE COMPANY
                                                                              OKLAHOMA CORPORATION COMMISSION
                                         (Name of Company)
(hereinafter called Company) of    __385 Washington Street, Saint Paul, MN 55102__  **APPROVED**
                                    (Home Office Address of Company)          TRANSPORTATION DIVISION
has issued to                           FREDY N VALLE SR
                                       (Name of Motor Carrier)               **SEP 15 2010**
of                         __813 NW 139th Street    Edmond OK 73013__
                                    (Address of Motor Carrier)               OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from        __10/15/2010__        12:01 a.m. standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage
Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations
imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in
accordance therewith.

     Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

     This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may
be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run
from the date notice is actually received in the office of the Commission.

Countersigned at      __385 Washington Street, Saint Paul, MN 55102__      this    __13th__    day of        __September, 2010__
                                    (Address)

Insurance Company File No. __WN035492__                                    _Frank R. Fitch_
                              (Policy Number)                              Authorized Company Representative

WN035492                          P-131151                              *131151*
Issued: 10/1/2010
                                                                    DOT- 1678421
                                   Form K
                      UNIFORM NOTICE OF CANCELLATION OF
                        MOTOR CARRIER INSURANCE POLICIES
                             (Executed in Triplicate)                Check Type Canceled:

                                                      RECEIVED       BI&BMD      ☑
                                                   TRANSPORTATION DIVISION
                                                                     Cargo       ☐
Filed with        OKLAHOMA Corporation Commission        (hereinafter called Com OCT 0 4 2010
                      (Name of Commission)
                                                              OKLAHOMA CORPORATION COMMISSION
        This is to advise that under the terms of a policy or policies issued to:

                                   FREDY N VALLE SR
                               (Name of Motor Carrier)
                         813 NW 139th Street   Edmond OK 73013
                               (Address of Motor Carrier)               APPROVED
By                                                                  TRANSPORTATION DIVISION
                            NORTHLAND INSURANCE COMPANY
                                (Name of Company)                    OCT 05 2010
of                       385 Washington Street, Saint Paul, MN 55102
                                     (Address)                   OKLAHOMA CORPORATION COMMISSION

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the    5th   day of        November, 2010        12:01 A.M., standard time at the address of the insured as stated in said policy
or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.


Insurance Company File No.    WN035492                    _____
                             (Policy Number)                       (Signature of Insurer)

WN052438                     P-131151

DOT- *131151*
*167842?*

**Form E**

**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

*(Executed in Triplicate)*

**RECEIVED**
TRANSPORTATION DIVISION

**NOV 30 2010**

OKLAHOMA CORPORATION COMMISSION

Filed with                **OKLAHOMA Corporation Commission**                (hereinafter called Commission)
                               *(Name of Commission)*

This is to certify, that the                **NORTHLAND INSURANCE COMPANY**
                                                              *(Name of Company)*

(hereinafter called Company) of                **385 Washington Street, Saint Paul, MN 55102**
                                                                *(Home Office Address of Company)*

has issued to                **FREDY N VALLE SR**
                                         *(Name of Motor Carrier)*

of                **813 NW 139th Street   Edmond OK 73013**
                          *(Address of Motor Carrier)*

**APPROVED**
TRANSPORTATION DIVISION
**JAN 14 2011**
OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from                **11/24/2010**                12:01 a.m. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at                **385 Washington Street, Saint Paul, MN 55102**                this   **29th**   day of                **November, 2010**
                                              *(Address)*

Insurance Company File No.                **WN052438**                                         _Frank F. Attesh_
                                                     *(Policy Number)*                                            Authorized Company Representative

01-13-'11 13:51   FROM-Carl Leonard & Son      918-749-4728        T-472  P002/002 F-468



# TDF 18

### AFFIDAVIT OF NO OPERATIONS
#### OAC 165:30-3-11; 165:30-15-6

State of   OKLAHOMA                          )

County of   OKLAHOMA                         )

**APPROVED**
TRANSPORTATION DIVISION
**JAN 1 4 2011**
OKLAHOMA CORPORATION COMMISSION

OCC License or PIN No. ____131151____

USDOT No. _1678421_

NAME   FREDY . N . VALLE SR .

