

May 17, 2022

Berkshire Hathaway Homestate Ins. Co.
1725 Windward Concourse # 200
Alpharetta, GA 30005

Claim Number: 4720136743
Named Insured: Silver Star Construction Company Inc
Date of Loss: 9-4-2019
Claimant Name: Tylon Mackey

Suit : Tylon Mackey V. Israel Juarez, individually, ORD Trucking, Inc., Fredy N. Valle Sr. d/b/a Valle Trucking and Silver Star Construction Company, Inc.

Berkshire Hathaway Homestate Ins. Co.
Policy Number:  02TRM033027-01
Policy Period:  02/08/2019-02/08/2020
Dear Great Lakes Insurance:

**Zurich North America**

**Claims**

P.O. Box 968072
Schaumburg, IL 60196

Telephone  (214) 866-1178
Fax  (866) 689-8972
http://www.zurichna.com

We have received a copy of the complaint filed by Tylon Makey. The complaint alleges that on or about September 4, 2019, Mackey was driving his vehicle eastbound on State Highway 51 near the city of Stillwater, OK. Defendant Juarez, who was employed by ORD Trucking, was operating a vehicle owned by ORD trucking, traveling northbound on Murphy Street at the intersection of State Highway 51. The complaint further alleges defendant Juarez failed to yield the right of way from the stop sign and collided with Mackey, causing Mackey to sustain injuries. Juarez was employed by ORD Trucking, a Subcontractor of Valle Trucking.

Our insured, Silver Star Construction Company, entered into a Hauling Service Agreement with Valle Trucking, which contains indemnity and hold harmless agreement. Indemnification, Section 2 of the agreement states:

> 2. INDMENITY: *To the fullest extent permitted by law, Hauler agrees to hold harmless and unconditionally indemnify Silver Star against and all liability for cost, expenses, claims, and damages, including attorney fees and all other cost of defense, which Silver Star may at any time suffer or incur, or become liable for, by reason of any accidents, damages or injuries sustained either to persons or property, including but not limited to employees or agents of Silver Star and/or Hauler, and/or any third parties, arising our of the services performed by Hauler pursuant to this Agreement regardless of whether such injury or damage was caused in whole or in part, to any degree, by Hauler. It is*

Exhibit 6

*the express intent of the parties to this agreement that the indemnity obligations described herein are for the benefit of Silver Star unless the injury or damage sustained arose directly from Silver Star's negligence. It is also the express intent of the parties to this agreement that the indemnity obligations hereunder apply to injury and/or damages sustained to any person or property, and that no remedy provided to the Haulers employees under any applicable workers compensation act shall operate to circumvent the obligations as referenced in this agreement.*

Furthermore, under Section 3, Insurance, the contract requires that Valle Trucking, name Silver Star as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and noncontributory basis, without restrictions as to fault or liability.

    3. INSURANCE
       *A. Hauler agrees to purchase and maintain a commercial general lability insurance policy or policies, providing coverage for damages to both property and injury to persons, expressly insuring Hauler's indemnity obligations above, in an amount not less than One Million Dollars ($1,000,000.00) for each occurrence, and Two Million Dollars ($2,000,000.00) in the aggregate, and including coverage for losses failing within the products-completed operations hazard.*
       *B. Hauler further agrees to purchase an applicable commercial motor vehicle insurance policy, providing coverage for both damage to property and injury to persons, expressly insuring Hauler's indemnity obligations referenced above, in an amount not less than One Million Dollars ($1,000,000.00) combines single limit.*
       *C. Hauler agrees to name Silver Star as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and non-contributory basis, without restriction as to fault or liability. Hauler agrees to furnish Silver Star with Certificates of Insurance identifying each carrier and policy, evidencing Haulers compliance with the obligations as set forth in this agreement, and which state that the coverage afforded unde the policy will not be canceled or terminated until at least 30 days written notice is given to Silver Star as set forth in the agreement shall not operate to preclude, circumvent or nullify and obligation assumed by it in paragraph 2 above, to indemnify Silver Star for any loss or damage sustained to any person or property.*
       *D. Hauler waives all right against Silver Star and its agents, officers, directors, and employees for recovery of damages to the extent these damages are covered by commercial general liability, business auto liability or workers compensation insurance maintained by Hauler, as required herein.*