

# Berkshire Hathaway
## HOMESTATE COMPANIES

BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY • BHHC SPECIAL RISKS INSURANCE COMPANY (Formerly Brookwood Insurance Company)
CONTINENTAL DIVIDE INSURANCE COMPANY • CYPRESS INSURANCE COMPANY • OAK RIVER INSURANCE COMPANY
REDWOOD FIRE AND CASUALTY INSURANCE COMPANY

June 20, 2022

ZURICH NORTH AMERICA
POB 968072
SCHAUMBERG, IL 60196

FAX: 866-689-8972

Re:  Claim Number:      00588558
     Policy Number:     02TRM033027-01
     Insured:           VALLE TRUCKING
     Claimant:          TYLON MACKEY
     Date of Loss:      September 04, 2019
     Driver:            ISRAEL JUAREZ
     Your Claim:        4720136743
     Your Insured:      SILVER STAR CONSTRUCTION COMPANY

Dear Zurich:

This letter acknowledges receipt of your tender request dated May 17, 2022. For the reasons set forth below, Berkshire Hathaway Homestate Insurance Company ("Berkshire") declines to accept the tender and disclaims any duty to defend or indemnify Ceres for all claims related to this accident.

The above-referenced Policy issued by Berkshire provides coverage for losses occurring during the policy term. Our records indicate this policy canceled, effective July 12, 2019. The date of the above-referenced loss as reported to us is outside the Policy Period. Therefore, the Policy does not apply to any claims arising from this loss.

This coverage denial is based on the information we have received to date. Should you have any additional information or facts to the contrary, please immediately contact us and provide us with this information so that we may review it and determine if it affects our position that coverage does not apply to this loss.

No further action by Berkshire will constitute or in any way is intended to waive or modify any of Berkshire's rights under the Policy or applicable law, or to admit any fact, principle or obligation under the Policy. Berkshire may at any time assert any of these additional rights or defenses.

Sincerely,
Berkshire Hathaway Homestate Insurance Company

---

Claims Department • P.O. Box 31361 • Omaha, Nebraska 68131-0361
Phone: (402) 916-3800 • Fax: (402) 916-3031
E-mail: reports@nationalindemnity.com

Exhibit 7



June 20, 2022                                                  Page 2

*(signature)*

Lisa Norgard
Claims Department

> It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits.

Cc:

FREDY N VALLE SR
DBA VALLE TRUCKING
2449 SW 90TH STREET
OKLAHOMA CITY, OK 73159

COVER ME INSURANCE AGENCY OF NJ
610-618 W. SAINT GEORGES AVE
LINDEN, NJ 07036