

# J. CHRIS HORTON, P.C.
ATTORNEY AND COUNSELOR AT LAW
212 N. Rock Island Avenue
P.O. Box 576
EL RENO, OKLAHOMA 73036
TELEPHONE 405-345-8033
CELLPHONE 405-317-4423
FACSIMILE 844-272-00200

J. CHRIS HORTON
jchrishorton@live.com

September 19, 2022

*Via Email, Certified Mail, and Fax:*

| Progressive Northern Insurance Co. | The Progressive Group of Insurance Companies |
| PO Box 94739 | 6300 Wilson Mills Road |
| Cleveland, OH 44101-4739 | Mayfield Village, OH 44143 |
| 800-556-0014 (fax) | |
| progressivecommercial@email.progressive.com | |
| Northeast Agencies | Northeast Agencies |
| 6467 Main Street, #104 | 8209 IBM Drive, Building 102 |
| Williamsville, NY 14221 | Charlotte, NC 28262 |

**RE:  Demand for Defense & Indemnity Pursuant to the Hauling Agreement**

| Lawsuit: | *Tylon Mackey v. Israel Juarez, ORD Trucking, Inc., Fredy N. Valle, Sr. d/b/a Valle Trucking, and Silver Star Construction Company, Inc.;* District Court of Payne County, Oklahoma; Case No. CJ-2020-233 |
|---|---|
| My Client: | Silver Star Construction Company, Inc. |
| Location of Event: | State Highway 51 and Murphy Street, near the city of Stillwater, Payne County, Oklahoma. |
| Date of Loss: | September 4, 2019 |

To Whom It May Concern:

My client, Silver Star Construction Company, Inc. ("Silver Star Construction") is a concrete and asphalt paving company.  In the course of performing roadway paving projects, Silver Star Construction engages the services of trucking companies to provide hauling services as independent contractors.  Your insured, Fredy Valle d/b/a Valle Trucking ("Valle Trucking"), was one of the trucking companies providing hauling services as an independent contractor of Silver Star Construction.  To perform hauling services on Silver Star Construction projects, Valle Trucking entered into a Hauling Services Agreement.  *See Enclosure 1, Hauling Services Agreement.*  As a result of hauling services provided by Valle Trucking and/or on behalf of Valle

Exhibit 9

Trucking, Silver Star Construction has been named in and had claims alleged against it in a lawsuit filed by Tylon Mackey in the District Court of Payne County, State of Oklahoma, Case No. CJ-2020-233. *See Enclosure 2, Second Amended Petition*. The lawsuit alleges that on or about September 4, 2019, Plaintiff Mackey was driving his vehicle eastbound on State Highway 51 near the city of Stillwater, Oklahoma. Defendant Juarez, who was employed by Defendant ORD Trucking, was operating a vehicle owned by Defendant ORD trucking, traveling northbound on Murphy Street at the intersection of State Highway 51. The lawsuit further alleges that Defendant Juarez failed to yield the right of way from a stop sign and collided with the Plaintiff Mackey, causing Plaintiff Mackey to sustain injuries. *See Enclosure 2, Second Amended Petition*. Defendant Juarez was employed by Defendant ORD Trucking. At the time of the subject accident involving Plaintiff Mackey, Defendant Juarez and Defendant ORD were providing services on behalf of Defendant Valle Trucking pursuant to the Hauling Service Agreement with Silver Star Construction. The Hauling Service Agreement requires Valle Trucking and its insurer to indemnity and hold harmless Silver Star Construction for the claims alleged in the subject lawsuit. *See Enclosure 1, Hauling Services Agreement*.

