IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-00702-JD ) |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; ISRAEL JUAREZ; ORD TRUCKING, INC.; and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

A review of the filings in this case reveals that Defendant Zurich American Insurance Company has not filed a Corporate Disclosure Statement in compliance with recently amended Federal Rule of Civil Procedure 7.1, which requires in relevant part that a party must "file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court." *See* Fed. R. Civ. P. 7.1(b)(1).

This Court therefore **ORDERS** Defendant Zurich American Insurance Company to file within **7 days** of this Order its Corporate Disclosure Statement. The Court requires Defendant to comply with Rule 7.1(a)(2) so that it can properly evaluate this case for conflicts of interest.

IT IS SO ORDERED this 6th of February 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE