IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

1. Great Lakes Insurance SE

                          Plaintiff(s),

v.                                  Case No. CIV-22-702-JD

2. Fredy Valle d/b/a Valle Trucking;
3. Silver Star Construction Company, Inc;
4. Tylon Mackey;
5. Israel Juarez;
6. Ord Trucking, Inc., et al.

                          Defendant(s)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Berkshire Hathaway Homestate Ins. Co.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ J. Mark McAlester      02/27/2023
Signature                                  Date

J. Mark McAlester
Print Name

Fenton, Fenton, Smith, Reneau & Moon
Firm

211 N. Robinson, Ste. 800N, One Leadership Square
Address

Oklahoma City, OK 73102
City                       State                 Zip Code

405.235.4671
Telephone

jmmcalester@fentonlaw.com
Internet E-mail Address

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ J. Mark McAlester
s/ Attorney Name