## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCES SE )<br>                                                    )<br>           **Plaintiff,**    )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>2. FREDY VALLE d/b/a VALLE    )<br>   TRUCKING,                           )<br>3. SILVER STAR CONSTRUCTION  )<br>   COMPANY, INC.,                 )<br>4. TYLON MACKEY,                )<br>5. ISRAEL JUAREZ,               )<br>6. ORD TRUCKING, INC., and     )<br>7. ZURICH AMERICAM INS. CO.,  )<br>                                                    )<br>           **Defendants.**   )<br>-----------------------------------------------  )<br>8. ZURICH AMERICAN INS. CO.   )<br>                                                    )<br>           **Third-Party Plaintiff**   )<br>                                                    )<br>9. BERKSHIRE HATHAWAY      )<br>   HOMESTATE INS. CO., and    )<br>10. PROGRESSIVE NORTHERN   )<br>    INS. CO.                                )<br>                                                    )<br>           **Third-Party Defendants.**  ) | Case No: 5:22-cv-00702-JD |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Third-party Defendant Progressive Northern Insurance Company

I certify that I am admitted to practice in tis court and am registered to file documents electronically with this court.

Respectfully submitted,

**STARR, BEGIN, & KING, PLLC**

s/Christopher C. King_____
Christopher C. King, OBA #18578
1800 S. Baltimore Ave., Ste 550
Tulsa, OK 74119
Tele:  (918) 872-0373
Fax:   (918) 592-0381
Email: kris.king@tulsalawyer.org
***Attorney for Def. Progressive Northern Ins. Co.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/Christopher C. King_____