IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00702-JD |
| | ) |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; ISRAEL JUAREZ; ORD TRUCKING, INC.; and ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| ---------------------------------------------- | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| | ) |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY; and PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendants. | ) |

**<u>ORDER</u>**

Before the Court are Third-Party Defendants Progressive Northern Insurance Company's Unopposed Motion for Extension of Time to Answer and Berkshire Hathaway Homestate Insurance Company's Unopposed Motion to Extend Deadline to

File Answer (collectively the "Motions"). [Doc. Nos. 36, 38].[1] The Motions seek to extend Third-Party Defendants Progressive Northern Insurance Company and Berkshire Hathaway Homestate Insurance Company deadlines to answer, move against, or otherwise respond to Third-Party Plaintiff Zurich American Insurance Company's Complaint for Declaratory Judgment against Berkshire Hathaway Homestate Insurance Company and Progressive Northern Insurance Company [Doc. No. 28] to March 10, 2023. The Motions indicate that Third-Party Plaintiff Zurich American Insurance Company is not opposed.

For good cause shown and under Federal Rule of Civil Procedure 6(b) and LCvR7.1(h), the Court GRANTS the Motions [Doc. Nos. 36, 38] and extends the deadlines for Third-Party Defendants Progressive Northern Insurance Company and Berkshire Hathaway Homestate Insurance Company to answer, move against, or otherwise respond to Third-Party Plaintiff Zurich American Insurance Company's Complaint for Declaratory Judgment [Doc. No. 28] to March 10, 2023.

IT IS SO ORDERED this 28th day of February 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] Under the undersigned judge's chamber procedures for civil cases available on the website for the United States District Court for the Western District of Oklahoma, any future request for an extension of time or extension of the scheduling order by any party should, among other requirements, be filed at least forty-eight hours before the scheduled deadline, absent an emergency.