## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCE SE,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>2. FREDY VALLE d/b/a VALLE  )<br>   TRUCKING;  )<br>3. SILVER STAR CONSTRUCTION  )<br>   COMPANY, INC.;  )<br>4. TYLON MACKEY;  )<br>5. ISRAEL JUAREZ; 5:22-CV-00702-JD  )<br>6. ORD TRUCKING, INC.  )<br>7. ZURICH AMERICAN INS. CO.,  )<br>  )<br>Defendants,  )<br>  )<br>8. ZURICH AMERICAN INS. CO.,  )<br>  )<br>Defendant/Third Party  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>9. BERKSHIRE HATHAWAY  )<br>   HOMESTATE INS. CO., and  )<br>10. PROGRESSIVE NORTHERN INS.  )<br>    CO.,  )<br>  )<br>Third-Party Defendants. | Case No. CIV-22-00702-JD<br>Judge Jodi W. Dishman |

## THIRD-PARTY PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS AGAINST THIRD-PARTY DEFENDANT BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY

Third-Party Plaintiff, Zurich American Insurance Company ("**ZAIC**"), pursuant to

FED. R. CIV. P. 41(a)(1)(A)(i), hereby dismisses without prejudice to the re-filing thereof

all of its third-party claims asserted against Berkshire Hathaway Homestate Insurance Company *only*.  ZAIC's third-party claims asserted against Progressive Northern Insurance Company and ZAIC's Counterclaim against Great Lakes Insurance SE remain pending and are not dismissed.

                Respectfully Submitted,

                **WILBURN, MASTERSON & HAMPTON**

                By *s/Amy E. Hampton*
                  **MICHAEL J. MASTERSON, OBA# 5769**
                  **AMY E. HAMPTON, OBA # 20235**
                  2421 E. Skelly Dr.
                  Tulsa, OK  74105-6006
                  (918) 494-0414
                  FAX: (918) 493-3455
                  E-Mail:
                  mike.masterson@wilburnmasterson.com
                  amy.hampton@wilburnmasterson.com
                  Attorney for Defendant/Third-Party Plaintiff
                  Zurich American Insurance Company

## CERTIFICATE OF SERVICE

I, Amy E. Hampton, hereby certify that on this 10th day of March, 2023, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Michael S. Linscott
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Brian M. Keester
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Emily E. Allan
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
*Attorney for Great Lakes Insurance SE*

Mark A. Warman
Levinson, Smith & Huffman, P.C.
1743 South 71st Street
Tulsa, OK 74136-5108
*Attorney for Israel Juarez*

J. Chris Horton
J. Chris Horton, PC
PO Box 576
El Reno, OK 73036
*Attorney for Silver Star Construction Company, Inc.*

James A. Scimeca
Burch, George & Germany
1500 City Place Bldg.
204 N. Robinson, Ste 1500
Oklahoma City, OK  73102
*Attorney for Tylon Mackey*

Ryan Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Andrew Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Bradley E. Bowlby
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Insurance Company*

J. Mark McAlester
Fenton, Fenton, Smith, Reneau & Moon, P.C.
211 North Robinson, Ste 800N
Oklahoma City, OK 73102-7106
*Attorney for Berkshire Hathaway Homestate Ins. Co.*

Christopher C. King
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Ins. Co.*

        *s/Amy E. Hampton*
        **AMY E. HAMPTON**

AEH/aeh