IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE,<br><br>    Plaintiff,<br><br>v.<br><br>FREDY VALLE d/b/a VALLE TRUCKING;<br>SILVER STAR CONSTRUCTION COMPANY, INC.;<br>TYLON MACKEY;<br>ISRAEL JUAREZ;<br>ORD TRUCKING, INC.;<br>ZURICH AMERICAN INS. CO.,<br><br>    Defendants.<br>_____<br>ZURICH AMERICAN INS. CO.<br><br>    Third-Party Plaintiff,<br><br>BERKSHIRE HATHAWAY HOMESTATE INS. CO., and PROGRESSIVE NORTHERN INS. CO.<br><br>    Third-Party Defendants. | Case No. CIV-22-702-JD |

## MOTION TO FILE ANSWER OUT OF TIME

COMES NOW the Defendant, Israel Juarez and respectfully moves this Court for an Order allowing him to file an Answer to the Complaint for Declaratory Judgment out of Time. In support hereof, this Defendant would show this Court the following:

    1.    This matter was filed on August 16, 2022 as a Declaratory Judgment action and various parties have answered and filed Counterclaims and Third Party Complaints.

2.     The Defendant, Israel Juarez, allowed Counsel to accept service on his behalf and subsequently Counsel filed an Entry of Appearance on his behalf.

3.     Counsel for Israel Juarez had been in discussions with Counsel for the Plaintiff regarding his participation in this matter and therefore did not file an answer.

4.     The parties recently undertook a telephone conference to discuss the joint status conference order. As such, Counsel for Defendant Juarez felt if necessary to file the appropriate answer on behalf of his client.  Counsel for Juarez has discussed this matter with all counsel and would advise the Court there is no objection to this application to file Answer Out of Time.

WHEREFORE premises considered, Defendant Israel Juarez would respectfully request this Court to allow him ten (10) days to file his answer to the Complaint for Declaratory Judgment and for any further relief deemed appropriate by this Court.

Respectfully submitted,

LEVINSON, SMITH & HUFFMAN, P.C.

s/ *Mark A. Warman*
Mark A. Warman
1743 East 71st Street
Tulsa, OK 74119
(918) 492-4433
(918) 492-6224- fax
m.warman@lsh-law-firm.com

*Attorney for Def. Israel Juarez*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2023, I electronically transmitted the attached document to the Clerk of Court using Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                  *s/ Mark A. Warman*
                                                  Mark A. Warman