IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, ) ) Plaintiff, ) ) v. ) ) FREDY VALLE, doing business as ) Valle Trucking; SILVER STAR ) CONSTRUCTION COMPANY, INC.; ) TYLON MACKEY; ISRAEL JUAREZ; ) ORD TRUCKING, INC.; and ZURICH ) AMERICAN INSURANCE ) COMPANY, ) ) Defendants. ) --------------------------------------------- ) ZURICH AMERICAN INSURANCE ) COMPANY, ) ) Third-Party Plaintiff, ) v. ) ) PROGRESSIVE NORTHERN ) INSURANCE COMPANY, ) ) Third-Party Defendant. ) | Case No. CIV-22-00702-JD |

## **ORDER**

Before the Court are Defendant ORD Trucking, Inc.'s Motion for Leave to File Answer Out of Time [Doc. No. 45] and Defendant Israel Juarez's Motion to File Answer Out of Time [Doc. No. 46]. These motions seek permission to file the answers of these two defendants out of time, and they are unopposed. Accordingly, the Court GRANTS the motions [Doc. Nos. 45 and 46] and Defendants ORD Trucking, Inc. and Israel Juarez shall file their respective answers no later than **May 8, 2023**.

IT IS SO ORDERED this 28th day of April 2023.

                                                 _____
                                                 JODI W. DISHMAN
                                                 UNITED STATES DISTRICT JUDGE