IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

GREAT LAKES INSURANCE SE,               )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )
                                        )       Case No. CIV-22-702-JD
FREDY VALLE d/b/a VALLE                 )
TRUCKING;                               )
SILVER STAR CONSTRUCTION                )
COMPANY, INC.;                          )
TYLON MACKEY;                           )
ISRAEL JUAREZ;                          )
ORD TRUCKING, INC.;                     )
ZURICH AMERICAN INS. CO.,               )
                                        )
        Defendants.                     )
_____  )
ZURICH AMERICAN INS. CO.                )
                                        )
        Third-Party Plaintiff,          )
                                        )
BERKSHIRE HATHAWAY                      )
HOMESTATE INS. CO., and                 )
PROGRESSIVE NORTHERN                    )
INS. CO.                                )
                                        )
        Third-Party Defendants.         )

## SUPPLEMENT TO JOINT STATUS REPORT

COMES NOW Defendant ORD Trucking, Inc., and advises that due to inadvertence this Defendant's portion of the Joint Status Report [Doc. 49] was not included. Defendant joins in the Joint Status Report and supplements the Report as follows:

Appearing for Defendant Ord Trucking, Inc.:

Rodney D. Stewart, OBA #15105
Stewart Law Firm
801 NW 63rd Street, Suite 100
Oklahoma City, OK 73116
(405)601-6060
rds@rstewartlaw.com


**4. CONTENTIONS AND CLAIMS FOR DAMAGES OR OTHER RELIEF SOUGHT.**

g. Defendant Ord Trucking, Inc.:


Defendant Ord Trucking, Inc., desires to take no action regarding the coverage issue(s) presented in this declaratory judgment action and seeks to be dismissed from the action.


/s/ Rodney D. Stewart
Rodney D. Stewart
Bar Number: 15105
Attorney for Defendant,
ORD Trucking, Inc.
Stewart Law Firm
801 N.W. 63rd Street., Suite 100
Oklahoma City, OK 73116
Telephone:  (405) 601-6060
Facsimile:  (405) 254-5118
E-Mail: rds@rstewartlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically transmitted the attached document to the Clerk of Court using Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.


/s/ Rodney D. Stewart
Rodney D. Stewart