IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. CIV-22-00702-JD |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; ISRAEL JUAREZ; ORD TRUCKING, INC.; and ZURICH AMERICAN INSURANCE COMPANY, | ) |
|       Defendants. | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
|       Third-Party Plaintiff, | ) |
| v. | ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) |
|       Third-Party Defendant. | ) |

## ORDER

A review of the filings in this case reveals that Defendant ORD Trucking, Inc. has not filed a Corporate Disclosure Statement in compliance with recently amended Federal Rule of Civil Procedure 7.1, which requires in relevant part that a party must "file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court." *See* Fed. R. Civ. P. 7.1(b)(1).

This Court therefore **ORDERS** Defendant ORD Trucking, Inc. to file within **7 days** of this Order its Corporate Disclosure Statement.

IT IS SO ORDERED this 9th of May 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE