UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| Plaintiff(s) | ) ) ) ) ) |
| vs. | ) CASE NO._____ |
| Defendant(s) | ) ) ) ) ) ) |

**CHANGE OF ADDRESS**

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for
_____plaintiff_____defendant (name of party) _____.

_____s/_____
Signature                                                                                       Date

_____
Print Name

_____
Firm

_____
New Address

_____
City, State, Zip Code

_____
Phone Number                                                                     Fax Number

_____
Email Address

*Certificate of Service*

\_\_\_\_ I hereby certify that on (date) _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

\_\_\_\_\_ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

_____
s/ Attorney Name

Rsvd 12-09