## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-00702-JD |
| ) | |
| FREDY VALLE, doing business as ) | |
| Valle Trucking; SILVER STAR ) | |
| CONSTRUCTION COMPANY, INC.; ) | |
| TYLON MACKEY; ISRAEL JUAREZ; ) | |
| ORD TRUCKING, INC.; and ZURICH ) | |
| AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| --------------------------------------------- ) | |
| ZURICH AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |

### ORDER

Before the Court is the Motion to Withdraw as Counsel of Record [Doc. No. 58].

The motion seeks an order allowing Michael J. Masterson and the law firm of Wilburn,

Masterson & Hampton to withdraw as counsel for Defendant/Third Party Plaintiff Zurich

American Insurance Company in the above-referenced matter.

Upon review of the motion, and under LCvR83.5, the Court GRANTS the Motion

to Withdraw as Counsel of Record. No conditions need to be imposed upon the

withdrawal of Mr. Masterson, as Amy E. Hampton of Aston, Mathis, Campbell, PLLC

will continue to represent Defendant/Third Party Plaintiff Zurich American Insurance

Company.

IT IS SO ORDERED this 1st day of June 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE