IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE,       )<br>            )<br>    Plaintiff,       )<br>            )<br>v.           )<br>            )<br>FREDY VALLE d/b/a VALLE       )<br>TRUCKING;         )<br>SILVER STAR CONSTRUCTION       )<br>COMPANY, INC.;         )<br>TYLON MACKEY;         )<br>ISRAEL JUAREZ;         )<br>ORD TRUCKING, INC.;         )<br>ZURICH AMERICAN INS. CO.,       )<br>            )<br>    Defendants.       )<br>_____ )<br>ZURICH AMERICAN INS. CO.       )<br>            )<br>    Third-Party Plaintiff,      )<br>            )<br>BERKSHIRE HATHAWAY        )<br>HOMESTATE INS. CO., and       )<br>PROGRESSIVE NORTHERN       )<br>INS. CO.          )<br>            )<br>    Third-Party Defendants.      ) | Case No. CIV-22-702-JD |

**STIPULATION FOR DISMISSAL OF**
**<u>DEFENDANTS ISRAEL JUAREZ AND ORD TRUCKING, INC</u>.**

Pursuant to FED. R. CIV. P. 41(a), Plaintiff Great Lakes Insurance SE hereby voluntarily dismisses Defendants Israel Juarez and ORD Trucking, Inc. for the reason that said Defendants have requested dismissal and agreed to be bound by the determination of coverage herein. Each party shall be responsible for its own attorney's fees and costs.

1

No other Defendants are affected by this Stipulation for Dismissal.

/s/ Emily E. Allan_____
Emily E. Allan
Bar Number: 33456
Attorneys for Plaintiff,
Great Lakes Insurance SE
Doerner, Saunders, Daniel
 & Anderson, LLP
210 Park Avenue, Suite 1200
Oklahoma City, OK  73102
Telephone: (405) 898-8653
Facsimile: (405) 898-8863
E-Mail: eallan@dsda.com

-and-

Michael Linscott
Bar Number: 17266
Attorneys for Plaintiff,
Great Lakes Insurance SE
Doerner, Saunders, Daniel
 & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
Telephone: (918) 591-5288
Facsimile: (918) 925-5288
E-Mail: mlinscott@dsda.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26 2023, I electronically transmitted the attached document to the Clerk of Court using Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Emily E. Allan_____