IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE,<br><br>Plaintiff,<br><br>v.<br><br>FREDY VALLE d/b/a VALLE TRUCKING;<br>SILVER STAR CONSTRUCTION COMPANY, INC.;<br>TYLON MACKEY;<br>ISRAEL JUAREZ;<br>ORD TRUCKING, INC.;<br>ZURICH AMERICAN INS. CO.,<br><br>Defendants.<br>_____<br>ZURICH AMERICAN INS. CO.<br><br>Third-Party Plaintiff,<br><br>BERKSHIRE HATHAWAY HOMESTATE INS. CO., and PROGRESSIVE NORTHERN INS. CO.<br><br>Third-Party Defendants. | Case No. CIV-22-702-JD |

**STIPULATION FOR DISMISSAL OF
<u>DEFENDANTS ISRAEL JUAREZ AND ORD TRUCKING, INC</u>.**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Great Lakes Insurance SE hereby voluntarily dismisses Defendants Israel Juarez and ORD Trucking, Inc. for the reason that said Defendants have requested dismissal and agreed to be bound by the

1

determination of coverage herein. Each party shall be responsible for its own attorney's fees and costs.

No other Defendants are affected by this Stipulation for Dismissal. Nonetheless, counsel for all parties who have appeared have authorized their electronic signatures on this Stipulation for Dismissal.

*s/ Emily E. Allan*_____
Emily E. Allan
Bar Number: 33456
Attorneys for Plaintiff,
Great Lakes Insurance SE
Doerner, Saunders, Daniel
  & Anderson, LLP
210 Park Avenue, Suite 1200
Oklahoma City, OK  73102
Telephone: (405) 898-8653
Facsimile: (405) 898-8863
E-Mail: eallan@dsda.com

-and-

Michael Linscott
Bar Number: 17266
Brian M. Keester
Bar Number: 33208
Attorneys for Plaintiff,
Great Lakes Insurance SE
Doerner, Saunders, Daniel
  & Anderson, LLP
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
Telephone: (918) 591-5288
Facsimile: (918) 925-5288
E-Mail: mlinscott@dsda.com
E-Mail: b.keester@dsda.com

## APPROVAL FOR ELECTRONIC SIGNATURES

The filing attorney hereby certifies that he/she has obtained from the following attorneys of record the approval to electronically sign this Stipulation for Dismissal:

| | |
|---|---|
| *s/ Rodney D. Stewart*_____<br>Rodney D. Stewart<br>Bar Number: 15105<br>Attorney for Defendant,<br>ORD Trucking, Inc.<br>Stewart Law Firm<br>801 N.W. 63rd Street., Suite 100<br>Oklahoma City, OK 73116<br>Telephone:  (405) 601-6060<br>Facsimile:  (405) 254-5118<br>E-Mail: rds@rstewartlaw.com<br><br>(Signed by Filing Attorney with permission of Attorney) | *s/ Emily E. Allan*_____<br>Emily E. Allan<br>Bar Number: 33456<br>Attorneys for Plaintiff,<br>Great Lakes Insurance SE<br>Doerner, Saunders, Daniel<br>  & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK  73102<br>Telephone: (405) 898-8653<br>Facsimile: (405) 898-8863<br>E-Mail: eallan@dsda.com<br><br>(Filing Attorney's Signature) |
| *s/ Mark A. Warman*_____<br>Mark A. Warman<br>Bar Number 12920<br>Attorney for Defendant,<br>Israel Juarez<br>Levinson, Smith & Huffman, PC<br>1743 E. 71st Street<br>Tulsa, OK  74136<br>Telephone: (918) 492-4433<br>Facsimile: (918) 492-6224<br>E-Mail: mwarman@lsh-law-firm.com<br><br>(Signed by Filing Attorney with permission of Attorney) | *s/ Emily E. Allan*_____<br>Emily E. Allan<br>Bar Number: 33456<br>Attorneys for Plaintiff,<br>Great Lakes Insurance SE<br>Doerner, Saunders, Daniel<br>  & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK  73102<br>Telephone: (405) 898-8653<br>Facsimile: (405) 898-8863<br>E-Mail: eallan@dsda.com<br><br>(Filing Attorney's Signature) |
| *s/ J. Chris Horton*_____<br>J. Chris Horton<br>Bar Number: 19334<br>Attorney for Defendant,<br>Silver Star Construction Company, Inc.<br>J. CHRIS HORTON, PC<br>P.O. Box 576<br>El Reno, OK 73036 | *s/ Emily E. Allan*_____<br>Emily E. Allan<br>Bar Number: 33456<br>Attorneys for Plaintiff,<br>Great Lakes Insurance SE<br>Doerner, Saunders, Daniel<br>  & Anderson, LLP<br>210 Park Avenue, Suite 1200 |

