IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (2) FREDY VALLE d/b/a VALLE ) <br> TRUCKING; ) <br> (3) SILVER STAR CONSTRUCTION ) <br> COMPANY, INC.; ) <br> (4) TYLON MACKEY; ) <br> (5) ISRAEL JUAREZ; ) <br> (6) ORD TRUCKING, INC.; ) <br> (7) ZURICH AMERICAN INS. CO. ) <br> ) <br>     Defendants. ) <br> ) <br> and ) <br> ) <br> (8) ZURICH AMERICAN INS. CO., ) <br> ) <br>     Third-Party Plaintiff, ) <br> v. ) <br> ) <br> (9) BERKSHIRE HATHAWAY ) <br> HOMESTATE INS. CO., and ) <br> (10) PROGRESSIVE NORTHERN INS. CO., ) <br> ) <br>     Third-Party Defendants. ) | Case No. CIV-22-702-JD |

**PLAINTIFF'S WITNESS LIST**

Pursuant to the current Scheduling Order, Plaintiff Great Lakes Insurance SE ("Great Lakes") submits the following Witness List, which is based upon presently available information and evidence, and Great Lakes reserves the right to amend and/or further supplement this list as discovery is completed.

## WITNESSES

| No. | Name | Proposed Testimony |
|---|---|---|
| 1. | Representative for Great Lakes Insurance SE<br>c/o Doerner, Saunders, Daniel & Anderson, L.L.P.<br>210 Park Ave STE 1200,<br>Oklahoma City, OK 73102 | Facts and circumstances related to request for defense from Valle Trucking and Silver Star, facts and circumstances related to coverage availability under Great Lakes' Policy. |
| 2. | Tylon Mackey<br>c/o Ryan Polchinski<br>Law Offices of Daniel Davis<br>300 N. Walnut Ave.<br>Oklahoma City, OK 73104 | Facts and circumstances related to the underlying lawsuit, and tender of defense to Great Lakes and other Defendants. |
| 3. | Israel Juarez<br>c/o Mark Warman<br>Levinson, Smith & Huffman<br>1743 E. 71st Street<br>Tulsa, OK 74136 | Facts and circumstances related to the underlying lawsuit. |
| 4. | Representative of Valle Trucking<br>c/o Fredy Valle<br>2449 SW 90th Street<br>Oklahoma City, OK 73159 | Facts and circumstances related to the underlying lawsuit, and tender of defense to Great Lakes and other Defendants. |
| 5. | Representative of Silver Star<br>c/o J. Chris Horton<br>PO Box 576<br>El Reno, OK 73036 | Facts and circumstances related to the underlying lawsuit, and tender of defense to Great Lakes and other Defendants. |
| 6. | Representative of ORD Trucking<br>c/o Rodney Stewart<br>Stewart Law Firm<br>801 N.W. 63rd Street, Suite 100<br>Oklahoma City, OK 73116 | Facts and circumstances related to the underlying lawsuit. |
| 7. | Representative of Progressive Northern Ins Co.<br>c/o Bradley Bowlby<br>Starr, Begin, & King<br>1800 S. Baltimore Ave, Suite 550 | Facts and circumstance related to policy of insurance issued to Valle Trucking, any tender of defense, and priority of coverage. |

| No. | Name | Proposed Testimony |
|---|---|---|
|  | Tulsa, OK 74119 |  |
| 8. | Representative of Zurich American Ins.<br>c/o Amy Hampton<br>Aston, Mathis, Campbell<br>2642 E. 21st, Suite 250<br>Tulsa, OK 74114 | Facts and circumstance related to policy of insurance issued to Silver Star, any tender of defense, and priority of coverage. |
| 9. | Witnesses identified by Defendants, to the extent not objected to by Plaintiff |  |
| 10. | Witnesses required for authentications exhibits |  |
| 11. | Witnesses identified during remaining discovery |  |

DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.

By: s/*Emily Allan*
Michael Linscott, OBA No. 17266
Brian M. Keester, OBA No. 33208
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
Telephone 918.591.5288
Facsimile 918.925.5288
Email:  mlinscott@dsda.com
            bkeester@dsda.com

-and-

Emily E. Allan, OBA No. 33456
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone: 405-898-8653
Fax: 405-898-8683
Email: eallan@dsda.com

***Attorneys for Plaintiff Great Lakes Insurance SE***

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing Final Witness & Exhibit List the Clerk of the U.S. District Court, Western District of Oklahoma, using the electronic case filing system of the Court.

*s/Emily Allan*

8054309.1