# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCE SE,<br><br>  Plaintiff,<br><br>vs.<br><br>2. FREDY VALLE d/b/a VALLE TRUCKING;<br>3. SILVER STAR CONSTRUCTION COMPANY, INC.;<br>4. TYLON MACKEY;<br>5. ISRAEL JUAREZ;<br>6. ORD TRUCKING, INC.<br>7. ZURICH AMERICAN INS. CO.,<br><br>  Defendants,<br><br>8. ZURICH AMERICAN INS. CO.,<br><br>  Defendant/Third Party Plaintiff,<br><br>vs.<br><br>9. PROGRESSIVE NORTHERN INS. CO.,<br><br>  Third-Party Defendant. | Case No. CIV-22-00702-JD<br>Judge Jodi W. Dishman |

## DEFENDANT/THIRD-PARTY PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY'S FINAL WITNESS LIST

Defendant/Third-Party Plaintiff Zurich American Insurance Company ("**ZAIC**"), pursuant to the Court's Scheduling Order (Doc. No. 56), respectfully submits its Final Witness List.

**Witnesses**

| No. | Name | Address/Telephone | Proposed Testimony | Will be Called/May be Called |
|---|---|---|---|---|
| 1. | Tylon Mackey | c/o James Scimeca<br>Burch, George, Germany<br>204 N. Robinson Ave., Ste. 1500<br>Oklahoma City, OK 73102<br>(405) 239-7711<br><br>Ryan Polchinski<br>Andrew Polchinski<br>Law Offices of Daniel M. Davis<br>300 N. Walnut Ave.<br>Oklahoma City, OK 73104<br>(405) 235-4000 | It is anticipated Mr. Mackey will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233, as well as the nature and extent of the injuries and damages he claims therein. | May be called |
| 2. | Silver Star Construction Company, Inc. | c/o J. Chris Horton<br>J. Chris Horton, PC<br>P.O. Box 576<br>El Reno, OK 73036<br>(405) 317-4423 | It is anticipated a representative of Silver Star Construction Company, Inc. will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 | May be called |

| | | | | |
|---|---|---|---|---|
| 3. | Israel Juarez | c/o Mark Warman Levinson, Smith & Huffman 1743 E. 71st Tulsa, OK 74136 | It is anticipated Mr. Juarez will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 | May be called |
| 4. | ORD Trucking, Inc. | c/o Rodney D. Stewart Stewart Law Firm 801 N.W. 63rd St., Ste. 100 Oklahoma City, OK 73116 (405) 601-6060 | It is anticipated a representative of ORD Trucking, Inc. will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 | May be called |
| 5. | Fredy N. Valle Sr. d/b/a Valle Trucking | 13104 Regal Vintage Rd. Oklahoma City, OK 73170 (405) 501-8005 | It is anticipated Fredy N. Valle Sr. and/or a representative of Valle Trucking will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 | May be called |
| 6. | Great Lakes Insurance SE | c/o Michael Linscott Emily Williams | It is anticipated a representative of Great Lakes Insurance SE will testify as to the issuance of | May be called |

| | | Doerner Saunders Daniel & Anderson 210 Park Avenue, Ste. 1200 Oklahoma City, OK 73102 (405) 319-3500 | the Great Lakes Policy to Fredy Valle d/b/a Valle Trucking, LLC and Certificates of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by Great Lakes' Complaint for Declaratory Judgment and ZAIC's Answer and Counterclaim filed in the instant action regarding Great Lakes' contractual duty to indemnify Silver Star, ZAIC's insured, under Great Lakes' policy. | |
|---|---|---|---|---|
| 7. | Progressive Northern Insurance Company | c/o Christopher King Brad Bowlby Starr, Begin & King, PLLC 1800 S. Baltimore Ave., Ste. 550 Tulsa, OK 74119 (918) 872-03734 | It is anticipated a representative of Progressive Northern Insurance Company will testify as to the issuance of the Progressive Policy and the Certificate of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by ZAIC's Third-Party Complaint for Declaratory Judgment filed in the instant action regarding Progressive's contractual duty to indemnify Silver Star, ZAIC's insured, under Progressive's policy. | May be called |
| 8. | Julie Kenny | c/o Christopher King Brad Bowlby | It is anticipated Ms. Kenny will testify as to the information contained in | May be called |

