# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCES SE )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>2. FREDY VALLE d/b/a VALLE )<br>    TRUCKING, )<br>3. SILVER STAR CONSTRUCTION )<br>    COMPANY, INC., )<br>4. TYLON MACKEY, )<br>5. ISRAEL JUAREZ, )<br>6. ORD TRUCKING, INC., and )<br>7. ZURICH AMERICAM INS. CO., )<br>)<br>**Defendants.** )<br>------------------------------------------------ )<br>8. ZURICH AMERICAN INS. CO. )<br>)<br>**Third-Party Plaintiff** )<br>)<br>9. BERKSHIRE HATHAWAY )<br>    HOMESTATE INS. CO., and )<br>10. PROGRESSIVE NORTHERN )<br>    INS. CO. )<br>)<br>**Third-Party Defendants.** ) | Case No: 5:22-cv-00702-JD |

## THIRD-PARTY DEFENDANT PROGRESSIVE NORTHERN INSURANCE COMPANY'S EXHIBIT LIST

Third-Party Defendant Progressive Northern Insurance Company ("Progressive") hereby submits its Final Exhibit List.

### EXHIBITS

| Ex. # | Exhibit Description | Use |
|---|---|---|
| 1 | Certified copy of Progressive Northern Insurance Company Policy No. 04019061-2 issued to Fredy N. Valle Sr Valle Trucking with effective dates of 7/12/2019-7/12/2020 | Will be used |
| 2 | Accident Report for Underlying Accident | May be used |

| | | |
|---|---|---|
| 3 | Certified copy of ZAIC policy No. BAP 9809603-04 issued to Silver Star Construction, effective dates 04/01/19-04/01/20 | May be used |
| 4 | Petition filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 5 | Answer of ORD Trucking filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 6 | Answer of Defendant Israel Juarez filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 7 | Plaintiff's First Amended Petition filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 8 | Transcript of Deposition of Israel Juarez | May be used |
| 9 | Plaintiff's Second Amended Petition filed in District Court of Payne County, OK | May be used |
| 10 | Combined Answer of Israel Juarez to Plaintiff's Petition, Plaintiff's First Amended Petition, and Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 11 | Defendant ORD Trucking's Answer to Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 12 | Defendant Silver Star Construction Company's Answer to Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 13 | Answer of Fredy N. Valle, Sr., d/b/a Valle Trucking to Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 | May be used |
| 14 | Defendant Silver Star Construction Company's Answers to Plaintiff's First Set of Interrogatories | May be used |
| 15 | Defendant Silver Star Construction Company's Responses to Plaintiff's First Request for Admission | May be used |

| 16 | Defendant Silver Star Construction Company's Answers to Plaintiff's First Requests for Production | May be used |
|---|---|---|
| 17 | Defendant Fredy N. Valle, Sr., d/b/a Valle Trucking Responses to Plaintiff's First Set of Discovery Request | May be used |
| 18 | Defendant Silver Star Construction Company's Amended Answer to Plaintiff's Second Amended Petition and Cross-Claims against Defendant Fredy N. Valle, Sr., d/b/a Valle Trucking | May be used |
| 19 | Answer of Fredy N. Valle, Sr., d/b/a Valle Trucking to Cross-Claim of Silver Star Construction | May be used |
| 20 | Hauling Service Agreement between Valle Trucking and Silver Star Construction Company | May be used |
| 21 | Certificate of Liability Insurance, Berkshire Hathaway Homestate Ins. Co. to Fredy N. Valle, Sr. d/b/a Valle Trucking listing Silver Star Construction and its Subsidiaries as an additional insured | May be used |
| 22 | Certified copy of Great Lakes Insurance SE Policy No. GLG022472 issued to Valle Trucking, Inc. with effective dates of 2/11/19 to 2/11/20 | May be used |
| 23 | Certificate of Liability Insurance, Great Lakes Insurance (SE) to Valle Trucking, LLC listing Silver Star Construction Company and its Subsidiaries as Certificate Holder | May be used |
| 24 | Certificate of Liability Insurance, Great Lakes Insurance (SE) to Valle Trucking, LLC listing Silver Star Construction Company and its Subsidiaries as Certificate Holder | May be used |
| 25 | Certificate of Liability Insurance, Progressive Northern Insurance Company to Fredy Valle, Valle Trucking listing Silver Star Construction and its Subsidiaries as Certificate Holder | Will be used |
| 26 | 9/27/21 Letter from ZAIC to Fredy Valle demanding Valle Trucking defend and indemnify Silver Star Construction Company | May be used |
| 27 | 11/15/21 Email from J. Chris Horton to Valletrucking51@yahoo.com re: attaching filings from underlying lawsuit and Demand from ZAIC to Valle Trucking | May be used |

