IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE,<br><br>    Plaintiff,<br><br>v.<br><br>FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; and ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendants.<br>-------------------------------------------<br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>    Third-Party Defendant. | Case No. CIV-22-00702-JD |

## **ORDER**

Before the Court is Plaintiff Great Lakes Insurance SE's Unopposed Motion for Leave to File its Exhibit List Out of Time ("Motion"). [Doc. No. 65]. The Motion seeks permission to file Great Lakes Insurance SE's final exhibit list out of time, and the Motion is unopposed by the other parties. Accordingly, the Court GRANTS the Motion [Doc. No. 65]. Plaintiff Great Lakes Insurance SE shall file its Exhibit List within one (1) day of the date of this Order, or by **September 21, 2023**.

Any objections to Plaintiff's Exhibit List, under Federal Rule of Civil Procedure 26(a)(3)(B) shall be filed within fourteen (14) days of Plaintiff's filing.

All remaining deadlines in the Court's Scheduling Order [Doc. No. 56] remain unchanged.

IT IS SO ORDERED this 20th day of September 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE