IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-702-JD |
| | ) | |
| (2) FREDY VALLE d/b/a VALLE | ) | |
| TRUCKING; | ) | |
| (3) SILVER STAR CONSTRUCTION | ) | |
| COMPANY, INC.; | ) | |
| (4) TYLON MACKEY; | ) | |
| (5) ISRAEL JUAREZ; | ) | |
| (6) ORD TRUCKING, INC.; | ) | |
| (7) ZURICH AMERICAN INS. CO. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| (8) ZURICH AMERICAN INS. CO., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| (9) BERKSHIRE HATHAWAY | ) | |
| HOMESTATE INS. CO., and | ) | |
| (10) PROGRESSIVE NORTHERN INS. CO., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to the current Scheduling Order, Plaintiff Great Lakes Insurance SE ("Great Lakes") submits the following Exhibit List, which is based upon presently available information and evidence, and Great Lakes reserves the right to amend and/or further supplement this list as discovery is completed.

**EXHIBITS**

| No. | Description |
|---|---|
| 1. | Insurance Policy issued to Valle Trucking by Great Lakes |
| 2. | Reservation of Rights issues to Valle Trucking |
| 3. | Reservation of Rights issued to Silver Star |
| 4. | First contact letter from Great Lakes to Valle Trucking |
| 5. | Notice of claim from Zurich Insurance |
| 6. | Official Oklahoma Traffic Collision Report |
| 7. | Deposition of Israel Juarez |
| 8. | Hauling Agreement between Silver Star and Valle Trucking |
| 9. | Letter from J Chris Horton to Jeffrey Curran re Demand for Defense |
| 10. | Insurance Policy issued to Silver Star by Zurich Insurance |
| 11. | Insurance Policy issued to Valle Trucking by Progressive |
| 12. | Pleadings, discovery documents, and file of Underlying Lawsuit |
| 13. | Complaint, Initial Disclosures, as filed |
| 14. | Discovery responses produced by Defendants, to the extent not objected to by Plaintiff |
| 15. | Demonstrative timeline of relevant events and communications |
| 16. | Additional exhibits identified during remaining discovery, to the extent not objected to by Plaintiff |
| 17. | Exhibits identified by Defendant, to the extent not objected to by Plaintiff |

Respectfully submitted,

*/s/ Emily E. Allan*
Michael S. Linscott, OBA No. 17266
Emily E Allan, OBA No. 33456
Doerner, Saunders, Daniel
& Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
Telephone 918.591.5288
Facsimile 918.925.5288
Email: mlinscott@dsda.com
        eallan@dsda.com
*Attorneys for Defendant*

## **CERTIFICATE OF FILING**

I hereby certify that on September 20, 2023 I electronically filed the foregoing Final Exhibit List the Clerk of the U.S. District Court, Western District of Oklahoma, using the electronic case filing system of the Court.

By: /s/ Emily Allan

8067628.1