# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case No. CIV-22-702-JD |
| ) | |
| (2) FREDY VALLE d/b/a VALLE ) | |
| TRUCKING; ) | |
| (3) SILVER STAR CONSTRUCTION ) | |
| COMPANY, INC.; ) | |
| (4) TYLON MACKEY; ) | |
| (5) ISRAEL JUAREZ; ) | |
| (6) ORD TRUCKING, INC.; ) | |
| (7) ZURICH AMERICAN INS. CO. ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT TYLON MAKEY'S UNOPPOSED MOTTON TO FILE FINAL WITNESS AND EXHIBIT LISTS OUT OF TIME

Pursuant to LCvr7(h), defendant Tylon Mackey Moves the Court for leave to file his Final Witness and Exhibit Lists out of time. Defendant Mackey shows the Court that in the absence of the requested extension his Witness and Exhibit Lists were due on September, 19, 2023, (2) that no motion for extensions have been made or granted, (3) that in the past 30 days Mackey's counsel has had significant health issues that precluded him from filing the lists in a timely manner; (4) opposing counsel has been contacted and made no objection to the requested extension; (5) the requested extension will have no impact, if any, on the scheduled trial or other deadlines; and (6) Mackey seeks to file the Witness and Exhibit Lists within 2 days of the original due date.

1

This Motion is accompanied by a proposed order for the court's use if such relief is granted. The proposed order, which does not differ in any respect from the relief requested in the motion, shall state specifically the events being extended and the new dates for the deadlines.

WHEREFORE, premises considered, defendant Tylon Mackey Moves the Court for an Order granting him an extension of 2 days – to September 21, 2023, to file his Final Witness and Exhibit Lists.

Respectfully submitted,

s/
Andrew E Polchinski, OBA No. 31869
Ryan W Polchinski, OBA No. 33765
Law Offices of Daniel M Davis
300 N Walnut Ave
Oklahoma City, OK 73104
405-235-4000
andrew@dandavislaw.com
ryanp@dandavislaw.com

and

s/James A. Scimeca
James A. Scimeca, OBA No. 10950
BURCH, GEORGE & GERMANY
204 North Robinson Avenue, Suite 1500
Oklahoma City, Oklahoma 73102
Telephone: 405-239-7711
Facsimile: 405-239-7795
jscimeca@burch-george.com

**ATTORNEYS FOR DEFENDANT TYLON MACKEY**

## **CERTIFICATE OF SERVICE**

I hereby certify on the 20th day of September 2023, the foregoing document was transmitted to the Court Clerk's CM-ECF system for filing and for delivery to all counsel of record.

s/James A. Scimeca_____