IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>(2) FREDY VALLE d/b/a VALLE )<br>TRUCKING; )<br>(3) SILVER STAR CONSTRUCTION )<br>COMPANY, INC.; )<br>(4) TYLON MACKEY; )<br>(5) ISRAEL JUAREZ; )<br>(6) ORD TRUCKING, INC.; )<br>(7) ZURICH AMERICAN INS. CO. )<br>)<br>**Defendants.** ) | Case No. CIV-22-702-JD |

## ORDER

This matter is before the Court on Defendant, Tylon Mackey's Unopposed Motion to File Final Witness and Exhibit Lists Out of Time [Doc. No. 75]. The Motion seeks permission to file Tylon Makey's final witness and exhibit lists out of time, and the Motion is unopposed by the parties. Accordingly, the Court GRANTS the Motion [Doc. No. 75]. Defendant Tylon Mackey is to file his final witness and exhibit lists no later than September 21, 2023.

Any objections to Defendant's Witness and Exhibit Lists, under Federal Rule of Civil Procedure 26(a)(3)(B) shall be filed within fourteen (14) days of Plaintiff's filing.

All remaining deadlines in the Court's Scheduling Order [Doc. No. 56] remain unchanged.

IT IS SO ORDERED \_\_\_\_ day of September 2023.

_____
The Honorable Jodi W. Dishman
United States District Judge