IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00702-JD |
| | ) |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; and ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| ------------------------------------------ | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| | ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendant. | ) |

## **ORDER**

Before the Court is Defendant Tylon Mackey's Unopposed Motion to File Final Witness and Exhibit Lists Out of Time ("Motion"). [Doc. No. 75]. The Motion seeks permission to file Tylon Mackey's final witness and exhibit lists out of time, and the Motion is unopposed by the other parties. Accordingly, the Court GRANTS the Motion [Doc. No. 75]. Defendant Tylon Mackey shall file his Witness and Exhibit Lists within one (1) day of the date of this Order, or by **September 22, 2023**.

Any objections to Defendant Tylon Mackey's Exhibit List, under Federal Rule of Civil Procedure 26(a)(3)(B) shall be filed within fourteen (14) days of Defendant's filing.

All remaining deadlines in the Court's Scheduling Order [Doc. No. 56] remain unchanged.

IT IS SO ORDERED this 21st day of September 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE