# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCE SE,<br><br>Plaintiff,<br><br>vs.<br><br>2. FREDY VALLE d/b/a VALLE TRUCKING;<br>3. SILVER STAR CONSTRUCTION COMPANY, INC.;<br>4. TYLON MACKEY;<br>5. ISRAEL JUAREZ;<br>6. ORD TRUCKING, INC.<br>7. ZURICH AMERICAN INS. CO.,<br><br>Defendants,<br><br>8. ZURICH AMERICAN INS. CO.,<br><br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>9. PROGRESSIVE NORTHERN INS. CO.,<br><br>Third-Party Defendant. | Case No. CIV-22-00702-JD<br>Judge Jodi W. Dishman |

## **DEFENDANT, TYLON MAKEY'S FINAL WITNESS LIST**

Defendant, Tylon Mackey, pursuant to the Court's Scheduling Order (Doc. No. 56), respectfully submits its Final Witness List.

## **Witnesses**

| No. | Name | Address/Telephone | Proposed Testimony | Will be Called/May be Called |
|---|---|---|---|---|
| 1. | Tylon Mackey | c/o James Scimeca Burch, George, Germany 204 N. Robinson Ave., Ste. 1500 Oklahoma City, OK 73102 (405) 239-7711<br><br>Ryan Polchinski Andrew Polchinski Law Offices of Daniel M. Davis 300 N. Walnut Ave. Oklahoma City, OK 73104 (405) 235-4000 | It is anticipated Mr. Mackey will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233, as well as the nature and extent of the injuries and damages he claims therein. | May be called |
| 2. | Daniel "Dan" Louis Mackey, Jr. | c/o James Scimeca Burch, George, Germany 204 N. Robinson Ave., Ste. 1500 Oklahoma City, OK 73102 (405) 239-7711<br><br>Ryan Polchinski Andrew Polchinski Law Offices of Daniel M. Davis 300 N. Walnut Ave. Oklahoma City, OK 73104 (405) 235- | It is anticipated Mr. Mackey will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233, as well as the nature and extent of the injuries and damages he claims therein. | May be called |

|    |                      |                     |                         |         |
|----|----------------------|---------------------|-------------------------|---------|
|    |                      | 4000                |                         |         |
| 3. | Cynthia Renee Mackey | c/o James Scimeca Burch, George, Germany 204 N. Robinson Ave., Ste. 1500 Oklahoma City, OK 73102 (405) 239-7711  Ryan Polchinski Andrew Polchinski Law Offices of Daniel M. Davis 300 N. Walnut Ave. Oklahoma City, OK 73104 (405) 235-4000 | It is anticipated Ms. Mackey will testify as to her knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233, as well as the nature and extent of the injuries and damages he claims therein. | May be called |
| 4. | Michael Max, Safety Director for Silver Star Construction Company, Inc. | c/o J. Chris Horton J. Chris Horton, PC P.O. Box 576 El Reno, OK 73036 (405) 317-4423 | Mr. Max will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 as well as the Hauling Agreement entered into with Fredy Valle d/b/a Valle Trucking and the agreements set forth therein.  May also testify concerning the Certificates of Insurance provided by | May be called |

| | | | | |
|---|---|---|---|---|
| | | | insurance carriers of Valle Trucking. | |
| 5. | Craig W. Parker, CEO for Silver Star Construction Company, Inc. | c/o J. Chris Horton<br>J. Chris Horton, PC<br>P.O. Box 576<br>El Reno, OK 73036<br>(405) 317-4423 | Mr. Parker will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 as well as the Hauling Agreement entered into with Fredy Valle d/b/a Valle Trucking and the agreements set forth therein.  May also testify concerning the Certificates of Insurance provided by insurance carriers of Valle Trucking. | May be called |
| 6. | Israel Juarez | c/o Mark Warman<br>Levinson, Smith & Huffman<br>1743 E. 71st<br>Tulsa, OK 74136 | It is anticipated Mr. Juarez will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233. | May be called |
| 7. | Jesus Ordones | c/o Rodney D. Stewart<br>Stewart Law Firm<br>801 N.W. 63rd St., Ste. 100<br>Oklahoma City, OK 73116<br>(405) 601-6060 | It is anticipated that Mr. Ordones will testify as a representative of ORD Trucking, Inc., as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in | |

