# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCE SE, <br><br>    Plaintiff, <br><br>vs. <br><br>2. FREDY VALLE d/b/a VALLE TRUCKING; <br>3. SILVER STAR CONSTRUCTION COMPANY, INC.; <br>4. TYLON MACKEY; <br>5. ISRAEL JUAREZ; 5:22-CV-00702-JD <br>6. ORD TRUCKING, INC. <br>7. ZURICH AMERICAN INS. CO., <br><br>    Defendants, <br><br>8. ZURICH AMERICAN INS. CO., <br><br>    Defendant/Third Party Plaintiff, <br><br>vs. <br><br>9. PROGRESSIVE NORTHERN INS. CO., <br><br>    Third-Party Defendant. | Case No. CIV-22-00702-JD <br><br>Judge Jodi W. Dishman |

## DEFENDANT/THIRD-PARTY PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY'S OBJECTIONS TO PLAINTIFF'S FINAL EXHIBIT LIST

Defendant/Third-Party Plaintiff Zurich American Insurance Company ("**ZAIC**"), pursuant to the Court's Scheduling Order (Doc. No. 56), respectfully submits its Objections to Plaintiff's Final Exhibit List.

## OBJECTIONS TO EXHIBITS

| No. | Description | Objection |
|---|---|---|
| 1. | Insurance Policy issued to Valle Trucking by Great Lakes | No objection. |
| 2. | Reservation of Rights issues to Valle Trucking | No objection. |
| 3. | Reservation of Rights issued to Silver Star | No objection. |
| 4. | First contact letter from Great Lakes to Valle Trucking | No objection. |
| 5. | Notice of claim from Zurich Insurance | No objection. |
| 6. | Official Oklahoma Traffic Collision Report | No objection. |
| 7. | Deposition of Israel Juarez | Federal Rules of Evidence 801, 803 |
| 8. | Hauling Agreement between Silver Star and Valle Trucking | No objection. |
| 9. | Letter from J Chris Horton to Jeffrey Curran re Demand for Defense | No objection. |
| 10. | Insurance Policy issued to Silver Star by Zurich Insurance | No objection. |
| 11. | Insurance Policy issued to Valle Trucking by Progressive | No objection. |
| 12. | Pleadings, discovery documents, and file of Underlying Lawsuit | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |
| 13. | Complaint, Initial Disclosures, as filed | Not a proper exhibit. Federal Rules of Evidence 401, 402, 403, 801, 803 |
| 14. | Discovery responses produced by Defendants, to the extent not objected to by Plaintiff | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |
| 15. | Demonstrative timeline of relevant events and communications | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |
| 16. | Additional exhibits identified during remaining discovery, to the extent not objected to by Plaintiff | Not identified with sufficient specificity to allow for objections |

| No. | Description | Objection |
|---|---|---|
| | | at this time. Objection reserved until produced. |
| 17. | Exhibits identified by Defendant, to the extent not objected to by Plaintiff | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |

Respectfully Submitted,

**ASTON | MATHIS | CAMPBELL PLLC**

By *s/Amy E. Hampton*
 **RACHEL C. MATHIS, OBA #16360**
 **AMY E. HAMPTON, OBA # 20235**
 2642 East 21st Street, Suite 250
 Tulsa, OK  74114
 (918) 949-9966
 FAX: (918) 949-9968
 E-Mail: rmathis@amlawok.com
 ahampton@amlawok.com
 Attorney for Plaintiff Zurich American Insurance Company

**CERTIFICATE OF SERVICE**

I, Amy E. Hampton, hereby certify that on this 25th day of September, 2023, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Michael S. Linscott
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Brian M. Keester
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Emily E. Allan
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
*Attorney for Great Lakes Insurance SE*

Mark A. Warman
Levinson, Smith & Huffman, P.C.
1743 South 71st Street
Tulsa, OK 74136-5108
*Attorney for Israel Juarez*

J. Chris Horton
J. Chris Horton, PC
PO Box 576
El Reno, OK 73036
*Attorney for Silver Star Construction Company, Inc.*

James A. Scimeca
Burch, George & Germany
1500 City Place Bldg.
204 N. Robinson, Ste 1500
Oklahoma City, OK  73102
*Attorney for Tylon Mackey*

Ryan Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Andrew Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Bradley E. Bowlby
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Insurance Company*

J. Mark McAlester
Fenton, Fenton, Smith, Reneau & Moon, P.C.
211 North Robinson, Ste 800N
Oklahoma City, OK 73102-7106
*Attorney for Berkshire Hathaway Homestate Ins. Co.*

Christopher C. King
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Ins. Co.*

      *s/Amy E. Hampton*
      **AMY E. HAMPTON**

AEH/aeh