# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCE SE, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. CIV-22-00702-JD |
| vs. | ) Judge Jodi W. Dishman |
| | ) |
| 2. FREDY VALLE d/b/a VALLE TRUCKING; | ) ) |
| 3. SILVER STAR CONSTRUCTION COMPANY, INC.; | ) ) |
| 4. TYLON MACKEY; | ) |
| 5. ISRAEL JUAREZ; | ) |
| 6. ORD TRUCKING, INC. | ) |
| 7. ZURICH AMERICAN INS. CO., | ) ) |
| Defendants, | ) ) |
| | ) |
| 8. ZURICH AMERICAN INS. CO., | ) ) |
| Defendant/Third Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| 9. PROGRESSIVE NORTHERN INS. CO., | ) ) ) |
| Third-Party Defendant. | ) |

### DEFENDANT/THIRD-PARTY PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY'S UNOPPOSED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Defendant/Third-Party Plaintiff Zurich American Insurance Company moves this Court to approve and enter the proposed Agreed Protective Order attached hereto as **Exhibit 1**.

1. The parties have been and are currently engaged in written discovery and document production.

2. Sensitive, private, confidential information and documents such as internal guideline-type documents, financial information, information regarding proprietary processes, proprietary business records, trade secrets, personal contact information of non-parties, and physical and mental healthcare records are likely to be requested and produced during the discovery phase of this litigation and used in court filings, depositions and expert witness analyses.

3. Certain documents and information have been requested in discovery which the parties believe to be confidential.

4. The parties have agreed to protect against the disclosure of certain information to persons outside the litigation through the proposed Agreed Protective Order.

5. The undersigned has contact counsel for Plaintiff Great Lakes Insurance SE, Defendants Silver Star Construction, Inc. and Tylon Mackey, and Third-Party Defendant Progressive Northern Insurance Company.[1]  Counsel for each of these parties has agreed to the proposed Agreed Protective Order, and have no objection to its entry by the Court.

WHEREFORE, Defendant/Third-Party Plaintiff Zurich American Insurance Company respectfully requests that the Court enter the parties' Agreed Protective Order

---

[1] Defendant Fredy Valle d/b/a Valle Trucking has not yet entered an appearance or filed an Answer.  Defendants Israel Juarez and ORD Trucking, Inc. were dismissed from this lawsuit on July 26, 2023.  *See* Doc. No. 61.

attached hereto as Exhibit 1 and submitted contemporaneously herewith pursuant to the ECF Policies and Procedures Manual.

                                                Respectfully Submitted,

                                                **ASTON | MATHIS | CAMPBELL PLLC**

                                                By *s/Amy E. Hampton*
                                                      **RACHEL C. MATHIS, OBA #16360**
                                                      **AMY E. HAMPTON, OBA # 20235**
                                                      2642 East 21st Street, Suite 250
                                                      Tulsa, OK 74114
                                                      (918) 949-9966
                                                      FAX: (918) 949-9968
                                                      E-Mail: rmathis@amlawok.com
                                                      ahampton@amlawok.com
                                                      Attorney for Plaintiff Zurich American Insurance Company

## CERTIFICATE OF SERVICE

I, Amy E. Hampton, hereby certify that on this 28th day of September, 2023, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Michael S. Linscott
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Brian M. Keester
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Emily E. Allan
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
*Attorney for Great Lakes Insurance SE*

J. Chris Horton
J. Chris Horton, PC
PO Box 576
El Reno, OK 73036
*Attorney for Silver Star Construction Company, Inc.*

James A. Scimeca
Burch, George & Germany
1500 City Place Bldg.
204 N. Robinson, Ste 1500
Oklahoma City, OK  73102
*Attorney for Tylon Mackey*

Ryan Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Andrew Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Bradley E. Bowlby
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Insurance Company*

Christopher C. King
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Ins. Co.*

5

        *s/Amy E. Hampton*
        **AMY E. HAMPTON**

AEH/aeh