## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00702-JD |
| | ) |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; and ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants, | ) |
| ---------------------------------------------- | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Counter Claimant, | ) |
| v. | ) |
| | ) |
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Counter Defendant, | ) |
| ---------------------------------------------- | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| | ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendant. | ) |

## **ORDER**

In their Joint Status Report and Discovery Plan, the parties requested a judicial settlement conference. [Doc. No. 49 ¶ 12(B)]. In the Scheduling Order, the Court explained that it would order a judicial settlement conference to be completed after the close of discovery, which is set to occur on November 7, 2023. [Doc. No. 56].

Accordingly, under LCvR16.2(a), the Court ORDERS a judicial settlement conference and REFERS this matter to United States Magistrate Judge Suzanne Mitchell for a settlement conference to be held on a date and time set by the Magistrate Judge in coordination with the parties through counsel, but to be held no later than January 12, 2024.

IT IS SO ORDERED this 2nd day of October 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE