IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-702-JD |
| | ) | |
| (2) FREDY VALLE d/b/a VALLE | ) | |
| TRUCKING; | ) | |
| (3) SILVER STAR CONSTRUCTION | ) | |
| COMPANY, INC.; | ) | |
| (4) TYLON MACKEY; | ) | |
| (5) ISRAEL JUAREZ; | ) | |
| (6) ORD TRUCKING, INC.; | ) | |
| (7) ZURICH AMERICAN INS. CO. | ) | |
| | ) | |
|      Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| (8) ZURICH AMERICAN INS. CO., | ) | |
| | ) | |
|      Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| (9) BERKSHIRE HATHAWAY | ) | |
| HOMESTATE INS. CO., and | ) | |
| (10) PROGRESSIVE NORTHERN INS. CO., | ) | |
| | ) | |
|      Third-Party Defendants. | ) | |

**PLAINTIFF'S OBJECTIONS TO
SILVER STAR CONSTRUCTION'S FINAL WITNESS LIST**

1

Plaintiff Great Lakes Insurance SE ("Plaintiff" or "Great Lakes") hereby objects to Defendant Silver Star Construction's Final Exhibit List [Dkt. # 70] for the following reasons asserted herein. Further, as discovery is ongoing and may lead to additional objections to these exhibits or to the proposed scope of use, Plaintiff respectfully reserves its right to add, modify or supplement its objections to any exhibits herein as part of the Pretrial Order or at trial, as may be appropriate and permitted by the Court.

| No. | Description | Objection |
|---|---|---|
| 1. | Accident Report for Underlying Accident (ZAIC_00001-ZAIC_000012) | No objection |
| 2. | 7/20/07 Oklahoma Corporation Commission Form E, Valle Trucking, United Financial Casualty Company (ZAIC_000013) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 3. | 10/4/07 Oklahoma Corporation Commission Form K, Valle Trucking, United Financial Casualty Company (ZAIC_000014) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 4. | 10/22/08 Oklahoma Corporation Commission Form E, Valle Trucking, United Financial Casualty Company (ZAIC_000015) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 5. | 5/7/09 Oklahoma Corporation Commission Form K, Valle Trucking, United Financial Casualty Company (ZAIC_000016) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |

| 6. | 5/12/09 Oklahoma Corporation Commission Form E, Valle Trucking, United Financial Casualty Company (ZAIC_000017) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
|---|---|---|
| 7. | 7/9/10 Oklahoma Corporation Commission Form K, Valle Trucking, United Financial Casualty Company (ZAIC_000018) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 8. | 8/17/10 Oklahoma Corporation Commission Form E, Valle Trucking, Northland Insurance Company (ZAIC_000019) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 9. | 9/14/10 Oklahoma Corporation Commission Form K, Valle Trucking, Northland Insurance Company (ZAIC_000020) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 10. | 9/15/10 Oklahoma Corporation Commission Form E, Valle Trucking, Northland Insurance Company (ZAIC_000021) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 11. | 10/5/10 Oklahoma Corporation Commission Form K, Valle Trucking, Northland Insurance Company (ZAIC_000022) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 12. | 1/14/11 Oklahoma Corporation Commission Form E, Valle Trucking, Northland Insurance Company (ZAIC_000023) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 13. | 1/14/11 Affidavit of No Operations, Fredy N. Valle Sr. (ZAIC_000024) | lack of foundation or authentication-FRE901; irrelevant- |

| | | FRE 401; further objections reserved until trial. |
|---|---|---|
| 14. | 1/26/11 Oklahoma Corporation Commission Form E, Valle Trucking, Northland Insurance Company (ZAIC_000025) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 15. | 4/12/11 Oklahoma Corporation Commission Form K, Valle Trucking, Northland Insurance Company (ZAIC_000026) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 16. | 5/18/11 Oklahoma Corporation Commission Form E, Valle Trucking, Northland Insurance Company (ZAIC_000027) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 17. | 5/19/11 Oklahoma Corporation Commission Form E, Valle Trucking, Northland Insurance Company (ZAIC_000028) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 18. | 8/16/11 Oklahoma Corporation Commission Form K, Valle Trucking, Northland Insurance Company (ZAIC_000029) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 19. | 11/7/12 Oklahoma Corporation Commission Form E, Valle Trucking, Shelter General Insurance Company (ZAIC_000030) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 20. | 1/6/15 Oklahoma Corporation Commission Form K, Valle Trucking, Shelter General Insurance Company (ZAIC_000031) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved |

