# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCE SE,<br><br>   Plaintiff,<br><br>vs.<br><br>2. FREDY VALLE d/b/a VALLE TRUCKING;<br>3. SILVER STAR CONSTRUCTION COMPANY, INC.;<br>4. TYLON MACKEY;<br>5. ISRAEL JUAREZ;<br>6. ORD TRUCKING, INC.<br>7. ZURICH AMERICAN INS. CO.,<br><br>   Defendants,<br><br>8. ZURICH AMERICAN INS. CO.,<br><br>   Defendant/Third Party Plaintiff,<br><br>vs.<br><br>9. PROGRESSIVE NORTHERN INS. CO.,<br><br>   Third-Party Defendant. | Case No. CIV-22-00702-JD<br>Judge Jodi W. Dishman |

## DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.'S OBJECTIONS TO PLAINTIFF'S FINAL EXHIBIT LIST

Defendant Silver Star Construction Company, Inc. ("Silver Star"), pursuant to the Court's Scheduling Order (Doc. No. 56), respectfully submits its Objections to Plaintiff's Final Exhibit List.

## OBJECTIONS TO EXHIBITS

| No. | Description | Objection |
|---|---|---|
| 1. | Insurance Policy issued to Valle Trucking by Great Lakes | No objection. |
| 2. | Reservation of Rights issues to Valle Trucking | No objection. |
| 3. | Reservation of Rights issued to Silver Star | No objection. |
| 4. | First contact letter from Great Lakes to Valle Trucking | No objection. |
| 5. | Notice of claim from Zurich Insurance | No objection. |
| 6. | Official Oklahoma Traffic Collision Report | No objection. |
| 7. | Deposition of Israel Juarez | Federal Rules of Evidence 801, 803 |
| 8. | Hauling Agreement between Silver Star and Valle Trucking | No objection. |
| 9. | Letter from J Chris Horton to Jeffrey Curran re Demand for Defense | No objection. |
| 10. | Insurance Policy issued to Silver Star by Zurich Insurance | No objection. |
| 11. | Insurance Policy issued to Valle Trucking by Progressive | No objection. |
| 12. | Pleadings, discovery documents, and file of Underlying Lawsuit | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |
| 13. | Complaint, Initial Disclosures, as filed | Not a proper exhibit. Federal Rules of Evidence 401, 402, 403, 801, 803 |
| 14. | Discovery responses produced by Defendants, to the extent not objected to by Plaintiff | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |
| 15. | Demonstrative timeline of relevant events and communications | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |
| 16. | Additional exhibits identified during remaining discovery, to the extent not objected to by Plaintiff | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |

| No. | Description | Objection |
|---|---|---|
| 17. | Exhibits identified by Defendant, to the extent not objected to by Plaintiff | Not identified with sufficient specificity to allow for objections at this time. Objection reserved until produced. |

                Respectfully Submitted,

/s/ J. Chris Horton_____
J. Chris Horton, OBA#19334
J. CHRIS HORTON, PC
P.O. Box 576
El Reno, OK 73036
Telephone: 405-317-4423
jchrishorton@live.com
*ATTORNEY FOR DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.*

## **CERTIFICATE OF SERVICE**

    I, J. Chris Horton, hereby certify that on this 3rd day of October, 2023, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Michael S. Linscott
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Brian M. Keester
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 West Second Street, Suite 700
Tulsa, OK 74103-3117
*Attorney for Great Lakes Insurance SE*

Emily E. Allan
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
*Attorney for Great Lakes Insurance SE*

Amy E. Hampton
Rachel C. Mathis
Aston, Mathis & Campbell, PLLC
2642 East 21st Street, Suite 250
Tulsa, OK 74114
*Attorneys for Zurich American Insurance Company*

Mark A. Warman
Levinson, Smith & Huffman, P.C.
1743 South 71st Street
Tulsa, OK 74136-5108
*Attorney for Israel Juarez*

James A. Scimeca
Burch, George & Germany
1500 City Place Bldg.
204 N. Robinson, Ste 1500
Oklahoma City, OK 73102
*Attorney for Tylon Mackey*

Ryan Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Andrew Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorney for Tylon Mackey*

Bradley E. Bowlby
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Insurance Company*

J. Mark McAlester
Fenton, Fenton, Smith, Reneau & Moon, P.C.
211 North Robinson, Ste 800N
Oklahoma City, OK 73102-7106
*Attorney for Berkshire Hathaway Homestate Ins. Co.*

Christopher C. King
Starr, Begin & King, PLLC
1800 South Baltimore, Suite 550
Tulsa, OK 74119
*Attorney for Progressive Northern Ins. Co.*

                                        *s/J. Chris Horton*
                                        **J. Chris Horton**