# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00702-JD |
| | ) |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; and ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants, | ) |
| ----------------------------------------- | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Counter Claimant, | ) |
| v. | ) |
| | ) |
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Counter Defendant, | ) |
| ----------------------------------------- | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| | ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendant. | ) |

# ORDER

Before the Court is the Unopposed Motion to Extend Dispositive and *Daubert* Motion Deadline ("Motion"). [Doc. No. 90]. The Motion seeks to extend the dispositive and *Daubert* motions deadlines from November 7, 2023 to November 21, 2023.

For good cause shown and under Federal Rules of Civil Procedure 6(b) and 16(b)(4), the Court **GRANTS** the Motion and extends the parties' dispositive and *Daubert* motions deadlines to November 21, 2023. All other deadlines as stated in the Court's Scheduling Order [Doc. No. 56] remain unchanged.

IT IS SO ORDERED this 7th day of November 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE