## Page 1

```
 1      IN THE DISTRICT COURT OF PAYNE COUNTY
 2              STATE OF OKLAHOMA
 3
 4   TYLON MACKEY,         )
                           )
 5       Plaintiff,    ) Case No. CJ-2020-233
                           )
 6   vs.                   )
                           )
 7   ISRAEL JUAREZ,        )
       Individually, ORD   )
 8   TRUCKING, INC., FREDY )
       VALLE, SR. d/b/a VALLE )
 9   TRUCKING, and SILVER  )
       STAR CONSTRUCTION   )
10   COMPANY, INC.,        )
                           )
11       Defendants.       )
12
13
14          DEPOSITION OF FREDY VALLE
15
16     TAKEN ON BEHALF OF THE PLAINTIFF
17
18         IN OKLAHOMA CITY, OKLAHOMA
19
20              ON OCTOBER 5, 2023
21
22
23
24   REPORTED BY:  MARY E. (LIZ) WAGGONER, CSR #00393
25
```

## Page 2

```
 1         ** APPEARANCES **
 2
 3   APPEARING ON BEHALF OF THE PLAINTIFF:
 4     Ryan Polchinski
       Andrew Polchinski
 5     Attorneys at Law
       LAW OFFICES OF DANIEL M. DAVIS
 6     300 N. Walnut
       Oklahoma City, Oklahoma 73102
 7     ryan@dandavislaw.com
 8   APPEARING ON BEHALF OF THE DEFENDANT, ORD TRUCKING:
 9     Rodney D. Stewart
       Attorney at Law
10     STEWART LAW FIRM
       801 N.W. 63rd Street
11     Oklahoma City, Oklahoma 73118
       rds@stewartlaw.com
12
     APPEARING ON BEHALF OF THE DEFENDANT, ISRAEL JUAREZ:
13
       Mark Warman
14     Attorney at Law
       15 W. Sixth Street
15     Suite 2900
       Tulsa, Oklahoma 74119-5423
16
     APPEARING ON BEHALF OF THE DEFENDANT, VALLE TRUCKING:
17
       Jeffrey A. Curran
18     Maria Escobar
       Attorneys at Law
19     GABLEGOTWALS
       BOK Park Plaza
20     490 W. Sheridan Avenue
       Suite 2200
21     Oklahoma City, Oklahoma 73102
       jcurran@gablelaw.com
22
23
24
25
```

## Page 3

```
 1   APPEARING ON BEHALF OF THE DEFENDANT, SILVER STAR
     CONSTRUCTION:
 2
       J. Chris Horton
 3     Attorney at Law
       P.O. Box 576
 4     El Reno, Oklahoma 73036
 5     John R. Woodard
       Attorney at Law
 6     COFFEY SENGER WOODARD, PLLC
       4725 East 91st Street
 7     Suite 100
       Tulsa, Oklahoma 74137
 8
     ALSO APPEARING:
 9
       Cesar Castro
10     CASTRO INTERPRETING AND TRANSLATION SERVICES
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                TABLE OF CONTENTS
 2                              Page  Line
 3   STIPULATIONS . . . . . . . . . . . .   5    1
 4   FREDY VALLE TESTIFIES:
 5   DIRECT EXAMINATION BY MR. POLCHINSKI . .   6   12
 6   CROSS-EXAMINATION BY MR. HORTON. . . . .  24   19
 7   REDIRECT EXAMINATION BY MR. POLCHINSKI .  37    6
 8   RECROSS-EXAMINATION BY MR. HORTON. . . .  41    4
 9   JURAT PAGE . . . . . . . . . . . . . .  42    1
10   CORRECTION SHEET . . . . . . . . . . .  43    1
11   PROCEEDINGS CONCLUDED. . . . . . . . .  44    1
12
13           * * E X H I B I T S * *
14   SILVER STAR DEFENDANT'S EXHIBIT NO. 1 . .  26   24
       (Hauling Service Agreement)
15
16   SILVER STAR DEFENDANT'S EXHIBIT NO. 2 . .  31    7
       (Valle Trucking Tickets)
17
18
19
20
21
22
23
24
25
```

