IN THE DISTRICT COURT OF PAYNE COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| TYLON MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CJ-2020-233 |
| ) | |
| ISRAEL JUAREZ, individually, ) | |
| ORD TRUCKING, INC., FREDY N. VALLE, SR., ) | |
| d/b/a VALLE TRUCKING and SILVER STAR ) | |
| CONSTRUCTION COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FREDY N. VALLE, SR., D/B/A VALLE TRUCKING
RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUEST**

Defendant Fredy N. Valle, Sr., d/b/a Valle Trucking ("Defendant") submits the following Answers and Responses to Plaintiff Tylon Mackey's ("Plaintiff") Interrogatories, Requests for Production of Documents and Requests for Admissions.

**GENERAL OBJECTIONS**

The following general objections and conditions qualify Defendant's specific answers and responses to Plaintiff's Discovery Requests below. These general objections are incorporated by reference into each individual response/answer given below as if fully set forth in each answer:

1. Defendant objects to any definitions and instructions contained in Plaintiff's Discovery Requests to the extent those definitions attempt to impose obligations or demands upon Defendant beyond those required by Oklahoma law and the Oklahoma Discovery Code.

2. Defendant objects to Plaintiff's Discovery Requests to the extent they call for the disclosure of information which is protected from discovery and privileged for the reason that it (a) is subject to the attorney/client privilege; (b) is covered by the work product doctrine; (c) was generated in anticipation of litigation or for trial or by or for Defendant or his representatives,

1

EXHIBIT 4

**ANSWER:** Unknown. Israel Juarez was believed to be employed by ORD tricking, and was not employed by Valle Trucking.

**INTERROGATORY NO. 9:**

(a) Explain the relationship between ORD Trucking Inc. and Fredy N. Valle, Sr. d/b/a Valle Trucking at the time of the Subject Collision (e.g., leased driver, company driver, etc.);

(a) Explain how ORD Trucking Inc. was paid by Fredy N. Valle, Sr. d/b/a Valle Trucking on the date of the Subject Collision (by hour, by load, by mile, salary or other);

(b) Identify when ORD Trucking Inc.'s relationship (e.g., leased driver, company driver, etc.) with Fredy N. Valle, Sr. d/b/a Valle Trucking began and ended.

**ANSWER:** As to the project in question, Silver Star Construction contracted with Valle Trucking for five trucks to be present at the job site on the day of the incident. Valle Trucking thereafter contracted with ORD and three other contractors to be present at the site with trucks. When all drivers and trucks arrived at the job site, their tasks were then given to them and directed by a supervisor/foreman from Silver Star. Silver Star paid Valle Trucking for the project, and the Valle paid the other contracting companies according to those contracts.

**INTERROGATORY NO. 10:**

(a) Explain the relationship between Fredy N. Valle, Sr. d/b/a Valle Trucking and Silver Star Construction Inc. at the time of the Subject Collision (e.g., leased driver, company driver, etc.);

(b) Explain how Fredy N. Valle, Sr. d/b/a Valle Trucking was paid by Silver Star Construction Inc. on the date of the Subject Collision (by hour, by load, by mile, salary or other);

(c) Identify when Fredy N. Valle, Sr. d/b/a Valle Trucking's relationship (e.g.,

factual admission, Defendant denies it or any of its employees were involved in the collision, and therefore denies the Request. Therefore, it must be denied at this time.

**REQUEST FOR ADMISSION NO. 19:** At the time of the Subject Collision, Fredy N. Valle, Sr. d/b/a Valle Trucking was working under the control and authority of Silver Star Construction Inc.

**RESPONSE:** Object to the form. This Request calls for a legal conclusion, and as such, cannot be admitted or denied.

Respectfully submitted,

Jeffrey A. Curran    OBA #12255
GABLEGOTWALS
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
T: 405.235.5500
F: 405.235.2875
Email: jcurran@gablelaw.com
*Attorney for Defendant*
*Fredy N. Valle, Sr., d/b/a Valle Trucking*

### VERIFICATION

I hereby verify that the above Interrogatory Answers are true and correct to the best of my knowledge.

Jaramit Monge

18

## CERTIFICATE OF MAILING

I certify that on the 17th day of June, 2022, a copy of the foregoing was transmitted, via U.S. mail, to the following counsel of record:

Ryan Polchinski
Law Offices of Dan Davis
300 Walnut Avenue
Oklahoma City, OK  73104

Mark Warman
Franden, Farris, Quillen, Goodnight and Roberts
Two West 2nd Street, Suite 900
Tulsa, OK 74103

Rodney Stewart
Stewart Law Firm
801 N.W. 63rd Street
OKC, OK  73118

J Chris Horton
J. Chris Horton, P.C.
212 N. Rock Island Avenue
P.O. Box 576
El Reno, Oklahoma 73039

/s/ Jeffrey A. Curran
Jeffrey A. Curran