## Page 1

```
 1      IN THE DISTRICT COURT OF PAYNE COUNTY
 2              STATE OF OKLAHOMA
 3
 4   TYLON MACKEY,           )
                             )
 5       Plaintiff,          ) Case No. CJ-2020-233
                             )
 6   vs.                     )
                             )
 7   ISRAEL JUAREZ, individually, )
     ORD TRUCKING, INC., FREDY N. )
 8   VALLE, SR. d/b/a VALLE       )
     TRUCKING, and SILVER STAR    )
 9   CONSTRUCTION COMPANY, INC.,  )
                             )
10       Defendants.         )
11
12
13          DEPOSITION OF JESUS ORDONES
14
15       TAKEN ON BEHALF OF THE PLAINTIFF
16
17          IN OKLAHOMA CITY, OKLAHOMA
18
19               ON JULY 20, 2023
20
21
22
23
24   REPORTED BY:  MARY E. (LIZ) WAGGONER, CSR #00393
25
```

## Page 2

```
 1          ** APPEARANCES **
 2
 3   APPEARING ON BEHALF OF THE PLAINTIFF:
 4     Ryan Polchinski
       Andrew Polchinski
 5     Attorneys at Law
       LAW OFFICES OF DANIEL M. DAVIS
 6     300 N. Walnut
       Oklahoma City, Oklahoma 73102
 7     ryanp@dandavislaw.com
 8   APPEARING ON BEHALF OF DEFENDANT, ORD TRUCKING:
 9     Rodney D. Stewart
       Attorney at Law
10     STEWART LAW FIRM
       801 N.W. 63rd Street
11     Oklahoma City, Oklahoma 73118
       rds@stewartlaw.com
12
     APPEARING ON BEHALF OF DEFENDANT, ISRAEL JUAREZ:
13
       Mark A. Warman
14     Attorney at Law
       15 W. Sixth Street
15     Suite 2900
       Tulsa, Oklahoma 74119-5423
16
     APPEARING ON BEHALF OF DEFENDANT, VALLE TRUCKING:
17
       Jeffrey A. Curran
18     Attorney at Law
       GABLEGOTWALS
19     BOK Park Plaza
       499 W. Sheridan Avenue
20     Suite 2200
       Oklahoma City, OK 73102
21     jcurran@gablelaw.com
22
23
24
25
```

## Page 3

```
 1   APPEARING ON BEHALF OF DEFENDANT, SILVER STAR
     CONSTRUCTION:
 2
       J. Chris Horton
 3     Attorney at Law
       PAIN & GARLAND
 4     P.O. Box 158
       111 Southwest Second Street
 5     Anadarko, Oklahoma 73005
       jchrishorton@live.com
 6
 7   APPEARING ON BEHALF OF DEFENDANT, SILVER STAR
     CONSTRUCTION:
 8
       Timothy Harmon
 9     Attorney at Law
       COFFEY SENGER WOODARD, PLLC
10     4725 East 91st Street
       Suite 100
11     Tulsa, Oklahoma 74137
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1              TABLE OF CONTENTS
 2                        Page  Line
 3   STIPULATIONS. . . . . . . . . . . . .   5    1
 4   JESUS ORDONES TESTIFIES:
 5   DIRECT EXAMINATION BY MR. POLCHINSKI. .  6    6
 6   CROSS-EXAMINATION BY MR. HORTON. . . .  51    3
 7   REDIRECT EXAMINATION BY MR. POLCHINSKI. 79   24
 8   RECROSS-EXAMINATION BY MR. HORTON. . .  86   17
 9   JURAT PAGE . . . . . . . . . . . . . .  89    1
10   CORRECTION PAGE. . . . . . . . . . . .  90    1
11   PROCEEDINGS CONCLUDED. . . . . . . . .  91    1
12
                ** E X H I B I T S **
13
     PLAINTIFF'S EXHIBIT NO. 1. . . . . . .  11   13
14   (Interrogatories)
15
16
17
18
19
20
21
22
23
24
25
```

25

1  Q. Okay. Tell me about those. Before this
2  accident, what was the most recent job, if you
3  remember, that you worked with Fred Valle?
4  A. I can't remember certain locations.
5  Q. Okay. Would it have been within that same
6  year, 2019, that you had worked with Fred Valle?
7  A. Probably. I don't remember that.
8  Q. Had you ever worked with Fred Valle at a
9  Silver Star Construction job site before this
10 accident?
11 A. Under Fred Valle?
12 Q. Yes.
13 A. No.
14 Q. Okay. Had you ever worked at a Silver Star
15 Construction job site at all before this accident?
16 A. Working for all the companies.
17 Q. Okay. Let me make sure you're understanding
18 my question.
19 A. Yes, yes.
20 Q. Okay. So Silver Star Construction Company,
21 do you know who they are?
22 A. Me?
23 Q. Yes.
24 A. No.
25 Q. Okay. Had you ever heard of their name

