IN THE DISTRICT COURT OF PAYNE COUNTY
STATE OF OKLAHOMA

TYLON MACKEY, )
 )
    Plaintiff, )
 )
vs. ) No. CJ-2020-233
 )
ISRAEL JUAREZ, and )
ORD TRUCKING INC. )
 )
 )
    Defendants. )

**DEFENDANT ORD TRUCKING INC.'S RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS
FOR ADMISSION AND REQUESTS FOR PRODUCTION**

COMES NOW, Defendant, ORD Trucking Incorporated, by and through its counsel of record, for their responses to Plaintiffs First Set of Interrogatories, Requests for Admission, and Requests for Production, and states as follows:

**GENERAL OBJECTIONS**

The following objections are incorporated by reference in each of Defendant's specific responses to the Interrogatories and Requests for Production of Documents. Any specific response made by Defendant is made subject to these general objections:

1. Defendant objects to the definitions and instructions contained in Plaintiff's Interrogatories and Requests for Production of Documents to the extent those definitions and instructions seek to impose obligations on Defendants beyond those imposed by the Oklahoma Discovery Code.

2. Defendant objects to all interrogatories and requests for production of documents which seek information protected by the attorney-client or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 18:** A copy of any and all documents relating to any contract and/or agreement between ORD Trucking Inc. and any other person(s) and/or entity relating to jobs and/or work to performed on September 4, 2019 in Stillwater, Oklahoma.

**RESPONSE:** Defendant has no responsive documents.

**REQUEST FOR PRODUCTION NO. 19:** Copies of all documents putting any third party on notice of a claim arising from the Subject Collision.

**RESPONSE:** Defendant has no responsive documents.

**REQUEST FOR PRODUCTION NO. 20:** A copy of ORD Trucking Inc.'s accident register maintained as required by 49 CFR § 390.35.

**RESPONSE:** Defendant has no responsive documents. Moreover, the authority cited does not stand for premise of the Request.

## REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Israel Juarez was operating a vehicle owned by ORD Trucking Inc. at the time of the Subject Collision.

**RESPONSE:** Upon information and belief, admit.

**REQUEST FOR ADMISSION NO. 2:** Israel Juarez was acting within the course and scope of his employment with ORD Trucking Inc. at the time of the Subject Collision.

**RESPONSE:** Upon information and belief, admit.

**REQUEST FOR ADMISSION NO. 3:** Israel Juarez was hauling material to and/or from a construction site at the time of the Subject Collision.

**RESPONSE:** Upon information and belief, admit.

**REQUEST FOR ADMISSION NO. 4:** Israel Juarez was issued a citation(s) as a result of the Subject Collision.

**RESPONSE:** Upon information and belief, denied. However, to the extent a record of such citation exists, Defendant would acknowledge such record.

**REQUEST FOR ADMISSION NO. 5:** At the time of the Subject Collision, Israel Juarez was working under the control and authority of another person or entity other than ORD Trucking Inc.

**RESPONSE:** Upon information and belief, denied.

**REQUEST FOR ADMISSION NO. 6:** At the time of the Subject Collision, you were required to follow all applicable standards set forth in the Commercial Driver License Manual.

**RESPONSE:** Denied as stated. See Answer to Interrogatory Nos. 3 and 6. Defendant admits a driver should comply with safe driving standards required by all federal, state and local rules applicable to the circumstances.

**REQUEST FOR ADMISSION NO. 7:** At the time of the Subject Collision, you were required to follow all applicable regulations of the Federal Motor Carrier Safety Administration (FMCSA).

**RESPONSE:** Denied as stated. See Answer to Interrogatory Nos. 3 and 6. Defendant admits a driver should comply with safe driving standards required by all federal, state and local rules applicable to the circumstances.

**REQUEST FOR ADMISSION NO. 8:** You are not aware of any evidence or proof that Plaintiff could have reasonably avoided the crash.

**RESPONSE:** Denied. See Answer to Interrogatory No. 6.

**REQUEST FOR ADMISSION NO. 9:** There is no evidence or proof that Plaintiff could have reasonably avoided the crash.

**RESPONSE:** Denied. See Answer to Interrogatory No. 6.

EXHIBIT 6

**REQUEST FOR ADMISSION NO. 10:** Plaintiff has no responsibility for causing the Subject Collision.

**RESPONSE:** Denied. See Answer to Interrogatory No. 6.

**REQUEST FOR ADMISSION NO. 11:** ORD Trucking Inc. is partially responsible for causing the Subject Collision.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 12:** ORD Trucking Inc. is fully responsible for causing the Subject Collision.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 13:** ORD Trucking Inc. is responsible for any aware of compensatory damages a jury awards as a result of Israel Juarez's negligence.

**RESPONSE:** Objection. The Request calls for a legal conclusion. The law, not discovery responses, determines responsibility for compensatory damage awards.

STEWART LAW FIRM

_____
Rodney D. Stewart, OBA #15105
Brion B. Hitt, OBA #19120
801 NW 63rd Street, Suite 100
Oklahoma City, OK 73116
Telephone: (405) 601-6060
Facsimile: (405) 254-5118
E-Mail: rstewart@rstewartlaw.com
*Attorneys for Defendant*

**CERTIFICATE OF MAILING**

This is to certify that on this ~~14th~~ 28th day of January, 2021, a true and correct copy of the above and foregoing was mailed to:

Ryan Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104
*Attorneys for Plaintiff*

_____
Rodney D. Stewart

IN THE DISTRICT COURT OF PAYNE COUNTY
STATE OF OKLAHOMA

TYLON MACKEY,                       )
                                    )
    Plaintiff,                      )
                                    )
vs.                                 )   No. CJ-2020-233
                                    )
ISRAEL JUAREZ, and                  )
ORD TRUCKING INC.                   )
                                    )
                                    )
    Defendants.                     )

## VERIFICATION

STATE OF OKLAHOMA    )
                     )  ss.
COUNTY OF OKLAHOMA   )

I, Jesus Ordones, of lawful age, being first duly sworn upon oath, depose and state that I am the President of Ord Trucking, Inc., in the above-entitled cause; that I am familiar with the contents of the above and foregoing Answers to Interrogatories and that the matters and things therein contained are true and correct to the best of my knowledge and belief.

*Jesus Ordones  1-20-21*
Jesus Ordones