IN THE DISTRICT COURT OF PAYNE COUNTY

STATE OF OKLAHOMA

TYLON VAUGHN MACKEY,      )
                          )
            Plaintiff,    )
VS.                       ) NO. CJ-2020-233
                          )
ISRAEL JUAREZ and         )
ORD TRUCKING,             )
            Defendants.   )



VIDEO DEPOSITION OF ISRAEL JUAREZ

TAKEN ON BEHALF OF THE PLAINTIFF

IN OKLAHOMA CITY, OKLAHOMA

ON JULY 29, 2021

REPORTED BY MARY E. (LIZ) WAGGONER   CSR #00393



Lowery & Associates
320 NW 13th Street, Oklahoma City, OK 73103
405.319.9990 - loweryandassociates@coxinet.net

EXHIBIT 7

1   Q.  Were there any other employees on
2   September 4, 2019, besides yourself and Jesus?
3   A.  September 4th, is that the day of the
4   accident?
5   Q.  Yes, sir.
6   A.  No.
7   Q.  On the date of the accident do you know how
8   many trucks ORD Trucking owned?
9   A.  Gee, I think he had -- that I can remember?
10  Q.  Yes, sir.
11  A.  Two.
12  Q.  And on the date of the accident, September 4,
13  2019, were you operating a motor vehicle owned by ORD
14  Trucking?
15  A.  Yes.
16  Q.  On the date of the accident did you own your
17  own commercial vehicle?
18  A.  No.
19  Q.  I'm sorry.  Was that a no?
20  A.  No.
21  Q.  Okay.  On the date of the accident, September
22  4, 2019, did you have your own insurance policy that
23  would cover you for driving a commercial vehicle?
24  A.  No.
25  Q.  Okay.  So how did you get hired on at ORD

1  Trucking?
2      A.  I just know him and he gave me a job.
3      Q.  Did you have to fill out any type of pre-
4  employment application?
5      A.  No.
6      Q.  Okay.  Did you have to show ORD Trucking a
7  copy of an active CDL license?
8      A.  Yes.
9      Q.  Did you have to take any type of driver
10 proficiency test to show that you are able to drive a
11 commercial vehicle?
12     A.  Yeah.
13     Q.  Okay.  And what did that test consist of?
14     A.  He just took me around and see that I knew
15 how to drive.
16     Q.  And when you were taken around, as you put
17 it, by ORD Trucking, was that in one of his vehicles?
18     A.  His truck, yeah.
19     Q.  And about how long did that proficiency test
20 last?
21     A.  About 30 minutes.
22     Q.  Were there any other type of testing
23 requirements before you could get the job?
24     A.  No.  All he did is took me around to drive
25 and then show him that I know how to operate the

```
 1        A.    Jesus.
 2        Q.    Okay.  How did you get back from that job
 3   site after dropping off that truck?
 4        A.    With guys that come back.
 5        Q.    Would the guys that come back be employees,
 6   if you know, of Valle Trucking?
 7        A.    Yes.
 8        Q.    Okay.  To your best guess, how many employees
 9   at any given time for Valle Trucking was out at that
10   job site with you?
11        A.    I don't know.  I don't know, like because I
12   don't know because the trucks got different names.  So
13   I don't really know if they was working for him or for
14   somebody else.
15        Q.    Gotcha.
16              So, there were, to your knowledge, multiple
17   dump truck companies out there removing dirt from that
18   construction site?
19        A.    Yes.
20        Q.    Okay.  And to your understanding ORD Trucking
21   was working for Fredy Valle Trucking at the time of
22   the accident?
23        A.    Yes, I think so.
24        Q.    Okay.  Was, and if you know, do you know of
25   Valle Trucking, if I'm saying that right, or Fredy
```

1    A.  No.
2    Q.  Okay.  Besides Premo, do you know anybody
3 else at Valle Trucking?
4    A.  No.  It's just so many different guys,
5 different trucks.
6    Q.  Do you know the name of any other dump truck
7 companies that were out there besides Valle Trucking
8 and ORD Trucking?
9    A.  I can't remember.  It's just like different
10 trucks, different days.  Like one day, maybe Ordones
11 truck.  Next day, maybe Valle truck.  Next day, it's
12 just different trucks.
13   Q.  I'm understanding it.
14        So how would you get paid from your work on
15 that job site?
16   A.  ORD.
17   Q.  So ORD, would they pay you check or cash?
18   A.  Check.
19   Q.  Okay.  Do you know, if you do, who paid ORD
20 Trucking for that work?
21   A.  No, I don't know.
22   Q.  And when ORD Trucking paid you in a check --
23   A.  Uh-huh.
24   Q.  -- did they pay you as an employee or an
25 independent contractor?

1            * *   C E R T I F I C A T E   * *

2   STATE OF OKLAHOMA    )
3                        )   SS:
    COUNTY OF OKLAHOMA    )
4

5       I, Mary E. (Liz) Waggoner, a Certified Shorthand

6   Reporter within and for the State of Oklahoma, do

7   hereby certify that I reported all of the foregoing

8   testimony, and that I later reduced it to typewritten

9   form, as the same appears herein.

10      I further certify that I am not a relative of, nor

11  attorney for, nor clerk or stenographer for the

12  attorneys, or any party to this litigation, and that I

13  am not otherwise interested in the event of the

14  same.

15      I further certify that the above and foregoing

16  typewritten pages contain a full, true and correct

17  transcript of my stenograph notes so taken, during

18  said hearing.

19      WITNESS my hand and seal this 2nd day of August,

20  2021.

21

22              *Mary E. Waggoner*
                _____
23                   MARY E. (LIZ) WAGGONER, CSR
                  Oklahoma Certified Shorthand Reporter
                       Certificate No. 00393
24                Expiration Date:  December 31, 2021

25