IN THE DISTRICT COURT OF PAYNE COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| TYLON MACKEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISRAEL JUAREZ and ORD TRUCKING ) <br> INC., ) <br> ) <br> Defendants. ) | Case No.: CJ-2020-233 |

**DEFENDANT ISRAEL JUAREZ'S RESPONSES TO REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** On September 4, 2019, the vehicle being operated by Israel Juarez was a commercial motor vehicle as defined by Federal Motor Carrier Safety Administration (FMCSA).

**RESPONSE:** Unknown and therefore denied.

**REQUEST FOR ADMISSION NO. 2:** The vehicle being operated by Israel Juarez at the time of the Subject Collision is owned by ORD Trucking Inc.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 3:** Israel Juarez was an employee of ORD Trucking Inc., at the time of the Subject Collision.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 4:** At the time of the Subject Collision, you were required to follow all applicable standards set forth in the Commercial Driver License Manual.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 5:** At the time of the Subject Collision, you were required to follow all applicable regulations of the Federal Motor Carrier Safety Administration (FMCSA).

EXHIBIT 8

**RESPONSE:** Denied. The regulations that are "applicable" are vague as you have used that term.

**REQUEST FOR ADMISSION NO. 6:** You are not aware of any evidence or proof that Plaintiff could have reasonably avoided the crash.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 7:** There is no evidence or proof that Plaintiff could have reasonably avoided the crash.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 8:** You are partially responsible for causing the Subject Collision.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 9:** You are is fully responsible for causing the Subject Collision.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 10:** You are not aware of any evidence or proof that someone other than Israel Juarez was the proximate cause of the Subject Collision.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 11:** Israel Juarez was working as an independent contractor for a person(s), business and/or company other than ORD Trucking Inc., at the time of the Subject Collision.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 12:** Israel Juarez was working as sub-contractor for a person(s), business and/or company other than ORD Trucking Inc., at the time of the Subject Collision.

**RESPONSE:** Denied.

Respectfully submitted,

*/s/ Mark A. Warman*
Mark A. Warman, OBA No. 12920
FRANDEN | FARRIS | QUILLIN
GOODNIGHT + ROBERTS
Two West Second Street, Suite 900
Tulsa, Oklahoma 74103-4514
(918) 583-7129 – telephone
(918) 584-3814 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was submitted to the following attorney(s) of record on the __27__ day of __April__, 2021 via *facsimile and/or email*:

Ryan Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave.
Oklahoma City, OK 73104

*/s/ Mark A. Warman*
Mark A. Warman
