# VALLE TRUCKING

Oklahoma City, OK

Jarmit
405-410-4019
Fredy
405- 501-8005

5524

date 8-29-19  TRUCK # 150  LEASE EDD trucks

driver name myra Solis

customer name Silver Star

☑ 10 WHEELER ☐ TRI AXLE ☐ QUAD AXLE ☐ END DUMP ☐ BELLY DUMP

job # 1805 1  CITY /STATE Stillwater  OK

PICKED UP FROM: Iraden Heights CITY/STATE Stillwater OK

deliver to Smt Cottonwood  city / state Stillwater OK

START TIME: 6am  END TIME: 5:30  TOTAL HOURS 11.5 hr

# OF LOADS HT HT HIH  11 5hrsx # 103 # 752

RATE____ TERMS____

material type Dirt

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL WARNINGS

CUSTOMER SIGNATURE

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

EXHIBIT 9

# VALLE TRUCKING.



Oklahoma City, OK

№ _ 5525

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 8-29-19 TRUCK # 21 _____ LEASE *Castro Trucking*

driver name *Alonso Castro*

customer name _____

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # *18051* _____ CITY / STATE *Still Water*

PICKED UP FROM: *Murphy* _____ CITY / STATE *Still Water*

deliver to *W McElroy* _____ city / state *Still Water*

START TIME: *6* _____ END TIME: *6* _____ TOTAL HOURS *12*

# OF LOADS *13* _____ *12 x #08 - #8110*

RATE _____ TERMS _____

material
type *dirt*

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE *CB*

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

Jarmit
405-410-4019
Fredy
405- 501-8005

N⁰ _ 5527

date 8-29-19 TRUCK # 90151 LEASE PAC Trucking

driver name Jose Luis Castro G.

customer name Duit Const. -N- Valle

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051 CITY /STATE Stillwater Ok

PICKED UP FROM: Murphy St CITY/STATE Stillwater OK

deliver to W-McElroy Rd city / state Stillwater Ok

START TIME: 6:00 AM END TIME: 6:00 PM TOTAL HOURS 12 - HR

# OF LOADS 13 12x$ __ $816

RATE ____ TERMS ____

material type Dirt

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL WARNINGS

CUSTOMER SIGNATURE CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 8 hrs

# VALLE TRUCKING

Oklahoma City, OK

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

№ 5561

date 8-29-19  TRUCK # 02  LEASE ORD

driver name S SAlinas

customer name Silver Star

☐ 10 WHEELER  ☑ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051  CITY /STATE Still Water

PICKED UP FROM: _____  CITY/STATE _____

deliver to McElroy Rd city / state _____

START TIME: 7:00  END TIME: 5:30  TOTAL HOURS: 10:30   11:30
                                                    10-30

# OF LOADS  ║║║ ║║║ ║║║ │

RATE _____ TERMS _____   11.50\$/s \$75. \$302.80

material
type Dirt

**VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY**
**FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL**
**WARNINGS**

CUSTOMER
SIGNATURE  CB

**THANK YOU FOR YOUR BUSINESS!**

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

Nº 5563

**Jarmit**
**405-410-4019**
**Fredy**
**405- 501-8005**

date 8-29-19   TRUCK # 07   LEASE ORD

driver name Daniel

customer name Silverstart

☐ 10 WHEELER ☑ TRI AXLE ☐ QUAD AXLE ☐ END DUMP ☐ BELLY DUMP

job # 1805   CITY /STATE Stillwater

PICKED UP FROM: Job site   CITY/STATE Stillwater

deliver to   city / state Stillwater

START TIME: 6:00   END TIME: 5:30   TOTAL HOURS 11.5

# OF LOADS ~~IIII HHHI IIIII~~   15 loads

RATE _____ TERMS _____   11.5hrsx# 75# 862.50

material
type _____

VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

№ 5008

date 9-3-19    TRUCK # 128    LEASE Valle

driver name Ruben S.

customer name Silver Star

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051    CITY /STATE

PICKED UP FROM: murphy st    CITY/STATE

deliver to    city / state

START TIME: 8:00   END TIME: 5:00    TOTAL HOURS 9

# OF LOADS 12    9hrs x #48 - #612

RATE    TERMS

material
type Dirt

**VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS**

CUSTOMER
SIGNATURE CB

**THANK YOU FOR YOUR BUSINESS!**

minimum charge of 8 hrs

# VALLE TRUCKING

Oklahoma City, OK

№ 5528

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 9-3-19 TRUCK # 90151 LEASE PAC Trucking

driver name Jose Luis Castro G.

customer name Silver Star -N- Valle

☑ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051 CITY /STATE Stillwater OK

PICKED UP FROM: Murphy St CITY/STATE Stillwater Ok.

deliver to W- McElroy Rd city / state Stillwater Ok.

