P-131151

**RECEIVED**
TRANSPORTATION DIVISION

JUL 2 0 2007

OKLAHOMA CORPORATION
COMMISSION

**APPROVED**
TRANSPORATION DIVISION

JUL 2 0 2007

OKLAHOMA CORPORATION
COMMISSION

$1,000,000

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the United Financial Casualty Company (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR of 813 NW 139TH, OKLAHOMA CITY, OK 73013 a policy or policies of insurance effective from 07/19/2007 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancelation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 20th day of July, 2007
Insurance Company File No. CA 05840134
                    (Policy Number)

MC1633a(08/99)

(Authorized Company Representative)

IRB35398

EXHIBIT 10

1678421
DOT

131151

# RECEIVED
## TRANSPORTATION DIVISION

SEP 2 0 2007

OKLAHOMA CORPORATION
COMMISSION

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

$1,000,000

Check Type Cancelled
BI and PD  [X]
Cargo  [ ]

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX
52000, OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR of 813 NW 139TH, OKLAHOMA CITY, OK 73013 by United Financial Casualty Company of PO BOX 94739,
CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is
(are) hereby cancelled effective as of the 25th day of October, 2007, 12:01 A.M., standard time at the address of the insured as
stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the
Commission.

Insurance Company File No.   CA 05840134
(Policy Number)

(Signature of Insurer)

MC2445a(08/99)

IRB3547A

OKLAHOMA CORPORATION COMMISSION

APPROVED
TRANSPORTATION DIVISION
OCT 0 4 2007

RECEIVED
TRANSPORTATION DIVISION
OCT 22 2008
OKLAHOMA CORPORATION COMMISSION

APPROVED
TRANSPORTATION DIVISION
OCT 22 2008
OKLAHOMA CORPORATION COMMISSION

**Form E**
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

$1,000,000

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the United Financial Casualty Company (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013  a policy or policies of insurance effective from 03/17/2008 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached.  Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 22nd day of October, 2008
Insurance Company File No. CA 06303962
(Policy Number)

(Authorized Company Representative)

MC1633a(08/99)

IRB3539B

16778421
DOT

131151

RECEIVED
TRANSPORTATION DIVISION

MAY 07 2009

OKLAHOMA CORPORATION COMMISSION

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

$1,000,000

Check Type Cancelled

BI and PD    [X]

Cargo    [ ]

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013  by United Financial Casualty Company of PO BOX 94739, CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby cancelled effective as of the 11th day of June, 2009, 12:01 A.M., standard time at the address of the insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

APPROVED
TRANSPORTATION DIVISION
MAY 07 2009
OKLAHOMA CORPORATION COMMISSION

Insurance Company File No.    CA 06303962
                (Policy Number)

MC2445a(08/99)

(Signature of Insurer)

IRB3547A

16784 21 DOT

131151

**RECEIVED**
TRANSPORTATION DIVISION

**MAY 1 1 2009**

OKLAHOMA CORPORATION COMMISSION

**Form E**                                                    $1,000,000
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the United Financial Casualty Company (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013 a policy or policies of insurance effective from 06/11/2009 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 9th day of May, 2009
Insurance Company File No. CA 06303962
        (Policy Number)

                                                    *(Authorized Company Representative)*

MC1633a(08/99)                                                                IRB3539B

Dot # 1678421

P-131151

**RECEIVED**
TRANSPORTATION DIVISION

JUL 08 2010

OKLAHOMA CORPORATION COMMISSION

**APPROVED**
TRANSPORTATION DIVISION

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

JUL – 9 2010

OKLAHOMA CORPORATION COMMISSION

Check Type Cancelled

BI and PD    [X]

Cargo    [ ]

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDDY VALLE of 813 N W 139 TH ST, ENDMOND, OK 73013  by United Financial Casualty Company of PO BOX 94739, CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby cancelled effective as of the 12th day of August, 2010, 12:01 A.M., standard time at the address of the insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No.    CA 06303962
                                    (Policy Number)

(Signature of Insurer)

MC2445a(08/99)                                                                IRB3547A

WN035492

P-131151

AMENDMENT

/ 31151

### Form E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

Filed with _____ OKLAHOMA Corporation Commission _____ (hereinafter called Commission)

(Name of Commission)

This is to certify, that the _____ NORTHLAND INSURANCE COMPANY _____

(Name of Company)

(hereinafter called Company) of _____ 385 Washington Street, Saint Paul, MN 55102 _____

(Home Office Address of Company)

has issued to _____ FREDY N VALLE SR _____

(Name of Motor Carrier)

of _____ 813 NW 139th ST   Edmond  OK  73013 _____

(Address of Motor Carrier)

