IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREAT LAKES INSURANCES SE ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 2. FREDY VALLE d/b/a VALLE ) <br>    TRUCKING, ) <br> 3. SILVER STAR CONSTRUCTION ) <br>    COMPANY, INC., ) <br> 4. TYLON MACKEY, ) <br> 5. ISRAEL JUAREZ, ) <br> 6. ORD TRUCKING, INC., and ) <br> 7. ZURICH AMERICAM INS. CO., ) <br> ) <br> Defendants. ) <br> ---------------------------------------------- ) <br> 8. ZURICH AMERICAN INS. CO. ) <br> ) <br>    Third-Party Plaintiff ) <br> ) <br> 9. BERKSHIRE HATHAWAY ) <br>    HOMESTATE INS. CO., and ) <br> 10. PROGRESSIVE NORTHERN ) <br>     INS. CO. ) <br> ) <br>    Third-Party Defendants. ) | Case No: 5:22-cv-00702-JD |

**THIRD-PARTY DEFENDANT PROGRESSIVE NORTHERN INS. CO'S
RESPONSE TO THIRD-PARTY PLAINTIFF ZURICH AMERICAN INS. CO.'S
FIRST WRITTEN DISCOVERY REQUESTS**

**COMES NOW** Third-Party Defendant Progressive Northern Insurance Company ("Progressive") by and through his attorneys of record of the law firm of Starr, Begin & King, PLLC, Tulsa, Oklahoma, and for its Answers and Objections to Third-Party Plaintiff Zurich American Ins. Co.'s first discovery requests, would state as follows:

**EXHIBIT 13**

## GENERAL OBJECTION

Progressive would generally object to these discovery requests to the extent they seek information which is not discoverable under the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Further, Progressive would object to these discovery requests to the extent they seek information which may be protected by the attorney-client privilege, attorney work product doctrine, prepared in anticipation of litigation, or subject to other statutory or common law privileges. Without waiving these objections, Progressive would respond as follows:

**REQUEST FOR ADMISSION NO. 1**: Admit Valle paid a premium for the Form 1890 Employer's Non-Ownership Liability Endorsement to be included in the Progressive Policy issued to Valle.

**ANSWER NO. 1**: Admitted.

**REQUEST FOR ADMISSION NO. 2**: Admit Valle requested from Progressive coverage pursuant to the Form 1890 Employer's Non-Ownership Liability Endorsement in the Progressive Policy.

**ANSWER NO. 2**: Admitted.

**REQUEST FOR ADMISSION NO. 3**: Admit Form 1890 Employer's Non-Ownership Liability Endorsement coverage is provided to Valle in the Progressive Policy issued to Valle.

**ANSWER NO. 3**: Objection, this request is ambiguous and calls for a legal conclusion. Without waiving said objections, Progressive denies that Form 1890 Employer's Non-Ownership

Respectfully submitted,

STARR, BEGIN, & KING, PLLC

_____
Bradley E. Bowlby, OBA #22847
1800 S. Baltimore Ave., Ste 550
Tulsa, OK 74119
Tele:  (918) 872-0374
Fax:   (918) 592-0381
Email: brad.bowlby@tulsalawyer.org
***Attorney for Def. Progressive Northern Ins. Co.***

## CERTIFICATE OF SERVICE

I hereby certify that on _Sept 11_, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

_____

24