DBA _____

I am the  OWNER / OPERATOR  of the above referenced motor carrier, and hereby state that
(Title)

the motor carrier performed no motor carrier operations under the above referenced intrastate
license, IRC, certificate, permit or registration in and/or through the State of Oklahoma from the
___5TH___ day of ___NOVEMBER___ 20_10_ through the
___24TH___ day of _NOVEMBER_, 20 10 .

20_____
Signature

Subscribed and sworn to before me this _30TH_ day of _DECEMBER_, 20 1_ .

_____
Notary Public

My Commission expires _09/15/2018_
_#00004615_

Rev. 4/02

WN052438                                P-131151                                               131151

*1678421*

                                        Form E
                    UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY                    **RECEIVED**
                        DAMAGE LIABILITY CERTIFICATE OF INSURANCE                    TRANSPORTATION DIVISION
                                    *(Executed in Triplicate)*
                                                                                        JAN 2 4 2011

Filed with           OKLAHOMA Corporation Commission              (hereinafter called Commission)  OKLAHOMA CORPORATION COMMISSION
                              (Name of Commission)

This is to certify, that the                 NORTHLAND INSURANCE COMPANY
                                                  (Name of Company)
(hereinafter called Company) of        385 Washington Street, Saint Paul, MN 55102        **APPROVED**
                                             (Home Office Address of Company)           TRANSPORTATION DIVISION

has issued to                                    FREDY N VALLE SR
                                               (Name of Motor Carrier)                      JAN 2 6 2011
of                                  813 NW 139th Street    Edmond  OK 73013
                                             (Address of Motor Carrier)              OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from      01/20/2011        12:01 a.m. standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage
Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations
imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in
accordance therewith.

    Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

    This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may
be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run
from the date notice is actually received in the office of the Commission.

Countersigned at      385 Washington Street, Saint Paul, MN 55102        this    20th    day of         January, 2011
                                  (Address)

Insurance Company File No.        WN052438                                          _____
                                  (Policy Number)                                   Authorized Company Representative

WN052438
Issued: 4/11/2011

P-131151

*/ 3/151*
*DOT-147842/*

**Form K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

(Executed in Triplicate)

Check Type Canceled:

BI and PD  ☑

Cargo  ☐

Filed with _____ OKLAHOMA Corporation Commission _____ (hereinafter called Commission)

(Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

**FREDY N VALLE SR**

(Name of Motor Carrier)

**813 NW 139th Street   Edmond  OK  73013**

(Address of Motor Carrier)

By

**NORTHLAND INSURANCE COMPANY**

(Name of Company)

of

**385 Washington Street, Saint Paul, MN 55102**

(Address)

**RECEIVED**
TRANSPORTATION DIVISION

APR 1 2 2011 **APPROVED**
OKLAHOMA CORPORATION COMMISSION TRANSPORTATION DIVISION

APR 1 2 2011
OKLAHOMA CORPORATION COMMISSION

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the ____16th____ day of _____May,  2011_____ 12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. ____**WN052438**____

(Policy Number)

_____

(Signature of Insurer)

WN0524:May. 17.  2011  11:11AM     Northland Ins Co 6513104123        No. 1465ISTAP. 131151

DOT- 1678421

**RECEIVED**
TRANSPORTATION DIVISION

**MAY 17 2011**

OKLAHOMA CORPORATION COMMISSION

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**
*(Executed in Triplicate)*

Filed with _____ **OKLAHOMA Corporation Commission** _____ (hereinafter called Commission)
                          (Name of Commission)

This is to certify, that the _____ **NORTHLAND INSURANCE COMPANY** _____
                                              (Name of Company)

(hereinafter called Company) of _____ **385 Washington Street, Saint Paul, MN 55102** _____
                                                (Home Office Address of Company)

has issued to _____ **FREDY N VALLE SR** _____
                                    (Name of Motor Carrier)

of _____ **813 NW 139th Street    Edmond  OK 73013** _____
                              (Address of Motor Carrier)

*APPROVED*
*TRANSPORTATION DIVISION*
*MAY 18 2011*
*OKLAHOMA CORPORATION COMMISSION*

a policy or policies of insurance effective from _____ **05/18/2011** _____ 12:01 a.m. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at _____ **385 Washington Street, Saint Paul, MN 55102** _____ this **17th** day of **May, 2011**
                                          (Address)

Insurance Company File No. _____ **WN052436** _____
                                          (Policy Number)