Valle Trucking's contractual obligation to indemnify Silver Star Construction is set forth in Section 2 of the Hauling Services Agreement. Section 2 states as follows:

> 2. **INDEMNITY:** To the fullest extent permitted by law, HAULER agrees to hold harmless and unconditionally indemnity SILVER STAR against any and all liability for costs, expenses, claims and damages, including attorney fees and all other costs of defense, which SILVER STAR may at any time suffer or incur, or become liable for, by reason of any accidents, damages or injuries sustained either to persons or property, including but not limited to employees or agents of Silver Star and/or Hauler, and/or any third parties, arising out of the services performed by HAULER pursuant to this Agreement, regardless of whether such injury or damage was caused in whole or in part, to any degree, by HAULER. It is the express intent of the parties to this Agreement that the indemnity obligations described herein are for the benefit of SILVER STAR unless the injury or damage sustained arose directly from SILVER STAR's negligence. It is also the express intent of the parties to this Agreement that the indemnity obligations hereunder apply to injury and/or damages sustained to any person or property, and that no remedy provided to the HAULER'S employees under any applicable workers' compensation act shall operate to circumvent the obligations as referenced in this Agreement.

*See Enclosure 1, Hauling Services Agreement*. Furthermore, in Section 3 of the Hauling Service Agreement, Valle Trucking agreed to very specific insurance obligations. Section 3 provides as follows:

> 3. **INSURANCE:**
>
>   A.   HAULER agrees to purchase and maintain a commercial general liability insurance policy or policies, providing coverage for damage to both property and injury to persons, expressly insuring HAULER'S indemnity obligations above, in an amount not less than One Million Dollars ($1,000,000.00) for each occurrence, and Two Million Dollars ($2,000,000) in the aggregate, and including coverage for losses failing within the "products-completed operations hazard".

2

> B.    HAULER further agrees to purchase an applicable commercial motor vehicle insurance policy, providing coverage for both damage to property and injury to persons, expressly insuring HAULER'S indemnity obligations referenced above, in an amount not less than One Million Dollars ($1,000,000.00) combined single limit.
>
> C.    HAULER agrees to name SILVER STAR as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and non-contributory basis, without restriction as to fault or liability. HAULER agrees to furnish SILVER STAR with Certificates of Insurance identifying each carrier and policy, evidencing HAULER'S compliance with the obligations as set forth in this Agreement, and which state that the coverage afforded under the policy will not be canceled or terminated until at least thirty days written notice is given to SILVER STAR. HAULER further agrees that the insurance provided to SILVER STAR as set forth in the Agreement shall not operate to preclude, circumvent or nullify any obligation assumed by it in paragraph 2 above, to indemnify SILVER STAR for any loss or damage sustained to any person or property.
>
> D.    HAULER waives all rights against SILVER STAR and its agents, officers, directors and employees for recovery of damages to the extent these damages are covered by commercial general liability, business auto liability or workers compensation insurance maintained by HAULER, as required herein.

*See Enclosure 1, Hauling Services Agreement*.  It is important to note that Section 3 of the Hauling Services Agreement requires that Valle Trucking, "name SILVER STAR as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and noncontributory basis, without restrictions as to fault or liability."   *See Enclosure 1, Hauling Services Agreement*.  Valle Trucking provided Silver Star Construction with a Certificate of Insurance identifying its commercial automobile liability policy with Progressive Northern Insurance Company, Policy No. 040190612.  *See Enclosure 3, Certificate of Insurance, Progressive Northern Insurance Company*.

Pursuant to the above contract language, Silver Star Construction demands that Progressive Northern Insurance Company and Valle Trucking defend and indemnify Silver Star Construction for the *Mackey* lawsuit on a primary, non-contributory basis.  Two demands have previously been made on behalf of Silver Star Construction.  *See Enclosure 4, Prior Demands on Progressive for Defense and Indemnity*.  No response has been received.

Based upon Hauling Services Agreement, Silver Star Construction has brought a cross claim against Valle Trucking in the *Mackey* lawsuit for breach of contract, indemnity and contribution.  *See Enclosure 5, Silver Star Construction's Amended Answer and Cross-Claim Against Defendant Valle Trucking*.

Feel free to contact me should you have any questions or would like to discuss the matter further.

Sincerely,

J. Chris Horton

Enclosures

cc: Mr. Fredy N. Valle, Sr.
Valle Trucking
c/o Jeffrey A. Curran, Esq.
GABLE GOTWALS
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
jcurran@gablelaw.com
*ATTORNEY FOR DEFENDANT FREDY N. VALLE SR.,*
*D/B/A VALLE TRUCKING*