| | |
|---|---|
| Telephone: (405) 317-4423<br>Facsimile: (844) 272-0020<br>Email: jchrishorton@live.com<br><br>(Signed by Filing Attorney with permission of Attorney) | Oklahoma City, OK  73102<br>Telephone: (405) 898-8653<br>Facsimile: (405) 898-8863<br>E-Mail: eallan@dsda.com<br><br>(Filing Attorney's Signature) |
| *s/ Amy E. Hampton*_____<br>Amy E. Hampton<br>Bar Number: 20235<br>Rachel C. Mathis<br>Bar Number:  16360<br>Attorney for Defendant,<br>Zurich American Insurance Company<br>Aston, Mathis, Campbell, PLLC<br>2642 E. 21st Street, Suite 250<br>Tulsa, OK  74114<br>Telephone: (918) 949-9966<br>Facsimile: (918) 949-9968<br>Email: ahampton@amlawok.com<br>Email: mathis@amlawok.com<br><br>(Signed by Filing Attorney with permission of Attorney) | *s/ Emily E. Allan*_____<br>Emily E. Allan<br>Bar Number: 33456<br>Attorneys for Plaintiff,<br>Great Lakes Insurance SE<br>Doerner, Saunders, Daniel<br>  & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK  73102<br>Telephone: (405) 898-8653<br>Facsimile: (405) 898-8863<br>E-Mail: eallan@dsda.com<br><br>(Filing Attorney's Signature) |
| *s/ Bradley E. Bowlby*_____<br>Bradley E. Bowlby<br>Bar Number: 22847<br>Christopher C. King<br>Bar Number: 18578<br>Attorney for Defendant,<br>Progressive Northern Ins. Co.<br>Starr, Begin & King, PLLC<br>1800 S. Baltimore Ave., Suite 550<br>Tulsa, OK  74119<br>Telephone: (918) 872-0374<br>Facsimile: (918) 592-0381<br>Email: brad.bowlby@tulsalawyer.org<br>Email: kris.king@tulsalawyer.org<br><br>(Signed by Filing Attorney with permission of Attorney) | *s/ Emily E. Allan*_____<br>Emily E. Allan<br>Bar Number: 33456<br>Attorneys for Plaintiff,<br>Great Lakes Insurance SE<br>Doerner, Saunders, Daniel<br>  & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK  73102<br>Telephone: (405) 898-8653<br>Facsimile: (405) 898-8863<br>E-Mail: eallan@dsda.com<br><br>(Filing Attorney's Signature) |

| | |
|---|---|
| *s/ J. Mark McAlester*_____<br>J. Mark McAlester<br>Bar Number: 18104<br>Attorney for Defendant,<br>Berkshire Hathaway Homestate Ins. Co.<br>Fenton, Fenton, Smith, Reneau & Moon<br>211 N. Robinson, Suite 800N<br>Oklahoma City, OK 73102<br>Telephone: (405) 235-4671<br>Facsimile: (405) 235-5247<br>Email: jmmcalester@fentonlaw.com<br><br>(Signed by Filing Attorney with permission of Attorney) | *s/ Emily E. Allan*_____<br>Emily E. Allan<br>Bar Number: 33456<br>Attorneys for Plaintiff,<br>Great Lakes Insurance SE<br>Doerner, Saunders, Daniel<br>  & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102<br>Telephone: (405) 898-8653<br>Facsimile: (405) 898-8863<br>E-Mail: eallan@dsda.com<br><br>(Filing Attorney's Signature) |
| *s/ Ryan Polchinski*_____<br>Ryan Polchinski<br>Bar Number: 31869<br>Andrew Polchinski<br>Bar Number: 34574<br>Attorneys for Defendant,<br>Tylon Mackey<br>LAW OFFICES OF DANIEL M. DAVIS<br>300 N. Walnut Ave.<br>Oklahoma City, OK 73104<br>Telephone: (405) 235-4000<br>Facsimile: (405) 235-4954<br>Email: ryanp@dandavislaw.com<br>Email: andrewp@dandavislaw.com<br>(Signed by Filing Attorney with permission of Attorney)<br><br>*-and-*<br><br>James A. Scimeca<br>Bar Number: 13445<br>Attorney for Defendant,<br>Tylon Mackey<br>Burch, George & Germany<br>204 N. Robinson Ave., Suite 1500<br>Oklahoma City, OK 73102<br>Telephone: (405) 239-7711<br>Facsimile: (405) 239-7795<br>Email: jscimeca@burch-george.com | *s/ Emily E. Allan*_____<br>Emily E. Allan<br>Bar Number: 33456<br>Attorneys for Plaintiff,<br>Great Lakes Insurance SE<br>Doerner, Saunders, Daniel<br>  & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102<br>Telephone: (405) 898-8653<br>Facsimile: (405) 898-8863<br>E-Mail: eallan@dsda.com<br><br>(Filing Attorney's Signature) |

| | |
|---|---|
| (Signed by Filing Attorney with permission of Attorney) | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 9th 2023, I electronically transmitted the attached document to the Clerk of Court using Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

<u>s/ Emily E. Allan</u>_____