| | | Starr, Begin & King, PLLC 1800 S. Baltimore Ave., Ste. 550 Tulsa, OK 74119 (918) 872-03734 | Progressive's discovery responses, the issuance of the Progressive Policy and the Certificate of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by ZAIC's Third-Party Complaint for Declaratory Judgment filed in the instant action regarding Progressive's contractual duty to indemnify Silver Star, ZAIC's insured, under Progressive's policy. | |
|---|---|---|---|---|
| 9. | Eric Barnes | c/o Christopher King Brad Bowlby Starr, Begin & King, PLLC 1800 S. Baltimore Ave., Ste. 550 Tulsa, OK 74119 (918) 872-03734 | It is anticipated Mr. Barnes will testify as to the information contained in Progressive's discovery responses, the issuance of the Progressive Policy and the Certificate of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by ZAIC's Third-Party Complaint for Declaratory Judgment filed in the instant action regarding Progressive's contractual duty to indemnify Silver Star, ZAIC's insured, under Progressive's policy. | May be called |
| 10. | Carly Taylor | c/o Michael Linscott Emily Williams | It is anticipated Ms. Taylor will testify as to the information contained in Great Lakes' discovery | May be called |

| | | | | |
|---|---|---|---|---|
| | | Doerner Saunders Daniel & Anderson 210 Park Avenue, Ste. 1200 Oklahoma City, OK 73102 (405) 319-3500 | responses, the issuance of the Great Lakes Policy to Fredy Valle d/b/a Valle Trucking, LLC and Certificates of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by Great Lakes' Complaint for Declaratory Judgment and ZAIC's Answer and Counterclaim filed in the instant action regarding Great Lakes' contractual duty to indemnify Silver Star, ZAIC's insured, under Great Lakes' policy. | |
| 11. | Witnesses identified by Great Lakes in its responses to ZAIC's discovery requests. | | | May be called |
| 12. | Witnesses identified by Progressive in its responses to ZAIC's discovery requests. | | | May be called |
| 13. | Witnesses identified by ongoing discovery in this action. | | | May be called |
| 14. | Witnesses identified by ongoing discovery in the underlying action. | | | May be called |
| 15. | Witnesses that have yet to be identified, including experts. | | | May be called |
| 16. | Witnesses listed by other parties which are not objected to by ZAIC. | | | May be called |
| 17. | Custodians of any medical records, medical billing or other record as required. | | | May be called |

| 18. | Any additional witness that becomes known through the course of discovery. | May be called |
|---|---|---|
| 19. | All witnesses necessary for rebuttal or impeachment | May be called |
| 20. | All witnesses necessary to authenticate or sponsor any exhibit | May be called |
| 21. | ZAIC reserves the right to endorse additional witnesses identified during completion of discovery. | May be called |

Respectfully Submitted,

**ASTON | MATHIS | CAMPBELL PLLC**

By *s/Amy E. Hampton*
 **RACHEL C. MATHIS, OBA #16360**
 **AMY E. HAMPTON, OBA # 20235**
 2642 East 21st Street, Suite 250
 Tulsa, OK  74114
 (918) 949-9966
 FAX: (918) 949-9968
 E-Mail: rmathis@amlawok.com
 ahampton@amlawok.com
 Attorney for Plaintiff Zurich American Insurance Company

## CERTIFICATE OF SERVICE

I, Amy E. Hampton, hereby certify that on this 19th day of September, 2023, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Michael S. Linscott
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Brian M. Keester
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Emily E. Allan
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
*Attorney for Great Lakes Insurance SE*

Mark A. Warman
Levinson, Smith & Huffman, P.C.
1743 South 71st Street
Tulsa, OK 74136-5108
*Attorney for Israel Juarez*

J. Chris Horton
J. Chris Horton, PC
PO Box 576
El Reno, OK 73036
*Attorney for Silver Star Construction Company, Inc.*

James A. Scimeca
Burch, George & Germany
1500 City Place Bldg.
204 N. Robinson, Ste 1500
Oklahoma City, OK 73102
*Attorney for Tylon Mackey*

Ryan Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Andrew Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Bradley E. Bowlby
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Insurance Company*

J. Mark McAlester
Fenton, Fenton, Smith, Reneau & Moon, P.C.
211 North Robinson, Ste 800N
Oklahoma City, OK 73102-7106
*Attorney for Berkshire Hathaway Homestate Ins. Co.*

Christopher C. King
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Ins. Co.*

      *s/Amy E. Hampton*
      **AMY E. HAMPTON**

AEH/aeh