| 28 | 8/10/21 Plaintiff's Second Amended Petition filed in Payne County Oklahoma CJ-2020-233 | Will be Used |
|---|---|---|
| 29 | 5/20/21 Certificate of Service by Mail filed in Payne County Oklahoma CJ-2020-233 | May be used |
| 30 | 11/15/21 Letter from ZAIC to Fredy Valle re: demand that Valle Trucking defend and indemnify Silver Star Construction Company | May be used |
| 31 | 5/17/22 Letter from ZAIC to Great Lakes Insurance SE demanding Great Lakes to defend and indemnify Silver Star Construction Company | May be used |
| 32 | 5/17/22 Letter from ZAIC to Progressive Northern Insurance Company demanding Progressive to defend and indemnify Silver Star Construction Company | Will be used |
| 33 | 5/17/22 Letter from ZAIC to Berkshire Hathaway Homestate Ins. Co. demanding Berkshire Hathaway to defend and indemnify Silver Star Construction Company | May be used |
| 34 | 5/25/22 Letter from Chris Horton to Jeffrey Curran, counsel for Fredy Valle d/b/a Valle Trucking, re: demand that Valle Trucking defend and indemnify Silver Star Construction Company | May be used |
| 35 | 6/20/22 Letter from Berkshire Hathaway to ZAIC re: declining to accept tender | May be used |
| 36 | 8/9/22 Letter from International Programs Group to Silver Star Construction Company, Chris Horton, and ZAIC re: Notice of Reservation of Rights | Will be used |
| 37 | Correspondence from Progressive to Shelter Insurance dated 2/7/23 | May be used |
| 38 | Correspondence from Silver Star's counsel to Progressive dated 9/19/22 | May be used |
| 39 | Correspondence from Progressive to Valle Trucking dated 2/7/23 | May be used |
| 40 | Correspondence from Progressive to Valle Trucking dated 2/8/23 | May be used |

| 41 | 4/4/22 Great Lakes' Notice of Reservation of Rights to Valle Trucking | May be used |
|---|---|---|
| 42 | 5/25/22 Letter from J. Chris Horton to Jeffrey A. Curran re: demand for defense and indemnity of Silver Star in the litigation | May be used |
| 43 | 11/15/21 Email from Chris Horton to Valle Trucking's Mr. Monge re: asking him to provide the lawsuit and ZAIC's letter to his insurance company. | May be used |
| 44 | 2/8/19 Fax from Wanadaly Cruz, licensed insurance producer, to Great Lakes with Certificate of Insurance listing Berkshire as insurer | May be used |
| 45 | 9/4/19 Official Oklahoma Traffic Collision Report | May be used |
| 46 | 8/10/21 Summons to Silver Star with Plaintiff's Second Amended Petition | May be used |
| 47 | 8/8/22 Notice of Reservation of Rights to Silver Star and Chris Horton from International Programs Group | May be used |
| 48 | 2/10/22 Email from Kennith A. Shaw at Richey Ins to j.f.thill@jplush.com | May be used |
| 49 | 2/17/22 International Programs Group Letter to Valle Trucking re: reviewing the lawsuit and will advise regarding his request for defense and indemnity. | May be used |
| 50 | 10/4/21 Letter from ZAIC to Fredy Valle re: demanding defense and indemnity by Valle for Silver Star | May be used |
| 51 | 2/14/22 Email from John Thill to Terri Singleton re: the application we have shows the contact person as Freddy Napoleon Valle Arana and the phone number 405-501-8005.  Includes 2/14/23 email from Terri Singleton to Mr. Shaw re: claim assigned to me for handling.  Includes 2/11/22 email from j.f.thill@jplush.com to IPG Claims New Loss Notification, | May be used |
| 52 | 2/11/22 Email from Jessica Christopher to Samantha Porbeck, IPG Claims New Loss Notification, and Terri Singleton re: Set up as 77889<br>Includes 2/11/22 email from Samantha Porbeck to IPG Claims New Loss Notification re: Please assign to Terri. | May be used |