| | | | the underlying action in Payne County District Court, Case No. CJ-2020-233. | |
|---|---|---|---|---|
| 8. | ORD Trucking, Inc. | c/o Rodney D. Stewart<br>Stewart Law Firm<br>801 N.W. 63rd St., Ste. 100<br>Oklahoma City, OK 73116<br>(405) 601-6060 | It is anticipated a representative of ORD Trucking, Inc. will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 | May be called |
| 9. | Fredy N. Valle Sr. d/b/a Valle Trucking | 13104 Regal Vintage Rd.<br>Oklahoma City, OK 73170<br>(405) 501-8005 | It is anticipated Fredy N. Valle Sr. and/or a representative of Valle Trucking will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 as well as his knowledge of the subject Hauling Agreement entered into with Silver Star Construction Company, Inc., and the agreements set forth therein. | May be called |

6

| 10. | Jaramit Monge | 13104 Regal Vintage Rd. Oklahoma City, OK 73170 (405) 501-8005 | It is anticipated Jaramit Monge and/or a representative of Valle Trucking will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 as well as his knowledge of the subject Hauling Agreement entered into with Silver Star Construction Company, Inc., and the agreements set forth therein. | May be called |
| 11. | Great Lakes Insurance SE | c/o Michael Linscott Emily Williams Doerner Saunders Daniel & Anderson 210 Park Avenue, Ste. 1200 Oklahoma City, OK 73102 (405) 319-3500 | It is anticipated a representative of Great Lakes Insurance SE will testify as to the issuance of the Great Lakes Policy to Fredy Valle d/b/a Valle Trucking, LLC and Certificates of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by Great Lakes' Complaint for Declaratory Judgment and ZAIC's Answer and Counterclaim filed in the instant action regarding Great Lakes' contractual duty to indemnify Silver Star, ZAIC's insured, under Great Lakes' policy. | May be called |

| 12. | Progressive Northern Insurance Company | c/o Christopher King<br>Brad Bowlby<br>Starr, Begin & King, PLLC<br>1800 S. Baltimore Ave., Ste. 550<br>Tulsa, OK 74119<br>(918) 872-03734 | It is anticipated a representative of Progressive Northern Insurance Company will testify as to the issuance of the Progressive Policy and the Certificate of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by ZAIC's Third-Party Complaint for Declaratory Judgment filed in the instant action regarding Progressive's contractual duty to indemnify Silver Star, ZAIC's insured, under Progressive's policy. | May be called |
| 13. | Julie Kenny | c/o Christopher King<br>Brad Bowlby<br>Starr, Begin & King, PLLC<br>1800 S. Baltimore Ave., Ste. 550<br>Tulsa, OK 74119<br>(918) 872-03734 | It is anticipated Ms. Kenny will testify as to the issuance of the Progressive Policy and the Certificate of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by ZAIC's Third-Party Complaint for Declaratory Judgment filed in the instant action regarding Progressive's contractual duty to indemnify Silver Star, ZAIC's insured, under Progressive's policy. | May be called |

8

| 14. | Eric Barnes | c/o Christopher King<br>Brad Bowlby<br>Starr, Begin & King, PLLC<br>1800 S. Baltimore Ave., Ste. 550<br>Tulsa, OK 74119<br>(918) 872-03734 | It is anticipated Mr. Barnes will testify as to the issuance of the Progressive Policy and the Certificate of Insurance issued under said policy, as well as to his knowledge of the facts, circumstances, and allegations raised by ZAIC's Third-Party Complaint for Declaratory Judgment filed in the instant action regarding Progressive's contractual duty to indemnify Silver Star, ZAIC's insured, under Progressive's policy. | May be called |
| --- | --- | --- | --- | --- |
| 15. | Officer John Stanbery | Stillwater Police Department<br>723 S. Lewis Street<br>Stillwater, OK 74074<br>405-372-4171 | It is anticipated Officer Stanbery will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233 as well as his knowledge concerning the investigation of the accident involving Tylon Mackey. | May be called |
| 16. | Officer Kurt Merrill | Stillwater Police Department<br>723 S. Lewis Street<br>Stillwater, OK 74074<br>405-372-4171 | It is anticipated Officer Merrill will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District | May be called |