| | | until trial. |
|---|---|---|
| 21. | 3/12/14 Oklahoma Corporation Commission Form E, Valle Trucking, Shelter General Insurance Company (ZAIC_000032) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 22. | 2/20/15 Oklahoma Corporation Commission Form E, Valle Trucking, Shelter General Insurance Company (ZAIC_000033) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 23. | 10/29/15 Oklahoma Corporation Commission Form E, Valle Trucking, Shelter General Insurance Company (ZAIC_000034) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 24. | 10/19/15 Oklahoma Corporation Commission Form K, Valle Trucking, Shelter General Insurance Company (ZAIC_000035) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 25. | 1/26/16 Oklahoma Corporation Commission Form E, Valle Trucking, Shelter General Insurance Company (ZAIC_000036) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 26. | 2/22/16 Oklahoma Corporation Commission Form K, Valle Trucking, Shelter General Insurance Company (ZAIC_000037) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 27. | 4/25/16 Oklahoma Corporation Commission Form K, Valle Trucking, Shelter General Insurance Company (ZAIC_000038) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |

| 28. | 10/5/16 Oklahoma Corporation Commission Form E, Valle Trucking, Northland Insurance Company (ZAIC_000039) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
|---|---|---|
| 29. | 6/1/17 Oklahoma Corporation Commission Form K, Valle Trucking, Northland Insurance Company (ZAIC_000040) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 30. | 4/24/18 Oklahoma Corporation Commission Form E, Valle Trucking, Progressive Northern Insurance Company, coverage effective from 9/7/17 (ZAIC_000041) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 31. | 11/20/18 Oklahoma Corporation Commission Form E, Valle Trucking, Progressive Northern Insurance Company, coverage effective from 11/15/18 (ZAIC_000042) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 32. | 6/1/17 Oklahoma Corporation Commission Form K, Valle Trucking, Progressive Northern Insurance Company, coverage cancelled effective 1/11/19 (ZAIC_000043) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 33. | 12/10/18 Oklahoma Corporation Commission Form E, Valle Trucking, Progressive Northern Insurance Company, coverage effective from 1/11/19 (ZAIC_000044) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |

| 34. | 12/18/18 Oklahoma Corporation Commission Form E, Valle Trucking, Progressive Northern Insurance Company, coverage effective from 12/18/18 (ZAIC_000045) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|---|---|---|
| 35. | 12/5/19 Oklahoma Corporation Commission Form E, Valle Trucking, Progressive Northern Insurance Company, coverage effective from 7/12/19 (ZAIC_000046) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 36. | 3/15/13 Oklahoma Corporation Commission Form E, Ordones Trucking, Shelter General Insurance Company, coverage effective from 3/7/13 (ZAIC_000047) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 37. | 5/4/15 Oklahoma Corporation Commission Form E, Ordones Trucking, Shelter General Insurance Company, coverage effective from 4/27/15 (ZAIC_000048) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 38. | 4/30/15 Oklahoma Corporation Commission Form E, Ordones Trucking, Shelter General Insurance Company, coverage effective from 4/30/15 (ZAIC_000049) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 39. | 5/17/16 Oklahoma Corporation Commission Form E, Ordones Trucking, Shelter General Insurance Company, coverage effective from 5/17/16 (ZAIC_000050) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 40. | 11/27/18 Oklahoma Corporation Commission Form E, Ord Trucking, Shelter General Insurance Company, coverage effective from 10/29/18 (ZAIC_000051) | lack of foundation or authentication-FRE901; irrelevant- |