**Page 25**

1  Q.  This is my one chance to talk to you prior to
2  trial.  So I'm going to do my best to ask good
3  questions.
4       But if you don't understand a question I have
5  asked I'm going to ask you to let me know that so I
6  can ask it better.
7  A.  Okay.
8  Q.  Okay.  I want to talk to you a little bit
9  about your experience providing services for Silver
10 Star Construction.
11      It's my understanding from your prior
12 testimony this morning that you may have done some
13 work, some hauling services for Silver Star through a
14 company other than Valle Trucking.  Is that correct?
15 A.  Hold on.  What?
16 Q.  It may have been my misunderstanding of his
17 testimony.  But what I wanted to find out is if you
18 had provided hauling services for Silver Star for some
19 company other than Valle Trucking, I wanted to know
20 the name of that company?
21 A.  Flores Trucking.
22 Q.  And where is Flores Trucking located?
23 A.  Here in Oklahoma City.
24 Q.  Do you have an address?
25 A.  No.

**Page 26**

1  Q.  Were you an owner or part owner of Flores
2  Trucking?
3  A.  No.
4  Q.  Were you -- was your job title just a truck
5  driver?
6  A.  I have my company, Valle Trucking.  Flores
7  Trucking was contracted by Silver Star.
8  Q.  Okay.  What I'm trying to figure out is it's
9  my understanding that you worked for Flores Trucking
10 as a truck driver.  Is that fair?
11 A.  No, no.
12 Q.  All right.  I think I understand.
13      All of your -- all of the truck driving
14 experience that you have performing work for Silver
15 Star has been through Valle Trucking.  Is that fair?
16 A.  Yes.
17 Q.  Okay.  All right.  When you started providing
18 hauling services for Silver Star did you enter into an
19 agreement with Silver Star to provide those services?
20 A.  Yes.
21 Q.  And it's my understanding that that was a
22 written agreement?
23 A.  By written, yes.
24 Q.  I'm going to hand you what I'm going to mark
25 as Exhibit Number 1.  If you would, take just a minute

**Page 27**

1  to look at that agreement.
2  A.  That's fine.
3  Q.  All right.  Have you seen this document
4  before?
5  A.  When I signed it, yes.
6  Q.  Okay.  This is the agreement -- it's my
7  understanding this is the agreement that was entered
8  into between Silver Star Construction and Valle
9  Trucking to provide hauling services, correct?
10 A.  Yes.
11 Q.  And you understood when you entered into this
12 agreement that before doing any work for Silver Star
13 this agreement was required?
14 A.  Yes, uh-huh.
15 Q.  Okay.  And you understand because this
16 agreement was required because Silver Star was asking
17 Valle Trucking to provide hauling services as an
18 independent contractor?
19 A.  That's correct.
20 Q.  Okay.  And you understood that Silver Star
21 hires trucking companies like Valle Trucking to
22 provide hauling services because Silver Star
23 Construction is a construction company, not a trucking
24 company?
25 A.  Correct.

**Page 28**

1  Q.  Okay.  Based on your experience in providing
2  hauling services for Silver Star Construction it's my
3  understanding that Silver Star would give Valle
4  Trucking a location to pick up materials?
5  A.  Yes, uh-huh.
6  Q.  Okay.  Is there anything unusual about that
7  arrangement?  Is it typical for a customer to tell a
8  trucking company where to pick up a load?
9  A.  They tell you where to go and pick up the
10 load.
11 Q.  Otherwise, you wouldn't know where to pick up
12 the load.  Fair?
13 A.  Correct.  It's part of the job.
14 Q.  The customer, Silver Star, doesn't tell you
15 as the trucking company how to get your truck from
16 your business to wherever you're picking up the load.
17 Is that fair?
18 A.  They give us two directions.  The person
19 responsible for the load is the person who is driving.
20 Q.  And that's the truck driver?
21 A.  Yes.
22 Q.  That is not an employee of Silver Star
23 Construction?
24 A.  No.
25 Q.  Okay.  Once you arrive, once the trucking