26

1  before this lawsuit?
2  A. No.
3  Q. Okay. Had you ever had been on any job site
4  owned by Silver Star Construction before September 4th
5  of 2019?
6  A. No.
7      MR. HORTON: Objection to form.
8  Q. (BY MR. POLCHINSKI) So was this the first
9  time you had come to know Silver Star Construction was
10 when you were sued?
11 A. Yes.
12 Q. Okay. So tell me about the conversation you
13 had with Fred Valle to even be hired for this job.
14 A. Well, they just call me and want me to work
15 over there and I did.
16 Q. Did he call you on your cellphone?
17 A. Yes.
18 Q. And did he tell you where the job was
19 located?
20 A. Yes.
21 Q. Okay. Did he talk to you about pay for the
22 job?
23 A. Yes.
24 Q. Okay. What did you two talk about?
25 A. Well, he told me about the job over there in

27

1  Stillwater. Do you want to go. And I did with him.
2  Q. Okay. Before September 4, 2019, had you
3  personally been to that job site in Stillwater?
4  A. No, sir.
5  Q. Okay. On September 4, 2019, was Israel
6  Juarez working for ORD Trucking at the time of the
7  accident?
8  A. Yes.
9  Q. How do you know Israel Juarez?
10 A. Well, he was around before back on the same
11 job we had been working together. He was working for
12 other companies, too.
13 Q. And before you let Israel Juarez work for ORD
14 Trucking did you do any ride-arounds with him to test
15 his ability to drive?
16 A. He came already trained with me with like
17 driving license and stuff and I saw him working.
18 Seemed like a good driver.
19 Q. Did you do any preemployment drug testing?
20 A. I can't remember that.
21 Q. Did Fred Valle specifically tell you how ORD
22 Trucking would be paid for their work in Stillwater?
23 A. Yes.
24 Q. And what did he tell you?
25 A. Paid hourly.

28

1  Q. Okay. And who would be paying ORD Trucking
2  hourly?
3  A. Valle Trucking.
4  Q. Did you guys have a written agreement?
5  A. No. Just a shake hands I think.
6  Q. Was that typically how you and Fred Valle
7  conducted business, just verbals?
8      MR. CURRAN: Object to the form.
9      THE WITNESS: Yes.
10 Q. (BY MR. POLCHINSKI) How would you be paid by
11 Fred Valle hourly?
12 A. By check, like by the ticket, you know. He
13 work ten hours.
14 Q. So ORD Trucking would turn their tickets into
15 Fred Valle to be paid?
16 A. Yes.
17 Q. Do you know how much the hourly rate was?
18 A. I don't remember, sir.
19 Q. Do you remember ever being paid for the work
20 in Stillwater?
21 A. Did I --
22 Q. Did Fred Valle ever pay you for the work in
23 Stillwater?
24 A. Yes.
25 Q. Okay. Do you know how often the tickets were

```
                                                         89
 1         ** JURAT **
 2
 3     I, JESUS ORDONES, do hereby state under oath
 4  that I have read the above and foregoing deposition in
 5  its entirety and that with my corrections, if any
 6  there be, the same is a full, true and correct
 7  transcript of my testimony.
 8
                  _____
 9
            JESUS ORDONES
10
11  STATE OF OKLAHOMA   )
                       )
12  COUNTY OF _____  )
13
14
15     SUBSCRIBED AND SWORN TO before me, the
16  undersigned Notary Public in and for the State of
17  Oklahoma by said witness, JESUS ORDONES, this
18  _____ day of _____ 2023.
19
20  _____  _____
21    NOTARY PUBLIC     CERTIFICATE NUMBER
      STATE OF OKLAHOMA
22
23
      MY COMMISSION EXPIRES: _____
24
25
```

```
                                                         91
 1         ** CERTIFICATE **
 2
    STATE OF OKLAHOMA   )
 3                     ) SS:
    COUNTY OF OKLAHOMA  )
 4
 5     I, Mary E. (Liz) Waggoner, a Certified Shorthand
 6  Reporter within and for the State of Oklahoma, do
 7  hereby certify that I reported all of the foregoing
 8  testimony, and that I later reduced it to typewritten
 9  form, as the same appears herein.
10     I further certify that I am not a relative of, nor
11  attorney for, nor clerk or stenographer for the
12  attorneys, or any party to this litigation, and that I
13  am not otherwise interested in the event of the
14  same.
15     I further certify that the above and foregoing
16  typewritten pages contain a full, true and correct
17  transcript of my stenograph notes so taken, during
18  said hearing.
19     WITNESS my hand and seal this 23rd day of July,
20  2023.
21
22            _____
              MARY E. (LIZ) WAGGONER, CSR
23            Oklahoma Certified Shorthand Reporter
                 Certificate No. 00393
24              Expiration Date: December 31, 2023
25
```

```
                                                         90
 1      ** CORRECTION SHEET **
 2
 3  NAME: JESUS ORDONES
 4  DATE: JULY 20, 2023
 5  REPORTER: MARY E. (LIZ) WAGGONER, CSR
 6  PAGE NO.   LINE NO.   CORRECTION & REASON FOR CHANGE
 7  _____    _____    _____
 8  _____    _____    _____
 9  _____    _____    _____
10  _____    _____    _____
11  _____    _____    _____
12  _____    _____    _____
13  _____    _____    _____
14  _____    _____    _____
15  _____    _____    _____
16  _____    _____    _____
17  _____    _____    _____
18  _____    _____    _____
19  _____    _____    _____
20  _____    _____    _____
21  _____    _____    _____
22  _____    _____    _____
23  _____    _____    _____
24  _____    _____    _____
25  _____    _____    _____
```