START TIME: 800 AM END TIME: 5.30 PM TOTAL HOURS 9 1/2 HR

# OF LOADS 11 Loads

RATE _____ TERMS 9.5hrs x #u8 #u40

material
type Dirt

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

№ 5528

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 9-3-19  TRUCK # 90151  LEASE PAC TRUCKING

driver name Jose Luis Castro G.

customer name Silver Star -N- VALLE

☑ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051  CITY /STATE Stillwater OK

PICKED UP FROM: MURPHY St  CITY/STATE Stillwater OK.

deliver to  W- MCELROY RD City / state Stillwater OK.

START TIME: 800 AM END TIME: 5.30 PM  TOTAL HOURS 9 1/2 HR

# OF LOADS 11 LOADS

RATE _____ TERMS  9.5hrs x #48 #U40

material
type Dirt

₩₩
₩₩
₽

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 8 hrs

# VALLE TRUCKING



Oklahoma City, OK

Nº 5536

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 9-3-19   TRUCK # 21   LEASE Ortho Truck 146

driver name Alonso Castro

customer name Silver Star

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051   CITY /STATE Still Water

PICKED UP FROM Landry Aud Aut By CITY/STATE Still Water

deliver to McElroy   city / state Still Water

START TIME: 8   END TIME: 5:30   TOTAL HOURS 9.5

# OF LOADS 11

RATE_____ TERMS_____   9.9 hrs x $48 # 1440

material
type Dirt

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE   CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING



Oklahoma City, OK

№ 5536

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 9-3-19   TRUCK # 21   LEASE CASTRO TRUCK146

driver name ALONSO CASTRO

customer name SILVER STAR

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051   CITY /STATE STILL WATER

PICKED UP FROM: LANDRY AND AUTBY CITY/STATE STILL WATER

deliver to MCELROY   city / state STILL WATER

START TIME: 8   END TIME: 5:30   TOTAL HOURS 9.5

# OF LOADS 11

RATE ___ TERMS ___   9.5hrs x $48$ 0440

material
type DIRT

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

Jarmit
405-410-4019
Fredy
405- 501-8005

№ 5009

date 9-4-19    TRUCK # 128    LEASE valle

driver name Ruben S.

customer name Silver star

[ ] 10 WHEELER  [ ] TRI AXLE  [ ] QUAD AXLE  [ ] END DUMP  [ ] BELLY DUMP

job # 18051 _____ CITY /STATE _____

PICKED UP FROM: murply st    CITY/STATE _____

deliver to   McElroy st    city / state _____

START TIME: 6:00   END TIME: 5:00    TOTAL HOURS 11

# OF LOADS 16

RATE _____ TERMS _____ 11hrs x #108 = # 748

material
type  Dirt

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE   CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

№ 5562

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date **9-4-19**  TRUCK # **02**  LEASE **ORD**

driver name **S SALINAS**  **#02**

customer name **Silver Star**

☐ 10 WHEELER  ☑ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job #_____  CITY /STATE _____

PICKED UP FROM:_____  CITY/STATE **Stillwater**

deliver to **MACEl Rox Rd** city / state **Still wat**

DriVing TimE **600 / 700 /**

START TIME **6:00**  END TIME: **5:30**  TOTAL HOURS **10:30**

# OF LOADS **HHH HHH HH**  **7-530**

RATE_____ TERMS_____  **10.5hrs x #75 = #787.50**

material
type **Dirt**

VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE **CB**

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

Jarmit
405-410-4019
Fredy
405- 501-8005

№ 5574

date 9-4-19   TRUCK # 90151   LEASE PAC Trucking

driver name Jose Luis Castro G.

customer name Silver STAR -N- VALLE

[X] 10 WHEELER   [ ] TRI AXLE   [ ] QUAD AXLE   [ ] END DUMP   [ ] BELLY DUMP

job # 18051   CITY /STATE Stillwater DK.

PICKED UP FROM: MURPHY St   CITY/STATE Stillwater OK.

deliver to W MCELROY RD city / state Still water OK.

START TIME: 6:00 AM END TIME: 5:30 PM   TOTAL HOURS 11 1/2 = HR

# OF LOADS   14 Loads

RATE ____ TERMS   11.5hrsX #178 #782

material
type   Dirt

**VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL WARNINGS**

CUSTOMER
SIGNATURE   CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK



Nº 5613

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 9-4-19   TRUCK # 21   LEASE _CASTRO TRUCKING_

driver name _ALONSO CASTRO_

customer name _SILVER STAR_

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # _18051_   CITY /STATE _STILL WATER_