**APPROVED**
TRANSPORTATION DIVISION
AUG 1 7 2010
OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from _____ 07/08/2010 _____ 12:01 a.m. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at _____ 385 Washington Street, Saint Paul, MN 55102 _____ this ___ 21st ___ day of _____ July, 2010 _____

(Address)

Insurance Company File No. _____ WN035492 _____

(Policy Number)

_____
Authorized Company Representative

WN035492
Issued: 9/10/2010

P-131151

Form K
UNIFORM NOTICE OF CANCELLATION OF
MOTOR CARRIER INSURANCE POLICIES
(Executed in Triplicate)

*131151*
*DOT- 1678421*

Check Type Canceled:

BI and PD ☑

Cargo ☐

Filed with        OKLAHOMA Corporation Commission        (hereinafter called Commission)
                        (Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR
(Name of Motor Carrier)

813 NW 139th Street    Edmond  OK  73013
(Address of Motor Carrier)

By        NORTHLAND INSURANCE COMPANY
                        (Name of Company)

of        385 Washington Street, Saint Paul, MN 55102
                        (Address)

**RECEIVED**
TRANSPORTATION DIVISION
SEP 1 3 2010
OKLAHOMA CORPORATION COMMISSION

**APPROVED**
TRANSPORTATION DIVISION
SEP 1 4 2010
OKLAHOMA CORPORATION COMMISSION

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the    15th    day of        October,  2010        12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No.        WN035492                        _____
                                    (Policy Number)                                    (Signature of Insurer)

WN035492                           P-131151                              REINSTATE

                                                                        DOT- 1678421

                              Form E
              UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
                    DAMAGE LIABILITY CERTIFICATE OF INSURANCE
                            *(Executed in Triplicate)*

                                                                        RECEIVED
                                                                        TRANSPORTATION DIVISION
Filed with         OKLAHOMA Corporation Commission         (hereinafter called Commission)

                        (Name of Commission)                            SEP 1 4 2010

This is to certify, that the    NORTHLAND INSURANCE COMPANY              OKLAHOMA CORPORATION COMMISSION

                              (Name of Company)
(hereinafter called Company) of   385 Washington Street, Saint Paul, MN 55102     APPROVED

                         (Home Office Address of Company)               TRANSPORTATION DIVISION

has issued to                   FREDY N VALLE SR

                              (Name of Motor Carrier)                   SEP 1 5 2010

of                 813 NW 139th Street    Edmond OK 73013

                              (Address of Motor Carrier)                OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from     10/15/2010     12:01 a.m. standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage
Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations
imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in
accordance therewith.

     Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

     This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may
be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run
from the date notice is actually received in the office of the Commission.

Countersigned at       385 Washington Street, Saint Paul, MN 55102       this    13th    day of        September, 2010

                              (Address)

Insurance Company File No.       WN035492

                        (Policy Number)                                  Authorized Company Representative

WN035492                                    P-131151                                          *131151*

Issued: 10/1/2010                                                                            DOT- 1678421

Form K

**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

(Executed in Triplicate)

Check Type Canceled:

**RECEIVED**                                                    BI & PD  ☑
TRANSPORTATION DIVISION                                         Cargo    ☐

Filed with        **OKLAHOMA Corporation Commission**          (hereinafter called Commission)
                  (Name of Commission)                         OCT 04 2010

                                                               **OKLAHOMA CORPORATION COMMISSION**

This is to advise that under the terms of a policy or policies issued to:

                          **FREDY N VALLE SR**
                          (Name of Motor Carrier)

                  **813 NW 139th Street   Edmond  OK 73013**
                          (Address of Motor Carrier)                    **APPROVED**

By                        **NORTHLAND INSURANCE COMPANY**              TRANSPORTATION DIVISION
                          (Name of Company)
                                                                        OCT 05 2010
of                **385 Washington Street, Saint Paul, MN 55102**
                          (Address)                                     **OKLAHOMA CORPORATION COMMISSION**

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the    **5th**    day of    **November, 2010**    12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No.    **WN035492**
                              (Policy Number)                          _____
                                                                       (Signature of Insurer)

WN052438  P-131151

**Form E**

**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

*(Executed in Triplicate)*

*131 151*
*POT- 167842-1*

**RECEIVED**
TRANSPORTATION DIVISION

**NOV 3 0 2010**

OKLAHOMA CORPORATION COMMISSION

Filed with            OKLAHOMA Corporation Commission                              (hereinafter called Commission)
_____
                          (Name of Commission)

This is to certify, that the                   **NORTHLAND INSURANCE COMPANY**
_____
                                               (Name of Company)

(hereinafter called Company) of          585 Washington Street, Saint Paul, MN 55102
_____
                                        (Home Office Address of Company)

has issued to                                  **FREDY N VALLE SR**
_____
                                            (Name of Motor Carrier)

of                              813 NW 139th Street     Edmond  OK  73013
_____
                                          (Address of Motor Carrier)