_____
Authorized Company Representative

WN052438                                    P-131151                          REINSTATE 131151

                                                                              DOT-1678421

                                            Form E
                        UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
                              DAMAGE LIABILITY CERTIFICATE OF INSURANCE
                                        (Executed in Triplicate)

Filed with                OKLAHOMA Corporation Commission                    (hereinafter called Commission)
                                (Name of Commission)

This is to certify, that the              NORTHLAND INSURANCE COMPANY            RECEIVED
                                                                               TRANSPORTATION DIVISION
                                                    (Name of Company)
(hereinafter called Company) of      385 Washington Street, Saint Paul, MN 55102     MAY 19 2011
                                                                                      APPROVED
                                              (Home Office Address of Company)       OKLAHOMA CORPORATION TRANSPORTATION DIVISION
has issued to                             FREDY N VALLE SR
                                              (Name of Motor Carrier)                MAY 19 2011
of                                813 NW 139th Street   Edmond  OK 73013      OKLAHOMA CORPORATION COMMISSION
                                              (Address of Motor Carrier)

a policy or policies of insurance effective from      05/16/2011      12:01 a.m. standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage
Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations
imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in
accordance therewith.

        Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

        This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may
be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run
from the date notice is actually received in the office of the Commission.

Countersigned at        385 Washington Street, Saint Paul, MN 55102          this   17th   day of        May, 2011
                                        (Address)

Insurance Company File No.        WN052438
                                  (Policy Number)                                        Authorized Company Representative

WN052438
Issued: 8/12/2011

P-131151

13115l
DOT — 1608421

**Form K**

UNIFORM NOTICE OF CANCELLATION OF
MOTOR CARRIER INSURANCE POLICIES

(Executed in Triplicate)

Check Type Canceled:

BI and PD ☑
Cargo ☐

Filed with _____ OKLAHOMA Corporation Commission _____ (hereinafter called Commission)

(Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR

**RECEIVED**
TRANSPORTATION DIVISION

(Name of Motor Carrier)

813 NW 139th Street    Edmond  OK  73013

**APPROVED**
TRANSPORTATION DIVISION

(Address of Motor Carrier)

By _____ **AUG 15 2011** _____ NORTHLAND INSURANCE COMPANY

**AUG 16 2011**

OKLAHOMA CORPORATION COMMISSION

(Name of Company)

OKLAHOMA CORPORATION COMMISSION

of _____ 385 Washington Street, Saint Paul, MN 55102 _____

(Address)

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the ___16th___ day of ___September, 2011___ 12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. ___WN052438___

(Policy Number)

_____

(Signature of Insurer)

NOV. 7. 2012  7:15AM      SHELTER INSURANCE                    NO. 8317   P. 1

**RECEIVED**
TRANSPORTATION DIVISION
**NOV 07 2012**
OKLAHOMA CORPORATION COMMISSION

**APPROVED**
TRANSPORTATION DIVISION
**NOV 07 2012**
OKLAHOMA CORPORATION COMMISSION

## Form E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

131161
$1,000,000SL
Reinst

Filed with  Oklahoma Corporation Commission _____ (hereinafter called Commission)
                            (Name of Commission)

This is to certify that the  Shelter General Insurance Company _____
                                        (Name of Company)

(hereinafter called Company) of  Columbia, Missouri _____
                                (Home Office Address of Company)

has issued to  Fredy N Valle Sr DBA Valle Trucking    of  2449 SW 90th St Oklahoma City OK 73159-6803
              (Name of Motor Carrier)                        (Address of Motor Carrier)

a policy or policies of insurance effective from  November 6, 2012    12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at _____ 1817 West Broadway _____  Columbia      MO      65218-0001
                      (Street Address)               (City)      (State)    (Zip Code)

this  6th  day of  Novemberr  20 12 .