| 53 | 2/15/22 Email from Terri Singleton to newclaims@eandsclaims.com re: ZAIC is requesting defense for the lawsuit due to the Hauling Service Agreement. | May be used |
|---|---|---|
| 54 | 7/29/21 Video Deposition of Israel Juarez | May be used |
| 55 | 2/15/22-2/16/22 Claim notes of Great Lakes | May be used |
| 56 | All pleadings, motions, and orders filed in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 57 | All discovery exchanged in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 58 | All discovery exchanged in the instant action | May be used |
| 59 | Transcripts of all depositions taken in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 60 | Transcripts of all depositions taken in the instant action | May be used |
| 61 | Expert reports of all experts identified by any party to this action | May be used |
| 62 | Expert reports of all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 63 | Expert CVs of all experts identified by any party to this action | May be used |
| 64 | Expert CVs of all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 65 | Expert invoices for time spent by all experts identified by any party to this action | May be used |

| | | |
|---|---|---|
| 66 | Expert invoices for all time spent by all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 67 | Expert prior testimony history for all experts identified by any party to this action | May be used |
| 68 | Expert prior testimony history for all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 69 | Expert publications for all experts identified by any party to this action | May be used |
| 70 | Expert publications for all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 71 | All documents exchanged by Progressive with its Initial Disclosures in this action unless otherwise objected to by Progressive | May be used |
| 71 | All documents exchanged by Great Lakes with its Initial Disclosures in this action unless otherwise objected to by Progressive | May be used |
| 73 | All documents exchanged by ZAIC with its Initial Disclosures in this action unless otherwise objected to by Progressive | May be used |
| 74 | All documents produced in response to Subpoenas in this action | May be used |
| 75 | All documents produced in response to Subpoenas in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 76 | All documents exchanged in discovery in Payne County, Oklahoma District Court Case No. CJ-2020-233 | May be used |
| 77 | All documents exchanged in discovery in the instant action unless otherwise objected to by Progressive | May be used |
| 78 | All deposition exhibits of depositions taken in this action unless otherwise objected to by Progressive | May be used |

| 79 | All deposition exhibits of depositions taken in Payne County, Oklahoma District Court Case No. CJ-2020-233 unless otherwise objected to by Progressive | May be used |
|---|---|---|
| 80 | All verified discovery responses from this action unless otherwise objected to by Progressive | May be used |
| 81 | All verified discovery responses in Payne County, Oklahoma District Court Case No. CJ-2020-233 unless otherwise objected to by Progressive | May be used |
| 82 | Plaintiff's Answers to ZAIC's Interrogatories | May be used |
| 83 | Progressive's Answers to ZAIC's Interrogatories | May be used |
| 84 | ZAIC's Answers to Progressive's Interrogatories | May be Used |
| 85 | Plaintiff's Responses to ZAIC's Requests for Production | May be used |
| 86 | Progressive's Responses to ZAIC's Requests for Production | May be used |
| 87 | ZAIC's Responses to Progressive's Requests for Production | May be used |
| 88 | Progressive's Responses to ZAIC's Requests for Admission | May be used |
| 89 | ZAIC's Responses to Progressive's Requests for Admission | May be used |
| 90 | Exhibits identified in Great Lakes' responses to ZAIC's discovery requests. | May be used |
| 91 | Exhibits identified in Progressive's responses to ZAIC's discovery requests. | May be used |

| 92 | Exhibits identified in ZAIC's responses to Progressive's discovery requests. | May be used |
| --- | --- | --- |
| 93 | Exhibits identified by ongoing discovery in this action. | May be used |
| 94 | Exhibits identified by ongoing discovery in the underlying action. | May be used |
| 95 | All exhibits listed by Plaintiff in this case not otherwise objected to by Progressive | May be used |
| 96 | All exhibits listed by ZAIC in this case not otherwise objected to by Progressive | May be used |
| 97 | Affidavits or other documents needed for the identification and authentication of records. | May be used |
| 98 | All materials considered or relied upon by experts in forming their opinions | May be used |
| 99 | All exhibits necessary for rebuttal or impeachment | May be used |
| 100 | Any exhibits identified as discovery progresses in this matter | May be used |

Respectfully submitted,

**STARR, BEGIN, & KING, PLLC**

s/Bradley E. Bowlby
Bradley E. Bowlby, OBA #22847
1800 S. Baltimore Ave., Ste 550
Tulsa, OK 74119
Tele:   (918) 872-0374
Fax:    (918) 592-0381
Email: brad.bowlby@tulsalawyer.org
***Attorney for Def. Progressive Northern Ins. Co.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/Bradley E. Bowlby

3