9

|  |  |  | Court, Case No. CJ-2020-233 as well as his knowledge concerning the investigation of the accident involving Tylon Mackey. |  |
|---|---|---|---|---|
| 17. | Isaac M. Rosenthal | 920 S. Murphy, #12203 Stillwater, OK 74074 817-798-9146 | It is anticipated Mr. Rosenthal will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233. | May be called |
| 18. | Gary E. Eperjesi | 4599 N. Washington, #25F Stillwater, OK 74074 580-297-1646 | It is anticipated Mr. Eperjesi will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233. | May be called |
| 19. | Lindsey A. Morgan | 1131 Chandler Stillwater, OK 74074 405-714-2888 | It is anticipated Ms. Morgan will testify as to his knowledge of the facts, circumstances, and allegations raised by Plaintiff's Second Amended Petition filed in the underlying action in Payne County District Court, Case No. CJ-2020-233. | May be called |

| 20. | Any physician or healthcare provider that treated Tylon Mackey for injuries from the September 4, 2019 motor vehicle accident. | | It is anticipated said medical providers will testify as to their knowledge of Tylon Mackey's injuries, medical treatment, medical expenses, and prognosis relating to the September 4, 2019 motor vehicle accident. | May be called |
|---|---|---|---|---|
| 21. | Witnesses identified by Great Lakes in its responses to discovery requests. | | | May be called |
| 22. | Witnesses identified by Progressive in its responses to discovery requests. | | | May be called |
| 23. | Witnesses listed by ZAIC which are not objected to Silver Star. | | | May be called |
| 24. | Witnesses identified by ongoing discovery in this action. | | | May be called |
| 25. | Witnesses identified by ongoing discovery in the underlying action. | | | May be called |
| 26. | Witnesses that have yet to be identified, including experts. | | | May be called |
| 27. | Witnesses listed by other parties which are not objected to by Silver Star. | | | May be called |
| 28. | Custodians of any medical records, medical billing or other record as required. | | | May be called |
| 29. | Any additional witness that becomes known through the course of discovery. | | | May be called |
| 30. | All witnesses necessary for rebuttal or impeachment | | | May be called |

11

| 31. | All witnesses necessary to authenticate or sponsor any exhibit | May be called |
|---|---|---|
| 32. | Silver Star reserves the right to endorse additional witnesses identified during completion of discovery. | May be called |

Respectfully Submitted,

/s/ James A. Scimeca
James A. Scimeca
BURCH, GEORGE & GERMANY
204 N. Robinson Avenue, Suite 1500
Oklahoma City, Oklahoma 73102
(405) 239-7711
(405) 239-7795 facsimile
jscimeca@burch-george.com
*ATTORNEY FOR DEFENDANT*
*TYLON MACKEY*

And

Ryan Polchinski Andrew Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Avenue
Oklahoma City, OK 73104
(405) 235-4000
*ATTORNEY FOR DEFENDANT*
*TYLON MACKEY*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2023, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Michael S. Linscott
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Brian M. Keester
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Emily E. Allan
Doerner, Saunders, Daniel & Anderson,
L.L.P. 210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
*Attorney for Great Lakes Insurance SE*

Amy E. Hampton
Rachel C. Mathis
Aston, Mathis & Campbell,
PLLC 2642 East 21st Street,
Suite 250
Tulsa, OK 74114
*Attorneys for Zurich American Insurance Company*

Mark A. Warman
Levinson, Smith & Huffman,
P.C. 1743 South 71st Street
Tulsa, OK 74136-5108
*Attorney for Israel Juarez*

J. Chris Horton
J. CHRIS HORTON, PC
P.O. Box 576
El Reno, OK 73036
ATTORNEY FOR DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.

Bradley E. Bowlby
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Insurance Company*

J. Mark McAlester
Fenton, Fenton, Smith, Reneau & Moon,
P.C. 211 North Robinson, Ste 800N
Oklahoma City, OK 73102-7106
*Attorney for Berkshire Hathaway Homestate Ins. Co.*

Christopher C. King
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Ins. Co.*

*s/James A. Scimeca*
**JAMES A SCIMECA**