| | | FRE 401; further objections reserved until trial. |
|---|---|---|

| 41. | 9/2/20 Oklahoma Corporation Commission Form K, Ord Trucking, Shelter General Insurance Company, coverage cancelled effective 11/7/20 (ZAIC_000052) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
|---|---|---|
| 42. | 10/20/20 Oklahoma Corporation Commission Form E, Ord Trucking, Progressive Northern Insurance Company, coverage effective from 11/7/20 (ZAIC_000053) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 43. | 7/20/07 Oklahoma Corporation Commission Form E, Valle Trucking, United Financial Casualty Company, coverage effective from 7/19/07 (ZAIC_000054) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 44. | 10/4/07 Oklahoma Corporation Commission Form K, Valle Trucking, United Financial Casualty Company, coverage cancelled effective 10/25/07 (ZAIC_000055) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 45. | 10/22/08 Oklahoma Corporation Commission Form E, Fredy Valle, United Financial Casualty Company, coverage effective from 3/17/08 (ZAIC_000056) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 46. | 5/7/09 Oklahoma Corporation Commission Form K, Fredy Valle, United Financial Casualty Company, coverage cancelled effective 6/11/09 (ZAIC_000057) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 47. | 5/12/09 Oklahoma Corporation Commission Form E, Fredy Valle, United Financial Casualty Company, coverage effective from 5/11/09 (ZAIC_000058) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |

| 48. | 7/8/10 Oklahoma Corporation Commission Form K, Fredy Valle, United Financial Casualty Company, coverage cancelled effective 8/12/10 (ZAIC_000059) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
|---|---|---|
| 49. | 8/17/10 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 8/17/10 (ZAIC_000060) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial.. |
| 50. | 9/13/10 Oklahoma Corporation Commission Form K, Fredy Valle, Northland Insurance Company, coverage cancelled effective 10/15/10 (ZAIC_000061) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 51. | 9/15/10 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 10/15/10 (ZAIC_000062) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 52. | 10/5/10 Oklahoma Corporation Commission Form K, Fredy Valle, Northland Insurance Company, coverage cancelled effective 11/5/10 (ZAIC_000063) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |

| 53. | 1/14/11 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 11/24/10 (ZAIC_000064) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial.. |
|---|---|---|
| 54. | 12/30/10 Affidavit of No Operations, Fredy N. Valle Sr. (ZAIC_000065) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 55. | 1/26/11 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 1/20/11 (ZAIC_000066) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 56. | 4/12/11 Oklahoma Corporation Commission Form K, Fredy Valle, Northland Insurance Company, coverage cancelled effective 5/16/11 (ZAIC_000067) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 57. | 5/18/11 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 5/16/11 (ZAIC_000068) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 58. | 5/19/11 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 5/16/11 (ZAIC_000069) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 59. | 8/16/11 Oklahoma Corporation Commission Form K, Fredy Valle, Northland Insurance Company, coverage cancelled effective 9/15/11 (ZAIC_000070) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 60. | 11/17/12 Oklahoma Corporation Commission Form E, Fredy Valle, Shelter General Insurance Company, coverage effective from 11/6/12 (ZAIC_000071) | lack of foundation or authentication-FRE901; irrelevant- |

| | | FRE 401; further objections reserved until trial. |
|---|---|---|
| 61. | 1/16/15 Oklahoma Corporation Commission Form K, Fredy Valle, Shelter General Insurance Company, coverage cancelled effective 2/16/15 (ZAIC_000072) | lack of foundation or authentication- FRE901; irrelevant- FRE 401; further objections reserved until trial. |
| 62. | 3/12/14 Oklahoma Corporation Commission Form E, Fredy Valle, Shelter General Insurance Company, coverage effective from 2/18/14 (ZAIC_000073) | lack of foundation or authentication- FRE901; irrelevant- FRE 401; further objections reserved until trial. |
| 63. | 2/20/15 Oklahoma Corporation Commission Form E, Fredy Valle, Shelter General Insurance Company, coverage effective from 2/16/15 (ZAIC_000074) | lack of foundation or authentication- FRE901; irrelevant- FRE 401; further objections reserved until trial. |
| 64. | 10/29/15 Oklahoma Corporation Commission Form E, Fredy Valle, Shelter General Insurance Company, coverage effective from 10/26/15 (ZAIC_000075) | lack of foundation or authentication- FRE901; irrelevant- FRE 401; further objections reserved until trial. |