## Page 29

1  company, Valle Trucking, arrives at a construction
2  site or wherever you're told to load, someone with
3  Silver Star tells you what material you're going to be
4  hauling. Is that fair?
5     A. Yes.
6     Q. Silver Star Construction then tells the
7  driver where to load?
8     A. Yes, uh-huh.
9     Q. Silver Star Construction then tells Valle
10 Trucking where to deliver the load?
11    A. Correct.
12    Q. It's the truck driver, it's Valle Trucking's
13 responsibility to determine to safely operate that
14 truck after being loaded to the point of delivery. Is
15 that fair?
16    A. Every driver is responsible for the load.
17 For the load.
18    Q. Silver Star Construction doesn't tell the
19 truck driver how to operate the truck. Is that fair?
20    A. That's correct.
21    Q. Okay. When you testified earlier that Silver
22 Star is supervising --
23    A. Yes.
24    Q. -- it's my understanding based on your
25 testimony that what that means is Silver Star tells

## Page 30

1  the trucking company where to load?
2     A. It depends on the job. For example, if
3  you're working in a big job site, whenever you're
4  working in a big job site, there's always a supervisor
5  from Silver Star. If you have to move the load from
6  one place to another they will give you the address.
7        But if there's a big job site and you're
8  going to be around there, there are always a
9  supervisor supervising everything.
10    Q. And what I want to know is when you say
11 supervising, I want to understand what you mean by the
12 use of that word.
13       Based on your testimony today it's my
14 understanding that that supervisor tells the truck
15 driver where to load and where to deliver the load?
16    A. Yes. The supervisor is in charge of the job,
17 the job. The driver job is to deliver the load
18 wherever he was told to deliver it.
19    Q. Okay. But to be clear, the safe operation of
20 the truck is not the responsibility of Silver Star
21 Construction?
22    A. It's for the driver. The one who responds is
23 the owner of the truck.
24    Q. Is it also the truck driver's responsibility
25 to determine the route?

## Page 31

1     A. Well, yes, yes.
2     Q. In your testimony earlier this morning you
3  mentioned drivers who are driving for Valle Trucking
4  fill out a field ticket. Do you remember that
5  testimony?
6     A. Yes.
7     Q. I'm going to hand you what I have marked as
8  Defendant's Exhibit Number 2. I'll represent to you
9  these are tickets that were produced by Silver Star
10 Construction in discovery in this case.
11    A. These tickets are mine.
12    Q. And you're going where my next question was.
13 This is a Valle Trucking field ticket. Fair?
14    A. Yes.
15    Q. These tickets are filled out by or completed
16 by your drivers; is that fair?
17       MR. CURRAN: I'm sorry. Object to the
18 form.
19       THE WITNESS: Yes, that's correct.
20    Q. (BY MR. HORTON) Okay. And it's my
21 understanding that these are field tickets that were
22 provided to Silver Star for the project that we're
23 here talking about today?
24    A. Yes. We do those.
25    Q. I noticed on each one of these tickets there

## Page 32

1  is a line that says number of loads?
2     A. Yes.
3     Q. And on that line there is a calculation for
4  the number of hours and the rate being charged. Is
5  that fair?
6     A. You don't calculate by the trip. They pay
7  you by the hour because somebody might just take a
8  truck and go to the job site and they doing a job and
9  the truck just stayed there waiting. That truck might
10 only do three trips per day.
11    Q. Understood.
12       On the front page of that exhibit there's a
13 Bates number in the lower right hand corner that says
14 SSCC-000152.
15       On that page the ticket indicates that 11 and
16 a half hours were worked and $118.00 per hour was
17 paid?
18    A. Yes.
19    Q. And does that show that Valle Trucking was
20 paid by the hour by Silver Star Construction?
21    A. Yes.
22    Q. And just for clarity, Valle Trucking was not
23 paid by the load by Silver Star on this project ever?
24    A. Always by the hour.
25    Q. Okay. The same page, the front page of this