PICKED UP FROM: _LANDRY_   CITY/STATE _STILL WATER_

deliver to _MCELROY_   city / state _STILL WATER_

START TIME: _6_   END TIME: _5:30_   TOTAL HOURS _11.5_

# OF LOADS _14_   11.5hrsx#108 # 782

RATE _____ TERMS _____

material
type _DIRT_

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE _CB_

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

№ 5613



Jarmit
405-410-4019
Fredy
405- 501-8005

date 9-4-19   TRUCK # 21   LEASE CASTRO TRUCKING

driver name ALONSO CASTRO

customer name SILVER STAR

☐ 10 WHEELER   ☐ TRI AXLE   ☐ QUAD AXLE   ☐ END DUMP   ☐ BELLY DUMP

job # 18051   CITY /STATE STILL WATER

PICKED UP FROM: LANDRY   CITY/STATE STILL WATER

deliver to McELROY   city / state STILL WATER

START TIME: 6   END TIME: 5:30   TOTAL HOURS 11.5

# OF LOADS 14   11.5hrsx#108# 782

RATE _____ TERMS _____

material
type DIRT

**VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL WARNINGS**

CUSTOMER
SIGNATURE CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

Nº 5576

**Jarmit**
**405-410-4019**
**Fredy**
**405- 501-8005**

date _9-5-19_   TRUCK # _150_   LEASE _EDD_

driver name _Myra_

customer name _Silver Star Const_

☐ 10 WHEELER   ☐ TRI AXLE   ☐ QUAD AXLE   ☐ END DUMP   ☐ BELLY DUMP

job # _18051_   CITY /STATE _Stillwater OK_

PICKED UP FROM: _Trading Heights_   CITY/STATE _Stillwater OK_

deliver to _South cottonwood_   city / state _Stillwater OK_

START TIME: _6am_   END TIME: _530_   TOTAL HOURS _11.5_

# OF LOADS _卌 卌 Ⅱ_   _11.5hrs x $ 68 = $ 782_

RATE _____ TERMS ____

material type _Dirt_

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE

**THANK YOU FOR YOUR BUSINESS!**

minimum charge of 8 hrs

# VALLE TRUCKING

Oklahoma City, OK

№ 5577

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 9-5-19   TRUCK # 90151   LEASE Pac Trucking

driver name Jose Luis Castro G.

customer name Silver STAR - N- VALLE

☑ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051   CITY /STATE Stillwater OK

PICKED UP FROM: MURPHY St.   CITY/STATE Stillwater OK.

deliver to W MCSI Roy Rd city / state Stillwater OK

START TIME: 6:00 AM   END TIME: 5:30 PM   TOTAL HOURS 11½ HR

# OF LOADS   12 Loads

RATE ___ TERMS   11.5hrs x #18# R2

material type Dirt

**VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL WARNINGS**

CUSTOMER SIGNATURE CB

**THANK YOU FOR YOUR BUSINESS!**

minimum charge of 3 hrs

# VALLE TRUCKING

Oklahoma City, OK

Nº 5578

Jarmit
405-410-4019
Fredy
405- 501-8005

date 9-5-19     TRUCK # 128     LEASE

driver name Ruben S.

customer name Silver Star

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051     CITY /STATE

PICKED UP FROM: murphy st     CITY/STATE

deliver to  mcElroy st     city / state

START TIME: 6:00   END TIME: 3:00     TOTAL HOURS  9

# OF LOADS 10     9hrs x #u8 = #612

RATE ____ TERMS

material
type ___ Dirt

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING



Oklahoma City, OK

№  5617

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

date 9-5-19   TRUCK # 21        LEASE CASTRO TRUCKING

driver name  ALONSO CASTRO

customer name  SILVER STAR

☐ 10 WHEELER  ☐ TRI AXLE  ☐ QUAD AXLE  ☐ END DUMP  ☐ BELLY DUMP

job # 18051        CITY /STATE STILL WATER

PICKED UP FROM LANDRY   CITY/STATE STILL WATER

deliver to  MCELROY   city / state STILL WATER

START TIME: 6    END TIME: 530    TOTAL HOURS 11.5

# OF LOADS  11

RATE _____ TERMS _____  11.5 hrs x # 48 # 782

material
type  DIRT

**VALLE TRUCKING** DOES NOT ASSUME ANY RESPONSIBILITY
FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL
WARNINGS

CUSTOMER
SIGNATURE  CB

THANK YOU FOR YOUR BUSINESS!

minimum charge of 3 hrs

# VALLE TRUCKING



Oklahoma City, OK

**Jarmit**
405-410-4019
**Fredy**
405- 501-8005

№ 5617

date _9-5-19_ TRUCK # _21_ LEASE _CASTRO TRUCKING_

driver name _ALONSO CASTRO_

customer name _SILVER STAR_

☐ 10 WHEELER ☐ TRI AXLE ☐ QUAD AXLE ☐ END DUMP ☐ BELLY DUMP

job # _18051_ CITY /STATE _STILL WATER_

PICKED UP FROM: _LANDRY_ CITY/STATE _STILL WATER_

deliver to _MCELROY_ city / state _STILL WATER_

START TIME: _6_ END TIME: _530_ TOTAL HOURS _11.5_

# OF LOADS _11_

RATE _____ TERMS _____ _11.5 hrs√# U8-# 752_

material type _DIRT_

**VALLE TRUCKING DOES NOT ASSUME ANY RESPONSIBILITY FOR DAMAGE DUE TO UNDETECTABLE HAZARDS OR NOT VISUAL WARNINGS**

CUSTOMER SIGNATURE _____

**THANK YOU FOR YOUR BUSINESS!**

minimum charge of 3 hrs