**APPROVED**
TRANSPORTATION DIVISION
**JAN 14 2011**
OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from          **11/24/2010**          12:01 a.m. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at            385 Washington Street, Saint Paul, MN 55102            this   **29th**   day of          **November, 2010**
_____
                          (Address)

Insurance Company File No.          **WN052438**                              _____
                                        (Policy Number)                                                      Authorized Company Representative

01-13-'11 13:51  FROM-Carl Leonard & Son     918-749-4728          T-472  P002/002 F-468



# TDF 18

### AFFIDAVIT OF NO OPERATIONS
OAC 165:30-3-11; 165:30-15-6

State of __OKLAHOMA__ )

County of __OKLAHOMA__ )

**APPROVED**
TRANSPORTATION DIVISION

JAN 1 4 2011

OKLAHOMA CORPORATION COMMISSION

OCC License or PIN No. __131151__

USDOT No. __1678421__

NAME __FREDY. N. VALLE SR.__

DBA _____

I am the __OWNER / OPERATOR__ of the above referenced motor carrier, and hereby state that
(Title)
the motor carrier performed no motor carrier operations under the above referenced intrastate
license, IRC, certificate, permit or registration in and/or through the State of Oklahoma from the
__5TH__ day of __NOVEMBER__ 20 __10__ through the
__24TH__ day of __NOVEMBER__, 20 __10__ .

_____
Signature

Subscribed and sworn to before me this __30TH__ day of __DECEMBER__, 20 __10__ .

_____
Notary Public

My Commission expires __09/15/2013__
__#00904615__

Rev. 4/02

WN052438                                P-131151                                    131151

1678421

Form E

**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

*(Executed in Triplicate)*

**RECEIVED**
TRANSPORTATION DIVISION

**JAN 24 2011**

Filed with _____ **OKLAHOMA Corporation Commission** _____ (hereinafter called Commission) OKLAHOMA CORPORATION COMMISSION
                        (Name of Commission)

This is to certify, that the _____ **NORTHLAND INSURANCE COMPANY** _____
                                                (Name of Company)

(hereinafter called Company) of _____ **385 Washington Street, Saint Paul, MN 55102** _____  **APPROVED**
                                              (Home Office Address of Company)                    TRANSPORTATION DIVISION

has issued to _____ **FREDY N VALLE SR** _____
                            (Name of Motor Carrier)                                              **JAN 26 2011**

of _____ **813 NW 139th Street   Edmond  OK  73013** _____
                                (Address of Motor Carrier)                                       OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from _____ **01/20/2011** _____ 12:01 a.m. standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage
Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations
imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in
accordance therewith.

   Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

   This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may
be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run
from the date notice is actually received in the office of the Commission.

Countersigned at _____ **385 Washington Street, Saint Paul, MN 55102** _____ this ___ **20th** ___ day of _____ **January, 2011** _____
                                    (Address)

Insurance Company File No. _____ **WN052438** _____                         _____
                                        (Policy Number)                                     Authorized Company Representative

WN052438
Issued: 4/11/2011

P-131151

1 31151
DOT-167842

**Form K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**

(Executed in Triplicate)

Check Type Canceled:

BI and PD ☑

Cargo ☐

Filed with _____ **OKLAHOMA Corporation Commission** _____ (hereinafter called Commission)

(Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

**FREDY N VALLE SR**

(Name of Motor Carrier)

**813 NW 139th Street    Edmond  OK  73013**

(Address of Motor Carrier)

By _____ **NORTHLAND INSURANCE COMPANY** _____

(Name of Company)

of _____ **385 Washington Street, Saint Paul, MN 55102** _____

(Address)

**RECEIVED**
TRANSPORTATION DIVISION

APR 1 2 2011
OKLAHOMA CORPORATION COMMISSION

**APPROVED**
TRANSPORTATION DIVISION
APR 1 2 2011
OKLAHOMA CORPORATION COMMISSION

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the _____ **16th** _____ day of _____ **May,  2011** _____  12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____ **WN052438** _____

(Policy Number)

_____

(Signature of Insurer)

WN0524:May. 17. 2011 11:11AM     Northland Ins Co 6513104123                    No. 1465ISTAP.**131/51**

DOT-1678421

**RECEIVED**
TRANSPORTATION DIVISION

Form E

**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

*(Executed in Triplicate)*

**MAY 17 2011**

OKLAHOMA CORPORATION COMMISSION

Filed with _____**OKLAHOMA Corporation Commission**_____ (hereinafter called Commission)
(Name of Commission)

This is to certify, that the                       **NORTHLAND INSURANCE COMPANY**
                                                                              (Name of Company)

(hereinafter called Company) of _____**385 Washington Street, Saint Paul, MN 55102**_____
                                                                              (Home Office Address of Company)

has issued to                                     **FREDY N VALLE SR**
                                                                              (Name of Motor Carrier)

of                                          **813 NW 139th Street     Edmond  OK 73013**
                                                                              (Address of Motor Carrier)