Insurance Company File No.  1-C8101092
                            (Policy Number)

_Pat Andrews_
(Authorized Company Representative)

A-535-A                                      IRB 3535B

Post-it® Fax Note    7671    Date 1—6-12  # of pages ▶ 1 .
To OK Corp Comm          From Pat Andrews
Co./Dept.                Co. Shelter Ins Co
Phone #                  Phone 573-214-4537
Fax # 405-521-2916       Fax # 573-446-7318

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**
(EXECUTED IN TRIPLICATE)



131151

DOT - 1678424

Check Type Canceled:
BI and PD     ☒
Cargo         ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
                                    (NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

RECEIVED
TRANSPORTATION DIVISION

_____ Fredy N Valle Sr DBA Valle Trucking _____
                          (NAME OF MOTOR CARRIER)

JAN 16 2015

of _____ 2449 SW 90th St Oklahoma City, OK 73159-6804 _____
                          (ADDRESS OF MOTOR CARRIER)

OKLAHOMA CORPORATION COMMISSION

by _____ Shelter General Insurance Company _____
                          (NAME OF COMPANY)

APPROVED

of _____ 1817 West Broadway, Columbia, Missouri  65218-0001 _____
                          (ADDRESS)

JAN 16 2015

OKLAHOMA CORPORATION COMMISSION
TRANSPORTATION DIVISION

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled effective as of the _____ 16th _____ day of _____ February _____ , 20 _15_ 12:01 M., standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____ 1-C8101092 _____
                                    (POLICY NUMBER)

Pat Andrews
(SIGNATURE OF INSURER)

A-538-A

**IRB 3547A**

*orig*

*DOT-167842*

Form E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

**RECEIVED**

reinst
131151

Filed with   Oklahoma Corporation Commission                                (hereinafter called TRANSPORTATION DIVISION
                                    (Name of Commission)

This is to certify that the   Shelter General Insurance Company                      **MAR 12 2014**
                                                   (Name of Company)

(hereinafter called Company) of   Columbia, Missouri                      OKLAHOMA CORPORATION COMMISSION
                                                   (Home Office Address of Company)

has issued to   Fredy N Valle Sr DBA Valle Trucking         of   2449 SW 90th St Oklahoma City OK 73159-6804
                 (Name of Motor Carrier)                              (Address of Motor Carrier)

a policy or policies of insurance effective from   February 18, 2014        12:01 A.M. standard time at the address of the insured stated in said
policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property
Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance
covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has
jurisdiction or regulations promulgated in accordance therewith.

    Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements
thereon.

    This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached.  Such
cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days'
notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at        1817 West Broadway                 Columbia              MO           65218-0001
                          (Street Address)                    (City)             (State)        (Zip Code)

this  21st  day of   January       20  14   .

Insurance Company File No.   1-C8101092
                              (Policy Number)

                                                         *Pati Andrews*
                                                     (Authorized Company Representative)

                            A-535-A                                              IRB 3539B

# 31151
DOT - 1678421

Form E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

RECEIVED
TRANSPORTATION DIVISION
FEB 20 2015
OKLAHOMA CORPORATION COMMISSION

Reinstate
131151

Filed with        Oklahoma Corporation Commission          (hereinafter called Commission)
                          (Name of Commission)

This is to certify that the    Shelter General Insurance Company
                                                    (Name of Company)

(hereinafter called Company) of        Columbia, Missouri
                                                    (Home Office Address of Company)

has issued to        Fredy N Valle SR
                     DBA Valle Trucking        of      2449 SW 90th ST Oklahoma City, OK 73159-6804
                     (Name of Motor Carrier)                        (Address of Motor Carrier)

a policy or policies of insurance effective from    February 16, 2015    12:01 A.M. standard time at the address of the insured stated in the policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

APPROVED
TRANSPORTATION DIVISION
FEB 20 2015
OKLAHOMA CORPORATION COMMISSION

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

| Countersigned at | 1817 West Broadway | Columbia | MO | 65218-0001 |
|---|---|---|---|---|
| | (Street Address) | (City) | (State) | (Zip Code) |

this   13th   day of   February   20  15  .

Insurance Company File No.   01-C-8101092
                                (Policy Number)

_____
(Authorized Company Representative)

A-535-A

IRB 3539B

73115/
DOT-1678421

Form E

# UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

Reinstatement
$1,000,000 SL

**RECEIVED**
TRANSPORTATION DIVISION

**OCT 29 2015**

OKLAHOMA CORPORATION COMMISSION

Filed with   Oklahoma Corporation Commission                    (hereinafter called Commission)
                     (Name of Commission)

This is to certify that the   Shelter General Insurance Company

(hereinafter called Company) of   Columbia, Missouri                    (Name of Company)
                                              (Home Office Address of Company)

has issued to   Fredy N Valle Sr DBA Valle Trucking        of   2449 SW 90th St; Oklahoma City OK 73159-6804
                     (Name of Motor Carrier)                            (Address of Motor Carrier)

a policy or policies of insurance effective from   10/26/2015        12:01 A.M. standard time at the address of the insured stated in said
policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property
Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance
covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has
jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements
thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such
cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days'
notice to commence to run from the date notice is actually received in the office of the Commission.