| 65. | 10/19/15 Oklahoma Corporation Commission Form K, Fredy Valle, Shelter General Insurance Company, coverage cancelled effective 11/16/15 (ZAIC_000076) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
|---|---|---|
| 66. | 1/26/16 Oklahoma Corporation Commission Form E, Fredy Valle, Shelter General Insurance Company, coverage effective from 2/26/16 (ZAIC_000077) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 67. | 2/22/16 Oklahoma Corporation Commission Form K, Fredy Valle, Shelter General Insurance Company, coverage cancelled effective 3/25/16 (ZAIC_000078) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 68. | 4/25/16 Oklahoma Corporation Commission Form K, Fredy Valle, Shelter General Insurance Company, coverage cancelled effective 3/25/16 (ZAIC_000079) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 69. | 10/5/16 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 8/25/16 (ZAIC_000080) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 70. | 6/1/17 Oklahoma Corporation Commission Form K, Fredy Valle, Northland Insurance Company, coverage cancelled effective 7/5/17 (ZAIC_000081) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 71. | 4/24/18 Oklahoma Corporation Commission Form E, Fredy Valle, Northland Insurance Company, coverage effective from 9/7/17 (ZAIC_000082) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 72. | 11/20/18 Oklahoma Corporation Commission Form E, Fredy Valle, Progressive Northern Insurance Company, coverage effective from 11/15/18 (ZAIC_000083) | Limited admissibility-FRE 105;lack of |

| | | foundation or authentication-FRE 901; further objections reserved until trial. |
|---|---|---|
| 73. | 12/7/18 Oklahoma Corporation Commission Form K, Fredy Valle, Progressive Northern Insurance Company, coverage cancelled effective 1/11/19 (ZAIC_000084) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 74. | 12/10/18 Oklahoma Corporation Commission Form E, Fredy Valle, Progressive Northern Insurance Company, coverage effective from 1/11/19 (ZAIC_000085) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 75. | 12/18/18 Oklahoma Corporation Commission Form E, Fredy Valle, Progressive Northern Insurance Company, coverage effective from 12/18/18 (ZAIC_000086) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 76. | 12/5/19 Oklahoma Corporation Commission Form E, Fredy Valle, Progressive Northern Insurance Company, coverage effective from 7/12/19 (ZAIC_000087) | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |

| 77. | Certified copy of ZAIC policy No. BAP 9809603-04 issued to Silver Star Construction, effective dates 04/01/19-04/01/20 (ZAIC_000088-ZAIC_000156) | No objection |
|---|---|---|
| 78. | 07/8/20 Petition filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000157-ZAIC_000163) | No objection |
| 79. | 9/16/20 Answer of ORD Trucking filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000164-ZAIC_000170) | No objection |
| 80. | 1/22/21 Answer of Defendant Israel Juarez filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000171-ZAIC_000176) | No objection |
| 81. | 4/8/21 Plaintiff's First Amended Petition filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000177-ZAIC_000183) | No objection |
| 82. | 7/29/21 Transcript of Deposition of Israel Juarez (ZAIC_000184-ZAIC_000272) | No objection |
| 83. | 08/10/21 Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000273-ZAIC_000277) | No objection |
| 84. | 9/7/21 Combined Answer of Israel Juarez to Plaintiff's Petition, Plaintiff's First Amended Petition, and Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000278-ZAIC_000282) | No objection |
| 85. | 9/7/21 Defendant ORD Trucking's Answer to Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000283-ZAIC_000291) | No objection |
| 86. | 9/27/21 Defendant Silver Star Construction Company's Answer to Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000292-ZAIC_000304) | No objection |
| 87. | 5/2/22 Answer of Fredy N. Valle, Sr., d/b/a Valle Trucking to Plaintiff's Second Amended Petition filed in District Court of Payne County, OK CJ-20-233 (ZAIC_000305-ZAIC_000311) | No objection |
| 88. | Defendant Silver Star Construction Company's Answers to Plaintiff's First Set of Interrogatories (ZAIC_000312-ZAIC_000334) | FRE 901; not produced and not sufficiently identified; further objections reserved upon proper |