**33**

1  Exhibit Number 2, there's a name, EDD Trucks.
2       THE INTERPRETER: I'm sorry. Can you
3  repeat?
4       Q. (BY MR. HORTON) EDD Trucks?
5       A. Yes.
6       Q. Is that a subcontractor of Valle Trucking?
7       A. Yes.
8       Q. Is that one of the three trucking companies
9  you mentioned earlier that were supplying trucks for
10 Valle Trucking on this project?
11      A. Yes. It was one of them I believe. I
12 believe.
13      Q. The second page of Exhibit Number 2, the
14 lease, the lease line says Castro Trucking. Do you
15 see that?
16      A. Yes.
17      Q. Is that another company that was
18 subcontracted to Valle Trucking to provide trucks on
19 this project?
20      A. Yes.
21      Q. On the third page of that exhibit, there's a
22 company called Pac, P-A-C, Trucking. Is that another
23 company that was subcontracted to Valle Trucking?
24      A. Yes.
25      Q. On the next page, there's a company

**34**

1  indicated, ORD. Is that another company that was
2  subcontracted to Valle Trucking to provide hauling
3  services on this project?
4       A. Yes.
5       Q. Okay. Then on Page 160, lower right hand
6  corner, on that field ticket, it indicates there on
7  the lease line, Valle. Is that your company?
8       A. Yes.
9       Q. And the driver's name, Ruben S. Is that the
10 Ruben Simental you mentioned earlier?
11      A. Yes.
12      Q. And did Valle Trucking make certain that each
13 of these companies understood that it was their
14 driver's responsibility to operate their truck safely?
15      A. Yes, they all know that.
16      Q. Did you understand as the owner of Valle
17 Trucking that any of the trucks that were providing
18 services for Silver Star through Valle Trucking were
19 providing services subject to this hauling agreement?
20      A. Yes. They all -- all of them sign me and
21 they each responsible for their own.
22      Q. Okay. Before we leave Exhibit 2, the field
23 tickets, the hourly rate, that covers both -- that is
24 a charge for the equipment used and the operator of
25 that equipment. Is that fair?

**35**

1       A. Yes.
2       Q. And each of these companies that we just
3  talked about that were subcontracted to Valle Trucking
4  on this project, Valle Trucking paid each one of those
5  companies for their hauling services. Is that fair?
6       A. Correct.
7       Q. You understood as the owner of Valle Trucking
8  that it was Valle Trucking's responsibility to
9  maintain their trucks?
10      A. For Valle Trucking, yes. But for Ordonez,
11 they are in charge of their own and to provide their
12 own driver.
13      Q. Okay. It's not Silver Star's responsibility
14 to maintain the trucks of Valle Trucking. Is that
15 fair?
16      A. Yes. It's not their responsibility.
17      Q. It's not Silver Star's responsibility to hire
18 drivers for Valle Trucking vehicles. Is that fair?
19      A. It's not their responsibility.
20      Q. It's not Silver Star's responsibility to
21 train the drivers to safely operate Valle Trucking
22 vehicles. Is that fair?
23      A. It is fair. It's not their responsibility.
24      Q. Okay. It's also not Silver Star's
25 responsibility to make sure that Valle Trucking

**36**

1  drivers are obeying traffic laws?
2       A. No, it's not their responsibility.
3       Q. Earlier in your deposition today you were
4  asked questions about companies rushing drivers.
5       A. I don't know. I don't know.
6       Q. Okay. Let me ask it this way: As you sit
7  here today are you aware of Silver Star Construction
8  ever putting a time limit on one of your drivers for
9  the delivery of a load?
10      A. No.
11      Q. Okay. As you sit here today are you aware of
12 any time that Silver Star has told a driver for Valle
13 Trucking that they needed to drive faster?
14      A. I don't have any knowledge.
15      Q. Okay. I want to make a -- ask you this: As
16 far as supervision, I want to go back to the
17 supervision question.
18          Based on your experience of working with
19 Silver Star Construction, is it your understanding
20 that Silver Star Construction supervised the
21 construction site?
22      A. The job site, yes.
23      Q. Right.
24          Silver Star doesn't supervise your drivers as
25 they're driving the trucks to deliver a load. Is that