**APPROVED**
TRANSPORTATION DIVISION
MAY 18 2011
OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from _____**05/18/2011**_____ 12:01 a.m. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at _____**385 Washington Street, Saint Paul, MN 55102**_____ this **17th** day of _____**May, 2011**_____
                                                                              (Address)

Insurance Company File No. _____**WN052438**_____
                                                                              (Policy Number)

_____
Authorized Company Representative

WN052438                              P-131151                              REINSTATE  131151

                                                                           DOT-1678421
                                        Form E
                      UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
                              DAMAGE LIABILITY CERTIFICATE OF INSURANCE
                                    (Executed in Triplicate)

Filed with            OKLAHOMA Corporation Commission          (hereinafter called Commission)
                          (Name of Commission)

This is to certify, that the                                          RECEIVED
                                          NORTHLAND INSURANCE COMPANY   TRANSPORTATION DIVISION

                                                   (Name of Company)            MAY 19 2011
(hereinafter called Company) of     385 Washington Street, Saint Paul, MN 55102
                                              (Home Office Address of Company)   APPROVED
has issued to                               FREDY N VALLE SR          OKLAHOMA CORPORATION COMMISSION
                                                                      TRANSPORTATION DIVISION
                                             (Name of Motor Carrier)            MAY 19 2011
of                                    813 NW 139th Street   Edmond  OK 73013
                                             (Address of Motor Carrier)   OKLAHOMA CORPORATION COMMISSION

a policy or policies of insurance effective from        05/16/2011        12:01 a.m. standard time at the address of the insured stated in said
policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage
Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations
imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in
accordance therewith.

        Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

        This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may
be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run
from the date notice is actually received in the office of the Commission.

Countersigned at          385 Washington Street, Saint Paul, MN 55102          this    17th    day of          May, 2011
                                       (Address)

Insurance Company File No.          WN052438
                                  (Policy Number)                                      Authorized Company Representative

WN052438
Issued: 8/12/2011

P-131151

*13115l*

~~DOT~~ 1678421

Form K

**UNIFORM NOTICE OF CANCELLATION OF
MOTOR CARRIER INSURANCE POLICIES**

(Executed in Triplicate)

Check Type Canceled:

BI and PD  ☑

Cargo  ☐

Filed with _____OKLAHOMA Corporation Commission_____ (hereinafter called Commission)

(Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR

(Name of Motor Carrier)

**RECEIVED**
TRANSPORTATION DIVISION

813 NW 139th Street    Edmond  OK  73013

(Address of Motor Carrier)

**APPROVED**
TRANSPORTATION DIVISION

**AUG 15 2011**

NORTHLAND INSURANCE COMPANY

By _____

**AUG 16 2011**

OKLAHOMA CORPORATION COMMISSION

(Name of Company)

OKLAHOMA CORPORATION COMMISSION

385 Washington Street, Saint Paul, MN 55102

of _____

(Address)

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the ____16th____ day of ____September, 2011____ 12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. ____WN052438____

(Policy Number)

_____

(Signature of Insurer)

NOV. 7. 2012  7:13AM    SHELTER INSURANCE                    NO. 8517  P. 1

RECEIVED
TRANSPORTATION DIVISION
NOV 07 2012
OKLAHOMA CORPORATION COMMISSION

Form E
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE**
*(Executed in Triplicate)*

131161
$1,000,000SL
Reinst

Filed with  __Oklahoma Corporation Commission__
                          (Name of Commission)          (hereinafter called Commission)

This is to certify that the  __Shelter General Insurance Company__
                                                (Name of Company)

(hereinafter called Company) of  __Columbia, Missouri__
                                                (Home Office Address of Company)

has issued to  __Fredy N Valle Sr DBA Valle Trucking__  of  __2449 SW 90th St Oklahoma City OK 73159-6603__
                        (Name of Motor Carrier)                              (Address of Motor Carrier)

a policy or policies of insurance effective from  __November 6, 2012__  12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

    Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

    This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

APPROVED
OKLAHOMA CORPORATION COMMISSION
NOV 07 2012
TRANSPORTATION DIVISION

Countersigned at  __1817 West Broadway__          __Columbia__        __MO__        __65218-0001__
                              (Street Address)                      (City)              (State)          (Zip Code)

this  __6th__  day of  __Novemberr__  20 __12__ .