**APPROVED**
TRANSPORTATION DIVISION
OCT 29 2015
OKLAHOMA CORPORATION COMMISSION

| | | | |
|---|---|---|---|
| Countersigned at | 1817 West Broadway | Columbia | MO | 65218-0001 |
| | (Street Address) | (City) | (State) | (Zip Code) |

this   26   day of   October        20   15   .

Insurance Company File No.   01-C8101092
                     (Policy Number)

_____
(Authorized Company Representative)

A-535-A                                                    **IRB 3539B**

**FORM K**
## UNIFORM NOTICE OF CANCELLATION OF MOTOR CARRIER INSURANCE POLICIES
(EXECUTED IN TRIPLICATE)

131151

DOT-167842/

Check Type Canceled:
BI and PD ☒
Cargo ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

_____ Fredy N Valle Sr DBA Valle Trucking _____
(NAME OF MOTOR CARRIER)

**RECEIVED**
TRANSPORTATION DIVISION

of _____ 2449 SW 90th St. Oklahoma City, OK 73159-6804 _____
(ADDRESS OF MOTOR CARRIER)

OCT 19 2015

by _____ Shelter General Insurance Company _____
(NAME OF COMPANY)

OKLAHOMA CORPORATION COMMISSION

of _____ 1817 West Broadway, Columbia, Missouri 65218-0001 _____
(ADDRESS)

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is hereby canceled effective as of the ____16th____ day of _____November_____ , 20 _15_ , 12:01 A.M. standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. ____01-C-8101092____
(POLICY NUMBER)

_Kayla Yman_
(SIGNATURE OF INSURER)

A-538-A

**IRB 3547A**

APPROVED
OCT 2015
OKLAHOMA CORPORATION COMMISSION
TRANSPORTATION

FEB. 26. 2016  1:49PM   SHELTER INSURANCE                    NO. 8109   P. 1/1

Form E
# UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

DOT- 731151
1678421

131151
1,000,000 S/L

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(Name of Commission)

This is to certify that the   Shelter General Insurance Company
(Name of Company)

(hereinafter called Company) of   Columbia, Missouri
(Home Office Address of Company)

has issued to   Fredy N Valle Sr
Valle Trucking            of   2449 SW 90th St Oklahoma City, OK 73159-6804
(Name of Motor Carrier)              (Address of Motor Carrier)

a policy or policies of insurance effective from   February 26, 2016   12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at   1817 West Broadway          Columbia        MO       65218-0001
(Street Address)                 (City)         (State)       (Zip Code)

this   26th   day of   February   20  16  .

Insurance Company File No.   01-C-8101092
(Policy Number)

APPROVED
TRANSPORTATION DIVISION
JAN 26 2016
OKLAHOMA CORPORATION COMMISSION

**RECEIVED**
TRANSPORTATION DIVISION

FEB 26 2016

OKLAHOMA CORPORATION COMMISSION

Kayla Knox
(Authorized Company Representative)

A-535-A                                         IRB 3538B



Post-it® Fax Note   7671   Date 2-26-16   # of pages ▶
To OK Corp Comm          From Kayla Knox
Co./Dept.                Co. Shelter Ins. Co
Phone #                  Phone # 573-214-4432
Fax # 405-521-2916       Fax # 573-446-7318

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**
(EXECUTED IN TRIPLICATE)

131151
DOT- 1675421

Check Type Canceled:
BI and PD     ☒
Cargo          ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

**RECEIVED**
TRANSPORTATION DIVISION

_____ Fredy N~~ or DBA Valle Trucking _____
(NAME OF MOTOR CARRIER)

FEB 22 2016

of _____ 2449 SW 90th St. Oklahoma City, OK 73159-6804 _____
(ADDRESS OF MOTOR CARRIER)

OKLAHOMA CORPORATION COMMISSION

by _____ Shelter General Insurance Company _____
(NAME OF COMPANY)