| | | identification |
| --- | --- | --- |

| 89. | Defendant Silver Star Construction Company's Responses to Plaintiff's First Request for Admission (ZAIC_000335-ZAIC_000341) | FRE 901; not produced and not sufficiently identified; further objections reserved upon proper identification |
|---|---|---|
| 90. | Defendant Silver Star Construction Company's Answers to Plaintiff's First Requests for Production (ZAIC_000342-ZAIC_000372) | FRE 901; not produced and not sufficiently identified; further objections reserved upon proper identification |
| 91. | Defendant Fredy N. Valle, Sr., d/b/a Valle Trucking Responses to Plaintiff's First Set of Discovery Request (ZAIC_000373-ZAIC_000391) | FRE 901; not produced and not sufficiently identified; further objections reserved upon proper identification |
| 92. | 7/15/22 Defendant Silver Star Construction Company's Amended Answer to Plaintiff's Second Amended Petition and Cross-Claims against Defendant Fredy N. Valle, Sr., d/b/a Valle Trucking (ZAIC_000392-ZAIC_000422) | No objection |
| 93. | 8/8/22 Answer of Fredy N. Valle, Sr., d/b/a Valle Trucking to Cross-Claim of Silver Star Construction (ZAIC_000423-ZAIC_000427) | No objection |
| 94. | ORD Trucking's Responses to Plaintiff's First Set of Discovery Requests. | FRE 901; not produced and not sufficiently identified; further objections reserved upon proper identification |
| 95. | Israel Juarez's Responses to Plaintiff's First Set of Discovery Requests. | FRE 901; not produced and not sufficiently identified; further objections reserved upon proper identification |

| | | |
|---|---|---|
| 96. | Tylon Mackey's Responses to ORD Trucking's First Set of Discovery Requests. | FRE 901; not produced and not sufficiently identified; further objections reserved upon proper identification |
| 97. | 2/7/2019 Hauling Service Agreement between Valle Trucking and Silver Star Construction Company (ZAIC_000428-ZAIC_000435) (duplicate of No. 106) | No objection |
| 98. | 2/8/2019 Certificate of Liability Insurance, Berkshire Hathaway Homestate Ins. Co. to Fredy N. Valle, Sr. d/b/a Valle Trucking listing Silver Star Construction and its Subsidiaries as an additional insured (ZAIC_000436-ZAIC_000437) | No objection |
| 99. | Uncertified copy of Great Lakes Insurance SE Policy No. GLG022472 issued to Valle Trucking, Inc. with effective dates of 2/11/19 to 2/11/20 (ZAIC_000438-ZAIC_000472) | No objection |
| 100. | Certified copy of Great Lakes Insurance SE Policy No. GLG022472 issued to Valle Trucking, Inc. with effective dates of 2/11/2019 to 2/11/2020 | No objection |
| 101. | 2/12/2019 Certificate of Liability Insurance, Great Lakes Insurance (SE) to Valle Trucking, LLC listing Silver Star Construction Company and its Subsidiaries as Certificate Holder (ZAIC_000473) | No objection |
| 102. | 2/20/2019 Certificate of Liability Insurance, Great Lakes Insurance (SE) to Valle Trucking, LLC listing Silver Star Construction Company and its Subsidiaries as Certificate Holder (ZAIC_000474) | No objection |
| 103. | 9/5/2019 Certificate of Liability Insurance, Progressive Northern Insurance Company to Fredy Valle, Valle Trucking listing Silver Star Construction and its Subsidiaries as Certificate Holder (ZAIC_000475) | No objection |
| 104. | 9/27/2021 Letter from ZAIC to Fredy Valle demanding Valle Trucking defend and indemnify Silver Star Construction Company (ZAIC_000476-ZAIC_000478) | FRE 901; not produced and not sufficiently identified – FRE 901; further objections reserved upon proper identification |