## Page 41

    1          MR. POLCHINSKI:  Nothing further.
    2          MR. HORTON:  Just one follow up.  Maybe a
    3   couple.
    4              RECROSS-EXAMINATION
    5   BY MR. HORTON:
    6      Q.  I just want to be clear.  Did any of the
    7   other drivers for Valle Trucking, the subcontractors,
    8   have any of those drivers ever told you that Silver
    9   Star was rushing their drivers on the date of the
   10   accident?
   11      A.  No one said anything.  No one.
   12      Q.  Even if a contractor tells a driver that they
   13   needed to deliver a load within a certain amount of
   14   time it's still the driver's responsibility to obey
   15   traffic laws.  Is that fair?
   16      A.  It's the obligation of the driver.
   17          MR. HORTON:  No further questions.
   18          MR. WARMAN:  Nothing from me.
   19          MR. CURRAN:  We are all done.  And we'll
   20   read and sign.
   21          (Signature required; witness excused.)

## Page 42

    1              ** JURAT **
    2
    3      I, FREDY VALLE, do hereby state under oath that
    4   I have read the above and foregoing deposition in its
    5   entirety and that with my corrections, if any there
    6   be, the same is a full, true and correct transcript of
    7   my testimony.
    8
    9          _____
                   FREDY VALLE
   10
   11   STATE OF OKLAHOMA   )
                            )
   12   COUNTY OF _____  )
   13
   14
   15      SUBSCRIBED AND SWORN TO before me, the
   16   undersigned Notary Public in and for the State of
   17   Oklahoma by said witness, FREDY VALLE, this
   18   _____ day of _____ 2023.
   19
   20   _____   _____
   21      NOTARY PUBLIC       CERTIFICATE NUMBER
           STATE OF OKLAHOMA
   22
   23
        MY COMMISSION EXPIRES: _____
   24

## Page 43

    1         ** CORRECTION SHEET **
    2
    3   NAME: FREDY VALLE
    4   DATE: OCTOBER 4, 2023
    5   REPORTER: MARY E. (LIZ) WAGGONER, CSR
    6   PAGE NO.   LINE NO.   CORRECTION & REASON FOR CHANGE
    7   _____  _____  _____
    8   _____  _____  _____
    9   _____  _____  _____
   10   _____  _____  _____
   11   _____  _____  _____
   12   _____  _____  _____
   13   _____  _____  _____
   14   _____  _____  _____
   15   _____  _____  _____
   16   _____  _____  _____
   17   _____  _____  _____
   18   _____  _____  _____
   19   _____  _____  _____
   20   _____  _____  _____
   21   _____  _____  _____
   22   _____  _____  _____
   23   _____  _____  _____
   24   _____  _____  _____
   25   _____  _____  _____

## Page 44

    1            ** CERTIFICATE **
    2
        STATE OF OKLAHOMA   )
    3                       ) SS:
        COUNTY OF OKLAHOMA  )
    4
    5      I, Mary E. (Liz) Waggoner, a Certified Shorthand
    6   Reporter within and for the State of Oklahoma, do
    7   hereby certify that I reported all of the foregoing
    8   testimony, and that I later reduced it to typewritten
    9   form, as the same appears herein.
   10      I further certify that I am not a relative of, nor
   11   attorney for, nor clerk or stenographer for the
   12   attorneys, or any party to this litigation, and that I
   13   am not otherwise interested in the event of the
   14   same.
   15      I further certify that the above and foregoing
   16   typewritten pages contain a full, true and correct
   17   transcript of my stenograph notes so taken, during
   18   said hearing.
   19      WITNESS my hand and seal this 6th day of October,
   20   2023.
   21
   22          _____
                MARY E. (LIZ) WAGGONER, CSR
   23          Oklahoma Certified Shorthand Reporter
                   Certificate No. 00393
   24          Expiration Date:  December 31, 2023

              ** LOWERY & ASSOCIATES, INC. **
                     (405) 319-9990