Insurance Company File No.  __1-C8101092__
                                            (Policy Number)

_Pat Andrews_
(Authorized Company Representative)

A-535-A                                                                    IRB 3535B

Post-it® Fax Note    7671   | Date 11-6-12 | # of pages ▶ 1
To OK Corp Comm            | From Pat Andrews
Co./Dept.                          | Co. Shelter Ins Co
Phone #                            | Phone 573-214-4537
Fax # 405-521-2916           | Fax # 573-446-7318

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**
(EXECUTED IN TRIPLICATE)



131151

DOT- 1678424

Check Type Canceled:
BI and PD ☒
Cargo ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

**RECEIVED**
TRANSPORTATION DIVISION

_____ Fredy N Valle Sr DBA Valle Trucking _____
(NAME OF MOTOR CARRIER)

of _____ 2449 SW 90th St Oklahoma City, OK 73159-6804 _____
(ADDRESS OF MOTOR CARRIER)

**JAN 16 2015**

OKLAHOMA CORPORATION COMMISSION

by _____ Shelter General Insurance Company _____
(NAME OF COMPANY)

of _____ 1817 West Broadway, Columbia, Missouri 65218-0001 _____
(ADDRESS)

**APPROVED**
OKLAHOMA CORPORATION COMMISSION
TRANSPORTATION DIVISION
JAN 16 2015

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled effective as of the _____ 16th _____ day of _____ February _____ , 20 _15_ 12:01 M., standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____ 1-C8101092 _____
(POLICY NUMBER)

_Pat Andrews_
(SIGNATURE OF INSURER)

A-538-A

**IRB 3547A**

DOT-167842

Form E

**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE**
*(Executed in Triplicate)*

reinst
131151

RECEIVED
TRANSPORTATION DIVISION

Filed with   Oklahoma Corporation Commission   (hereinafter called Commission)
(Name of Commission)

This is to certify that the   Shelter General Insurance Company
(Name of Company)

MAR 12 2014

OKLAHOMA CORPORATION COMMISSION

(hereinafter called Company) of   Columbia, Missouri
(Home Office Address of Company)

has issued to   Fredy N Valle Sr DBA Valle Trucking   of   2449 SW 90th St Oklahoma City OK 73159-6804
(Name of Motor Carrier)                                                (Address of Motor Carrier)

a policy or policies of insurance effective from   February 18, 2014   12:01 A.M. standard time at the address of the insured named in said policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at   1817 West Broadway          Columbia          MO          65218-0001
(Street Address)                (City)               (State)         (Zip Code)

this  21st  day of   January   20 14 .

Insurance Company File No.   1-C8101092
(Policy Number)

*Pati Andrews*
(Authorized Company Representative)

A-535-A

IRB 3539B

*# 31151*
*DOT—1678471*

Form E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

Reinstate
131151

*RECEIVED*
*TRANSPORTATION DIVISION*
*FEB 20 2015*
*OKLAHOMA CORPORATION COMMISSION*

Filed with _____ **Oklahoma Corporation Commission** _____ (hereinafter called Commission)
(Name of Commission)

This is to certify that the _____ **Shelter General Insurance Company** _____
(Name of Company)

(hereinafter called Company) of _____ **Columbia, Missouri** _____
(Home Office Address of Company)

has issued to _____ **Fredy N Valle SR** _____ of _____ **2449 SW 90th ST Oklahoma City, OK 73159-6804** _____
**DBA Valle Trucking**
(Name of Motor Carrier)          (Address of Motor Carrier)

a policy or policies of insurance effective from _____ **February 16, 2015** _____ 12:01 A.M. standard time at the address of the insured stated in the policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and the endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

*APPROVED*
*TRANSPORTATION DIVISION*
*OKLAHOMA CORPORATION COMMISSION*

Countersigned at _____ **1817 West Broadway** _____   **Columbia** _____   **MO** _____   **65218-0001** _____
(Street Address)          (City)          (State)          (Zip Code)

this __**13th**__ day of _____ **February** _____ 20 **15** .

Insurance Company File No. _____ **01-C-8101092** _____
(Policy Number)

_____ *Kayla Knap* _____
(Authorized Company Representative)

A-535-A

**IRB 3539B**

*73/15/*
*DOT-16784 2/*

Form E
# UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

Reinstatement
$1,000,000 SL

**RECEIVED**
TRANSPORTATION DIVISION

**OCT 29 2015**

**OKLAHOMA CORPORATION COMMISSION**

Filed with __Oklahoma Corporation Commission__ (hereinafter called Commission)
(Name of Commission)

This is to certify that the __Shelter General Insurance Company__
(Name of Company)

(hereinafter called Company) of __Columbia, Missouri__
(Home Office Address of Company)

has issued to __Fredy N Valle Sr DBA Valle Trucking__ of __2449 SW 90th St; Oklahoma City OK 73159-6804__
(Name of Motor Carrier)                                        (Address of Motor Carrier)

a policy or policies of insurance effective from __10/26/2015__   12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

**APPROVED**
TRANSPORTATION DIVISION
OCT 29 2015
OKLAHOMA CORPORATION COMMISSION

Countersigned at __1817 West Broadway__   __Columbia__   __MO__   __65218-0001__
(Street Address)                    (City)            (State)         (Zip Code)

this __26__ day of __October__ 20 __15__ .