APPROVED
FEB 22 2016
OKLAHOMA CORPORATION
TRANSPORTATION DIVISION

of _____ 1817 West Broadway, Columbia, Missouri  65218-0001 _____
(ADDRESS)

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled effective as of the _____ 25th _____ day of _____ March _____ , 20 _16_ , 12:01 A.M., standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____ 01-C-8101092 _____
(POLICY NUMBER)

_____
(SIGNATURE OF INSURER)

A-538-A

**IRB 3547A**

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**
(EXECUTED IN TRIPLICATE)

131151
DOT-1678421 ✓

Check Type Canceled:
BI and PD  ☒
Cargo  ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

Fredy N Valle Sr. DBA Valle Trucking
(NAME OF MOTOR CARRIER)

**RECEIVED**
TRANSPORTATION DIVISION

of _____ 2449 SW 90th St. Oklahoma City, OK 73159-6804 _____
(ADDRESS OF MOTOR CARRIER)

APR 25 2016

by _____ Shelter General Insurance Company _____
(NAME OF COMPANY)

**APPROVED**
OKLAHOMA CORPORATION COMMISSION

of _____ 1817 West Broadway, Columbia, Missouri  65218-0001 _____
(ADDRESS)

APR 25

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith is (are)
hereby canceled effective as of the ____25th____ day of _____May_____ , 20 _16_ 12:0 A.M.,
standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after
the actual receipt of this notice by the Commission.

Insurance Company File No. _____01-C-8101092_____
(POLICY NUMBER)

_Kayla Knop_
(SIGNATURE OF INSURER)

A-538-A

IRB 3547A

WN191166                              P-131151                                    AMENDMENT

*ORIG*

Form E

UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE

*(Executed in Triplicate)*

Filed with _____ OKLAHOMA Corporation Commission _____ (hereinafter called Commission)
                                  (Name of Commission)

**RECEIVED**

This is to certify, that the     TRANSPORTATION DIVISION        NORTHLAND INSURANCE COMPANY
                                                                        (Name of Company)

(hereinafter called Company) of     OCT 05 2016      One Tower Square, Hartford, CT 06183
                                                                 (Home Office Address of Company)

has issued to     OKLAHOMA CORPORATION COMMISSION FREDY N VALLE SR  dba  VALLE TRUCKING
                                                      (Name of Motor Carrier)

of                              2449 SW 90TH ST    OKLAHOMA CITY  OK  73159
                                              (Address of Motor Carrier)

**APPROVED**
**OCT 05 2016**
**TRANSPORTATION DIVISION**
**OKLAHOMA CORPORATION COMMISSION**

a policy or policies of insurance effective from     08/25/2016        12:01 a.m. standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage
Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations
imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in
accordance therewith.

   Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

   This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may
be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run
from the date notice is actually received in the office of the Commission.

Countersigned at _____ One Tower Square, Hartford, CT 06183 _____ this    3rd    day of        October, 2016
                                        (Address)

Insurance Company File No. _____ WN191166 _____
                                (Policy Number)                                       Authorized Company Representative

WN191166
Issued: 5/31/2017

P-131151

1 31151
DOT- 1678421

**Form K**
UNIFORM NOTICE OF CANCELLATION OF
MOTOR CARRIER INSURANCE POLICIES

(Executed in Triplicate)

Check Type Canceled:

BI and PD   ☑
Cargo   ☐

Filed with _____OKLAHOMA Corporation Commission_____ (hereinafter called Commission)
(Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR  dba  VALLE TRUCKING
(Name of Motor Carrier)

**RECEIVED**
TRANSPORTATION DIVISION

2449 SW 90TH ST   OKLAHOMA CITY  OK  73159
(Address of Motor Carrier)

**JUN 0 1 2017**

NORTHLAND INSURANCE COMPANY
(Name of Company)

By _____

**OKLAHOMA CORPORATION COMMISSION**

One Tower Square, Hartford, CT 06183
(Address)

of _____

**APPROVED**
TRANSPORTATION DIVISION
JUN 0 1 2017
OKLAHOMA CORPORATION COMMISSION

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the ___5th___ day of _____July, 2017_____ 12:01 A.M., standard time at the address of the insured as stated in said policy
or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. ___WN191166___
(Policy Number)

_Dion A. Jumelord_
(Signature of Insurer)