| 105. | 11/15/2021 Email from J. Chris Horton to Valletrucking51@yahoo.com re: attaching filings from underlying lawsuit and Demand from ZAIC to Valle Trucking (ZAIC_000479-ZAIC_480) | FRE 901; not produced and not sufficiently identified – FRE 901; further objections reserved upon proper identification |
|------|---|---|
| 106. | 4/8/2021 Plaintiff's First Amended Petition filed in Payne County Oklahoma CJ-2020-233 (ZAIC_000481-ZAIC_000487) (duplicate of No. 81) | No objection |

| 107. | 8/10/2021 Plaintiff's Second Amended Petition filed in Payne County Oklahoma CJ-2020-233 (ZAIC_000488-ZAIC_000494) (duplicate of No. 83) | No objection |
|---|---|---|
| 108. | 5/20/2021 Certificate of Service by Mail filed in Payne County Oklahoma CJ-2020-233 (ZAIC_000495-ZAIC_000498) | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 109. | 11/15/2021 Letter from ZAIC to Fredy Valle re: demand that Valle Trucking defend and indemnify Silver Star Construction Company (ZAIC_0000499-ZAIC_000501) | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 110. | 2/7/2019 Hauling Service Agreement between Valle Trucking and Silver Star Construction Company (ZAIC_000502-ZAIC_000509) | No objection |
| 111. | 5/17/2022 Letter from ZAIC to Great Lakes Insurance SE demanding Great Lakes to defend and indemnify Silver Star Construction Company (ZAIC_000510-ZAIC_000512) | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 112. | 5/17/2022 Letter from ZAIC to Progressive Northern Insurance Company demanding Progressive to defend and indemnify Silver Star Construction Company (ZAIC_000513-ZAIC_000515) | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 113. | 5/17/2022 Letter from ZAIC to Berkshire Hathaway Homestate Ins. Co. demanding Berkshire Hathaway to defend and indemnify Silver Star Construction Company (ZAIC_000516-ZAIC_000518) | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved |

| | | upon proper identification. |
|---|---|---|
| 114. | 5/25/2022 Letter from Chris Horton to Jeffrey Curran, counsel for Fredy Valle d/b/a Valle Trucking, re: demand that Valle Trucking defend and indemnify Silver Star Construction Company (ZAIC_000519-ZAIC_000522) | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 115. | 6/20/2022 Letter from Berkshire Hathaway to ZAIC re: declining to accept tender (ZAIC_000523)-ZAIC_000524) | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 116. | 8/9/2022 Letter from International Programs Group to Silver Star Construction Company, Chris Horton, and ZAIC re: Notice of Reservation of Rights (ZAIC_000525-ZAIC_000535) | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 117. | Correspondence from Progressive to Shelter Insurance dated 2/7/2023 | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 118. | Correspondence from Silver Star's counsel to Progressive dated 9/19/2022 | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper |

| | | identification. |
| --- | --- | --- |

| 119. | Correspondence from Progressive to Valle Trucking dated 2/7/2023. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
|---|---|---|
| 120. | Correspondence from Progressive to Valle Trucking dated 2/8/2023. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 121. | 4/4/2022 Great Lakes' Notice of Reservation of Rights to Valle Trucking. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 122. | 5/25/2022 Letter from J. Chris Horton to Jeffrey A. Curran re: demand for defense and indemnity of Silver Star in the litigation. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 123. | 11/15/2021 Email from Chris Horton to Valle Trucking's Mr. Monge re: asking him to provide the lawsuit and ZAIC's letter to his insurance company. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 124. | 2/8/2019 Fax from Wanadaly Cruz, licensed insurance producer, to Great Lakes with Certificate of Insurance | hearsay – FRE 801-802; lack of |