Insurance Company File No. __01-C8101092__
(Policy Number)

_____
(Authorized Company Representative)

A-535-A

IRB 3539B

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**
(EXECUTED IN TRIPLICATE)

131151

DOT-1678421

Check Type Canceled:
BI and PD  ☒
Cargo  ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

_____ Fredy N Valle Sr DBA Valle Trucking _____
(NAME OF MOTOR CARRIER)

**RECEIVED**
~~TRANSPORTATION DIVISION~~

of _____ 2449 SW 90th St. Oklahoma City, OK 73159-6804 _____
(ADDRESS OF MOTOR CARRIER)

OCT 19 2015

by _____ Shelter General Insurance Company _____
(NAME OF COMPANY)

OKLAHOMA CORPORATION COMMISSION

of _____ 1817 West Broadway, Columbia, Missouri  65218-0001 _____
(ADDRESS)

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled effective as of the _____ 16th _____ day of _____ November _____ , 20 _15_ , 12:01 A.M. standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____ 01-C-8101092 _____
(POLICY NUMBER)

_Kayla Oman_
(SIGNATURE OF INSURER)

A-538-A

IRB 3547A

APPROVED
OCT 2015
OKLAHOMA CORPORATION COMMISSION
TRANSPORTATION DIVISION

FEB. 26. 2016  1:49PM    SHELTER INSURANCE                    NO. 8109   P. 1/1

DOT- 431151
1678421

Form E
## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
## DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

131151
1,000,000 S/L

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(Name of Commission)

This is to certify that the  Shelter General Insurance Company
(Name of Company)

(hereinafter called Company) of _____ Columbia, Missouri
(Home Office Address of Company)

has issued to _____ Fredy N Valle Sr
Valle Trucking _____ of _____ 2449 SW 90th St Oklahoma City, OK 73159-6804
(Name of Motor Carrier)                    (Address of Motor Carrier)

a policy or policies of insurance effective from _____ February 26, 2016 _____ 12:01 A.M, standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at _____ 1817 West Broadway _____ Columbia _____ MO _____ 65218-0001
(Street Address)                    (City)                    (State)        (Zip Code)

this  26th  day of  February  20 16 .

Insurance Company File No.  01-C-8101092
(Policy Number)

APPROVED
TRANSPORTATION DIVISION
JAN 26 2016
OKLAHOMA CORPORATION COMMISSION

## RECEIVED
TRANSPORTATION DIVISION

FEB 26 2016

OKLAHOMA CORPORATION COMMISSION

_____ Kayla Knox _____
(Authorized Company Representative)

A-535-A                                   IRB 3538B

Post-it® Fax Note  7671   Date 8-26-16   # of pages ▶ 1
To OK Corp Comm        From Kayla Knox
Co./Dept.              Co. Shelter Ins. Co
Phone #                Phone # 573-214-4432
Fax # 405-521-2916     Fax # 573-446-7318

**FORM K**
### UNIFORM NOTICE OF CANCELLATION OF
### MOTOR CARRIER INSURANCE POLICIES
(EXECUTED IN TRIPLICATE)

131151
DOT - 1678421

Check Type Canceled:
BI and PD ☒
Cargo ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

**RECEIVED**
TRANSPORTATION DIVISION

Fredy N~~_____~~ or DBA Valle Trucking
(NAME OF MOTOR CARRIER)

FEB 22 2016

of _____ 2449 SW 90th St. Oklahoma City, OK 73159-6804 _____ OKLAHOMA CORPORATION COMMISSION
(ADDRESS OF MOTOR CARRIER)

by _____ Shelter General Insurance Company _____
(NAME OF COMPANY)

**APPROVED**
FEB 22 2016
OKLAHOMA CORPORATION COMMISSION
TRANSPORTATION DIVISION

of _____ 1817 West Broadway, Columbia, Missouri 65218-0001 _____
(ADDRESS)

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled effective as of the _____ 25th _____ day of _____ March _____ , 20 _16_ , 12:01 A.M., standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____ 01-C-8101092 _____
(POLICY NUMBER)

_(signature)_
(SIGNATURE OF INSURER)

A-538-A

**IRB 3547A**

**FORM K**
**UNIFORM NOTICE OF CANCELLATION OF**
**MOTOR CARRIER INSURANCE POLICIES**
(EXECUTED IN TRIPLICATE)

131151
DOT- 1678421 ✓

Check Type Canceled:
BI and PD ☒
Cargo ☐

Filed with _____ Oklahoma Corporation Commission _____ (hereinafter called Commission)
(NAME OF COMMISSION)

This is to advise that under the terms of a policy or policies issued to:

Fredy N Valle Sr. DBA Valle Trucking
(NAME OF MOTOR CARRIER)

of _____ 2449 SW 90th St. Oklahoma City, OK 73159-6804 _____
(ADDRESS OF MOTOR CARRIER)

by _____ Shelter General Insurance Company _____
(NAME OF COMPANY)

of _____ 1817 West Broadway, Columbia, Missouri  65218-0001 _____
(ADDRESS)

RECEIVED
TRANSPORTATION DIVISION

APR 25 2016

OKLAHOMA CORPORATION COMMISSION

APPROVED

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith is (are) hereby canceled effective as of the _____ 25th _____ day of _____ May _____ , 20 __16__ , 12:01 A.M., standard time at the address of the Insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____ 01-C-8101092 _____
(POLICY NUMBER)

Kayla Knox
(SIGNATURE OF INSURER)

A-538-A

IRB 3547A

WN191166                          P-131151                                    AMENDMENT

*ORIG*

Form E
UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE
*(Executed in Triplicate)*

Filed with _____ OKLAHOMA Corporation Commission _____ (hereinafter called Commission)
                                    (Name of Commission)

**RECEIVED**

This is to certify, that the       TRANSPORTATION DIVISION      NORTHLAND INSURANCE COMPANY
                                                                          (Name of Company)

(hereinafter called Company) of    OCT 0 5 2016     One Tower Square, Hartford, CT 06183
                                                                (Home Office Address of Company)

has issued to     OKLAHOMA CORPORATION COMMISSION FREDY N VALLE SR  dba  VALLE TRUCKING
                                                          (Name of Motor Carrier)

of                         2449 SW 90TH ST     OKLAHOMA CITY  OK  73159
                                              (Address of Motor Carrier)

a policy or policies of insurance effective from _____ 08/25/2016 _____ 12:01 a.m. standard time at the address of the insured stated in said policy or policies and continuing until canceled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission, such thirty (30) days' notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at _____ One Tower Square, Hartford, CT 06183 _____ this ___ 3rd ___ day of _____ October, 2016 _____
                                          (Address)

Insurance Company File No. _____ WN191166 _____
                                    (Policy Number)                          _____
                                                                             Authorized Company Representative

*APPROVED*
*TRANSPORTATION DIVISION*
*OCT 0 5 2016*
*OKLAHOMA CORPORATION COMMISSION*

WN191166
Issued: 5/31/2017

P-131151

*1 31151*
DOT-167 842I

## Form K

### UNIFORM NOTICE OF CANCELLATION OF
### MOTOR CARRIER INSURANCE POLICIES

(Executed in Triplicate)

Check Type Canceled:

BI and PD ☑
Cargo ☐

Filed with _____ OKLAHOMA Corporation Commission _____ (hereinafter called Commission)

(Name of Commission)

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR  dba  VALLE TRUCKING

(Name of Motor Carrier)

**RECEIVED**
TRANSPORTATION DIVISION

**JUN 0 1 2017**

OKLAHOMA CORPORATION COMMISSION

2449 SW 90TH ST   OKLAHOMA CITY  OK  73159

(Address of Motor Carrier)

NORTHLAND INSURANCE COMPANY

(Name of Company)

One Tower Square, Hartford, CT 06183

(Address)

*APPROVED*
*TRANSPORTATION DIVISION*
*JUN 0 1 2017*
*OKLAHOMA CORPORATION COMMISSION*

By _____

of _____

said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby canceled

effective as of the ___5th___ day of ___July, 2017___ 12:01 A.M., standard time at the address of the insured as stated in said policy

or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

Insurance Company File No. _____WN191166_____

(Policy Number)

_____
(Signature of Insurer)

Progressive RDT 3      4/24/2018 3:41:57 PM   PAGE   1/001    Fax Server

13 1151

DOT-1678 421

**RECEIVED**
TRANSPORTATION DIVISION

**APR 24 2018**

OKLAHOMA CORPORATION COMMISSION

**Form E**                                    Liability Limit: $1,000,000
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

*APPROVED*
*OKLAHOMA CORPORATION COMMISSION*
*TRANSPORTATION DIVISION*
*APR 24 2018*

   Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

   This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 09/07/2017 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

   Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

   This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached.  Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 24th day of April, 2018
Insurance Company File No. CA 04019061
          (Policy Number)

                                            (Authorized Company Representative)

MC1633a(08/99)                                                    IRB3539B

11/28/18  10:29:30  8007764737    →    800-776-4737    Page 001

P 31/51

DOT-167843

**RECEIVED**
TRANSPORTATION DIVISION

NOV 20 2018

OKLAHOMA CORPORATION COMMISSION

**Form E**
Liability Limit: $750,000
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 11/15/2018 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability Insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 20th day of November, 2018
Insurance Company File No. CA 04019061
(Policy Number)