Progressive RDT 3      4/24/2018 3:41:57 PM   PAGE   1/001   Fax Server   13 | 151

DOT-11678 421

**RECEIVED**
TRANSPORTATION DIVISION

**APR 24 2018**

OKLAHOMA CORPORATION COMMISSION

Form E
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**            Liability Limit: $1,000,000
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

APPROVED
OKLAHOMA CORPORATION COMMISSION
TRANSPORTATION DIVISION
APR 24 2018

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 09/07/2017 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 24th day of April, 2018
Insurance Company File No. CA 04019061
(Policy Number)

(Authorized Company Representative)

MC1633a(08/99)                                                                                    IRB3539B

11/20/18   10:29:30   8007764737   →   800-776-4737

Page 001
DOT-167842

RECEIVED
TRANSPORTATION DIVISION

NOV 20 2018

OKLAHOMA CORPORATION COMMISSION

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Liability Limit: $750,000

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 11/15/2018 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 20th day of November, 2018
Insurance Company File No. CA 04019061
(Policy Number)

MC1633a(08/99)

(Authorized Company Representative)

IRB3539B

APPROVED
NOV 20 2018
TRANSPORTATION DIVISION
CORPORATION COMMISSION

*13 151*

12/07/18  09:33:14  8887764737          →          800-776-4737          Page 001

D OT~ 167842 1

**RECEIVED**
TRANSPORTATION DIVISION

DEC 07 2018

FORM K   OKLAHOMA CORPORATION COMMISSION

**UNIFORM NOTICE OF CANCELLATION OF
MOTOR CARRIER INSURANCE POLICIES**                     $750,000

Check Type Cancelled

BI and PD    [X]
Cargo        [ ]

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000,
OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 by Progressive Northern
Insurance Co of PO BOX 94739, CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are)
hereby cancelled effective as of the 11th day of January, 2019, 12:01 A.M., standard time at the address of the insured as stated in
said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

*APPROVED
TRANSPORTATION DIVISION
DEC 07 2018
OKLAHOMA CORPORATION COMMISSION*

Insurance Company File No.    CA 04019061
                  (Policy Number)

MC2445a(08/99)

(Signature of Insured)

IRB3547A

12/08/18  09:44:40  8007764737          ->          800-776-4737          Page 001

*1 31151*
*1 678421 —DOT*

**RECEIVED**
TRANSPORTATION DIVISION

**DEC 10 2018**

OKLAHOMA CORPORATION COMMISSION

**Form E**
Liability Limit: $750,000

**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 01/11/2019 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 8th day of December, 2018
Insurance Company File No. CA 04019061
                (Policy Number)

(Authorized Company Representative)

MC1633a(08/99)                                                              IRB3539B

*APPROVED*
*TRANSPORTATION DIVISION*
*DEC 10 2018*
*OKLAHOMA CORPORATION COMMISSION*

12/18/18   11:30:04   8007764737          ->          800-776-4737          Page 001

1 3/151
DOT-167842

RECEIVED
TRANSPORTATION DIVISION

DEC 18 2018

OKLAHOMA CORPORATION COMMISSION

**Form E**                                    Liability Limit: $750,000
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO
BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH
44101 has issued to FREDY N VALLE SR, VALLE TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or
policies of insurance effective from 12/18/2018 12:01 A.M. standard time at the address of the insured stated in said policy or policies
and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property
Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability
insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the
Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all
endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is
attached.  Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State
Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 18th day of December, 2018
Insurance Company File No. CA 04019061
                 (Policy Number)

MC1633a(08/99)                                            (Authorized Company Representative)

APPROVED
TRANSPORTATION DIVISION
DEC 18 2018
CORPORATION COMMISSION

IRB3539B

12/05/19  12:13:44  800-776-4737        ->           800-776-4737        Page 002

RECEIVED
TRANSPORTATION DIVISION

DEC 0 5 2019

OKLAHOMA CORPORATION
COMMISSION

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Liability Limit $1,000,000

APPROVED
TRANSPORTATION DIVISION
DEC 0 5 2019
OKLAHOMA CORPORATION
COMMISSION

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLE TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 07/12/2019 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 2nd day of August, 2019
Insurance Company File No. CA 04019061
              (Policy Number)

MC1633a(08/99)

(Authorized Company Representative)

IRB3539B

Received Time Dec. 5. 2019 11:14AM No. 1633