| | | |
|---|---|---|
| | listing Berkshire as insurer. | foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 125. | 9/4/2019 Official Oklahoma Traffic Collision Report (Case No. 2019-26398) | No objection |
| 126. | 8/10/2021 Summons to Silver Star with Plaintiff's Second Amended Petition. | lack of foundation or authentication-FRE901; irrelevant-FRE 401; further objections reserved until trial. |
| 127. | 8/8/2022 Notice of Reservation of Rights to Silver Star and Chris Horton from International Programs Group. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 128. | 2/10/2022 Email from Kennith A. Shaw at Richey Ins to j.f.thill@jplush.com (John) re: Got this memo today. Please review.<br>• Includes forwarded 2/10/2022 email from Casey Ryan at ZAIC to Richey Ins re; reporting claim for claimant Tylon Mackey for date of loss 9/4/2019, with attachments. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 129. | 2/17/2022 International Programs Group Letter to Valle Trucking re: reviewing the lawsuit and will advise regarding his request for defense and indemnity. Acknowledges Valle not yet been served, recommends he contact his attorney to protect his interests. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper identification. |
| 130. | 10/4/2021 Letter from ZAIC to Fredy Valle re: demanding defense and indemnity by Valle for Silver Star. | hearsay – FRE 801-802; lack of foundation or authentication – FRE 901; further objections reserved upon proper |

| | | identification. |
|---|---|---|
| 131. | 2/14/2022 Email from John Thill to Terri Singleton re: the application we have shows the contact person as Freddy Napoleon Valle Arana and the phone number 405-501-8005<br>• Includes 2/14/23 email from Terri Singleton to Mr. Shaw re: claim assigned to me for handling. | hearsay – FRE 801-802 |

| | | |
|---|---|---|
| | • Includes 2/11/22 email from j.f.thill@jplush.com to IPG Claims New Loss Notification. | |
| 132. | 2/11/2022 Email from Jessica Christopher to Samantha Porbeck, IPG Claims New Loss Notification, and Terri Singleton re: Set up as 77889<br>• Includes 2/11/22 email from Samantha Porbeck to IPG Claims New Loss Notification re: Please assign to Terri. | hearsay – FRE 801-802 |
| 133. | 2/15/2022 Email from Terri Singleton to newclaims@eandsclaims.com re: ZAIC is requesting defense for the lawsuit due to the Hauling Service Agreement. | hearsay – FRE 801-802 |
| 134. | 08-29-2019 Valle Trucking Invoice/Field Ticket No. 5524 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 135. | 08-29-2019 Valle Trucking Invoice/Field Ticket No. 5525 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 136. | 08-29-2019 Valle Trucking Invoice/Field Ticket No. 5527 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 137. | 08-29-2019 Valle Trucking Invoice/Field Ticket No. 5561 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 138. | 08-29-2019 Valle Trucking Invoice/Field Ticket No. 5563 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE |

| | | 901; further objections reserved upon proper identification. |
|---|---|---|
| 139. | 09-03-2019 Valle Trucking Invoice/Field Ticket No. 5008 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 140. | 09-03-2019 Valle Trucking Invoice/Field Ticket No. 5528 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 141. | 09-03-2019 Valle Trucking Invoice/Field Ticket No. 5536 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 142. | 09-04-2019 Valle Trucking Invoice/Field Ticket No. 5009 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 143. | 09-04-2019 Valle Trucking Invoice/Field Ticket No. 5562 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 144. | 09-04-2019 Valle Trucking Invoice/Field Ticket No. 5574 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved |

| | | |
|---|---|---|
| | | upon proper identification. |
| 145. | 09-04-19 Valle Trucking Invoice/Field Ticket No. 5613 to Silver Star Construction Company, Inc. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 146. | Medical Records of Tylon Mackey produced in Payne County, Oklahoma District Court Case No. CJ-2020-233. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 147. | Medical Bills of Tylon Mackey produced in Payne County, Oklahoma District Court Case No. CJ-2020-233. | FRE 901; not sufficiently identified – FRE 901; further objections reserved upon proper identification. |
| 148. | 7/29/2021 Video Deposition of Israel Juarez. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |

| 149. | 7/20/2023 Deposition of Jesus Ordones. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|------|----------------------------------------|---------------------------------------------------------------------------------------------------------------------|
| 150. | 2/15/2022-2/16/2022 Claim notes of Great Lakes. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 151. | All pleadings, motions, and orders filed in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 152. | All discovery exchanged in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 153. | All discovery exchanged in the instant action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 154. | Transcripts of all depositions taken in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of |