(Authorized Company Representative)

MC1633a(08/99)                                                                          IRB3539B

12/07/18  09:33:14  8007764737        →        800-776-4737        Page 001

RECEIVED
TRANSPORTATION DIVISION

DEC 07 2018

DOT- 167842

**FORM K**  OKLAHOMA CORPORATION COMMISSION
**UNIFORM NOTICE OF CANCELLATION OF**                                    $750,000
**MOTOR CARRIER INSURANCE POLICIES**

Check Type Cancelled
BI and PD        [X]
Cargo            [ ]

Filed with OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to advise that under the terms of a policy or policies issued to:

FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 by Progressive Northern Insurance Co of PO BOX 94739, CLEVELAND, OH 44101

Said policy or policies, including any and all endorsements forming a part thereof or certificates issued in connection therewith, is (are) hereby cancelled effective as of the 11th day of January, 2019, 12:01 A.M., standard time at the address of the insured as stated in said policy or policies provided such date is not less than thirty (30) days after the actual receipt of this notice by the Commission.

APPROVED
TRANSPORTATION DIVISION
DEC 07 2018
OKLAHOMA CORPORATION COMMISSION

Insurance Company File No.    CA 04019061
                    (Policy Number)

(Signature of Insured)

MC2445a(08/99)                                              IRB3547A

12/08/18  09:44:40  8007764737          ->          800-776-4737          Page 001

1 31151

1 678421 —DOT

**RECEIVED**
TRANSPORTATION DIVISION

**DEC 10 2018**

OKLAHOMA CORPORATION COMMISSION

**Form E**                                      Liability Limit: $750,000
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLEY TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 01/11/2019 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached.  Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 8th day of December, 2018
Insurance Company File No.  CA 04019061
                    (Policy Number)

MC1633a(08/99)                                      (Authorized Company Representative)

                                                              IRB3539B

*APPROVED*
*TRANSPORTATION DIVISION*
*DEC 10 2018*
*OKLAHOMA CORPORATION COMMISSION*

12/18/18   11:30:04   8007764737   →   800-776-4737   Page 001

1 31151

DOT- 167842

RECEIVED
TRANSPORTATION DIVISION

DEC 18 2018

OKLAHOMA CORPORATION COMMISSION

**Form E**
Liability Limit: $750,000
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY**
**DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLE TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy or policies of insurance effective from 12/18/2018 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached.  Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143
this 18th day of December, 2018
Insurance Company File No. CA 04019061
                    (Policy Number)

MC1633a(08/99)

(Authorized Company Representative)

IRB3539B

APPROVED
TRANSPORTATION DIVISION
DEC 18 2018
CORPORATION COMMISSION

12/05/19   12:13:44   888-776-4737        ->        888-776-4737        Page 882

RECEIVED
TRANSPORTATION DIVISION

DEC 0 5 2019

OKLAHOMA CORPORATION
COMMISSION

**Form E**
Liability Limit $1,000,000
**UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY
DAMAGE LIABILITY CERTIFICATE OF INSURANCE**

APPROVED
TRANSPORTATION DIVISION
DEC 0 5 2019
OKLAHOMA CORPORATION
COMMISSION

Filed with the OKLAHOMA CORPORATION COMMISSION - TRANSPORTATION DIVISION (hereinafter called Commission) of PO BOX 52000, OKLAHOMA CITY, OK 73152

This is to certify, that the Progressive Northern Insurance Co (hereinafter called Company) of PO BOX 94739, CLEVELAND, OH 44101 has issued to FREDY N VALLE SR, VALLE TRUCKING of 2449 SW 90TH STREET, OKLAHOMA CITY, OK 73159-0000 a policy policies of insurance effective from 07/12/2019 12:01 A.M. standard time at the address of the insured stated in said policy or policies and continuing until cancelled as provided herein, which, by attachment of the Uniform Motor Carrier Bodily Injury and Property Damage Liability Insurance Endorsement, has or have been amended to provide automobile bodily injury and property damage liability insurance covering the obligations imposed upon such motor carrier by the provisions of the motor carrier law of the State in which the Commission has jurisdiction or regulations promulgated in accordance therewith.

Whenever requested, the Company agrees to furnish the Commission a duplicate original of said policy or policies and all endorsements thereon.

This certificate and the endorsement described herein may not be cancelled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days notice in writing to the State Commission, such thirty (30) days notice to commence to run from the date notice is actually received in the office of the Commission.

Countersigned at 6300 WILSON MILLS, MAYFIELD VILLAGE, OH 44143

this 2nd day of August, 2019

Insurance Company File No. CA 04019061
                (Policy Number)

(Authorized Company Representative)

MC1633a(08/99)                                                          IRB3539B

Received Time Dec. 5. 2019 11:14AM No. 1633