| | | |
|---|---|---|
| | | foundation or authentication-FRE 901; further objections reserved until trial. |
| 155. | Transcripts of all depositions taken in the instant action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 156. | Expert reports of all experts identified by any party to this action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 157. | Expert reports of all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 158. | Expert CVs of all experts identified by any party to this action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 159. | Expert CVs of all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further |

| | | objections reserved until trial. |
|---|---|---|
| 160. | Expert invoices for time spent by all experts identified by any party to this action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 161. | Expert invoices for all time spent by all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 162. | Expert prior testimony history for all experts identified by any party to this action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 163. | Expert prior testimony history for all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 164. | Expert publications for all experts identified by any party to this action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |

| 165. | Expert publications for all experts identified by any party in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|---|---|---|

| 166. | All documents exchanged by Progressive with its Initial Disclosures in this action unless otherwise objected to by ZAIC | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|---|---|---|
| 167. | All documents exchanged by Great Lakes with its Initial Disclosures in this action unless otherwise objected to by ZAIC | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 168. | All documents exchanged by ZAIC with its Initial Disclosures in this action unless otherwise objected to by ZAIC | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 169. | All documents produced in response to Subpoenas in this action | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 170. | All documents produced in response to Subpoenas in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 171. | All documents exchanged in discovery in Payne County, Oklahoma District Court Case No. CJ-2020-233 | Limited admissibility-FRE |

| | | 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|---|---|---|
| 172. | All documents exchanged in discovery in the instant action unless otherwise objected to by Silver Star. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 173. | All deposition exhibits of depositions taken in this action unless otherwise objected to by Silver Star. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 174. | All deposition exhibits of depositions taken in Payne County, Oklahoma District Court Case No. CJ-2020-233 unless otherwise objected to by Silver Star. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 175. | All verified discovery responses from this action unless otherwise objected to by ZAIC | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 176. | All verified discovery responses in Payne County, Oklahoma District Court Case No. CJ-2020-233 unless otherwise objected to by Silver Star. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further |

| | | objections reserved until trial. |
|---|---|---|
| 177. | Plaintiff's Answers to ZAIC's Interrogatories | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 178. | Progressive's Answers to ZAIC's Interrogatories | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 179. | Plaintiff's Responses to ZAIC's Requests for Production | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 180. | Progressive's Responses to ZAIC's Requests for Production | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 181. | Progressive's Responses to ZAIC's Requests for Admission | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |

| 182. | Exhibits identified in Great Lakes' responses to ZAIC's discovery requests. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|---|---|---|
| 183. | Exhibits identified in Progressive's responses to ZAIC's discovery requests. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 184. | Exhibits identified by ongoing discovery in this action. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 185. | Exhibits identified by ongoing discovery in the underlying action. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 186. | All exhibits listed by ZAIC in this case not otherwise objected to by Silver Star. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |

| 187. | All exhibits listed by Plaintiff in this case not otherwise objected to by Silver Star. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|---|---|---|
| 188. | All exhibits listed by Progressive in this case not otherwise objected to by Silver Star. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 189. | Affidavits or other documents needed for the identification and authentication of records. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 190. | All materials considered or relied upon by experts in forming their opinions. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
| 191. | All exhibits necessary for rebuttal or impeachment. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |

| 192. | Any exhibits identified as discovery progresses in this matter. | Limited admissibility-FRE 105;lack of foundation or authentication-FRE 901; further objections reserved until trial. |
|------|-----------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------|

Respectfully submitted,

*/s/ Emily E. Allan*
Michael S. Linscott, OBA No. 17266
Emily E Allan, OBA No. 33456
Doerner, Saunders, Daniel
& Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
Telephone 918.591.5288
Facsimile 918.925.5288
Email: mlinscott@dsda.com
        eallan@dsda.com
*Attorneys for Defendant*

## CERTIFICATE OF FILING

I hereby certify that on October 3, 2023 I electronically filed the foregoing Objection to Final Exhibit List the Clerk of the U.S. District Court, Western District of Oklahoma, using the electronic case filing system of the Court.

By: /s/ Emily Allan

8080879.1

38