May 17, 2022



Great Lakes Insurance SE
3205 Peach Street
Erie, PA 16508

Claim Number: 4720136743
Named Insured: Silver Star Construction Company Inc
Date of Loss: 9-4-2019
Claimant Name: Tylon Mackey

Suit : Tylon Mackey V. Israel Juarez, individually, ORD Trucking, Inc., Fredy N. Valle Sr. d/b/a Valle Trucking and Silver Star Construction Company, Inc.

Great Lakes Insurance SE
Policy Number: GLG022472
Policy Period: 02/11/2019-02/11/2020

**Zurich North America**

**Claims**

P.O. Box 968072
Schaumberg, IL 60196

Telephone (214) 866-1178
Fax (866) 689-8972
http://www.zurichna.com

Dear Great Lakes Insurance:

We have received a copy of the complaint filed by Tylon Makey. The complaint alleges that on or about September 4, 2019, Mackey was driving his vehicle eastbound on State Highway 51 near the city of Stillwater, OK. Defendant Juarez, who was employed by ORD Trucking, was operating a vehicle owned by ORD trucking, traveling northbound on Murphy Street at the intersection of State Highway 51. The complaint further alleges defendant Juarez failed to yield the right of way from the stop sign and collided with Mackey, causing Mackey to sustain injuries. Juarez was employed by ORD Trucking, a Subcontractor of Valle Trucking.

Our insured, Silver Star Construction Company, entered into a Hauling Service Agreement with Valle Trucking, which contains indemnity and hold harmless agreement. Indemnification, Section 2 of the agreement states:

> 2. INDMENITY: *To the fullest extent permitted by law, Hauler agrees to hold harmless and unconditionally indemnify Silver Star against and all liability for cost, expenses, claims, and damages, including attorney fees and all other cost of defense, which Silver Star may at any time suffer or incur, or become liable for, by reason of any accidents, damages or injuries sustained either to persons or property, including but not limited to employees or agents of Silver Star and/or Hauler, and/or any third parties, arising our of the services performed by Hauler pursuant to this Agreement regardless of whether such injury*

EXHIBIT 17

ZAIC_0000510

*or damage was caused in whole or in part, to any degree, by Hauler. It is the express intent of the parties to this agreement that the indemnity obligations described herein are for the benefit of Silver Star unless the injury or damage sustained arose directly from Silver Star's negligence. It is also the express intent of the parties to this agreement that the indemnity obligations hereunder apply to injury and/or damages sustained to any person or property, and that no remedy provided to the Haulers employees under any applicable workers compensation act shall operate to circumvent the obligations as referenced in this agreement.*

Furthermore, under Section 3, Insurance, the contract requires that Valle Trucking, name Silver Star as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and noncontributory basis, without restrictions as to fault or liability.

    3. INSURANCE
     A. *Hauler agrees to purchase and maintain a commercial general lability insurance policy or policies, providing coverage for damages to both property and injury to persons, expressly insuring Hauler's indemnity obligations above, in an amount not less than One Million Dollars ($1,000,000.00) for each occurrence, and Two Million Dollars ($2,000,000.00) in the aggregate, and including coverage for losses failing within the products-completed operations hazard.*
     B. *Hauler further agrees to purchase an applicable commercial motor vehicle insurance policy, providing coverage for both damage to property and injury to persons, expressly insuring Hauler's indemnity obligations referenced above, in an amount not less than One Million Dollars ($1,000,000.00) combines single limit.*
     C. *Hauler agrees to name Silver Star as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and non-contributory basis, without restriction as to fault or liability. Hauler agrees to furnish Silver Star with Certificates of Insurance identifying each carrier and policy, evidencing Haulers compliance with the obligations as set forth in this agreement, and which state that the coverage afforded unde the policy will not be canceled or terminated until at least 30 days written notice is given to Silver Star as set forth in the agreement shall not operate to preclude, circumvent or nullify and obligation assumed by it in paragraph 2 above, to indemnify Silver Star for any loss or damage sustained to any person or property.*
     D. *Hauler waives all right against Silver Star and its agents, officers, directors, and employees for recovery of damages to the extent these damages are covered by commercial general liability, business auto liability or workers compensation insurance maintained by Hauler, as required herein.*

ZAIC_0000511

Pursuant to the above language, we demand that Great Lakes Insurance defend and indemnify Silver Star Construction Company for the Mackey complaint on a primary, non-contributory basis.

If you have any questions, please contact me. Please include our claim number on all forms of communication.

Sincerely,
Zurich American Insurance Co.
Casey Ryan
214-866-1538

CC:

ZAIC_0000512



May 17, 2022

Progressive Northern Insurance Co.
6300 Wilson Mills Road Box W33
Mayfield Village, OH 44143

Claim Number: 4720136743
Named Insured: Silver Star Construction Company Inc
Date of Loss: 9-4-2019
Claimant Name: Tylon Mackey

Re: Tylon Mackey V. Israel Juarez, individually, ORD Trucking, Inc., Fredy N. Valle Sr. d/b/a Valle Trucking and Silver Star Construction Company, Inc.

Dear Progressive:

We have received a copy of the complaint filed by Tylon Makey. The complaint alleges that on or about September 4, 2019, Mackey was driving his vehicle eastbound on State Highway 51 near the city of Stillwater, OK. Defendant Juarez, who was employed by ORD Trucking, was operating a vehicle owned by ORD trucking, traveling northbound on Murphy Street at the intersection of State Highway 51. The complaint further alleges defendant Juarez failed to yield the right of way from the stop sign and collided with Mackey, causing Mackey to sustain injuries. Juarez was employed by ORD Trucking, a Subcontractor of Valle Trucking.

Our insured, Silver Star Construction Company, entered into a Hauling Service Agreement with Valle Trucking, which contains indemnity and hold harmless agreement. Indemnification, Section 2 of the agreement states:

> 2. INDMENITY: *To the fullest extent permitted by law, Hauler agrees to hold harmless and unconditionally indemnify Silver Star against and all liability for cost, expenses, claims, and damages, including attorney fees and all other cost of defense, which Silver Star may at any time suffer or incur, or become liable for, by reason of any accidents, damages or injuries sustained either to persons or property, including but not limited to employees or agents of Silver Star and/or Hauler, and/or any third parties, arising our of the services performed by Hauler pursuant to this Agreement regardless of whether such injury or damage was caused in whole or in part, to any degree, by Hauler. It is the express intent of the parties to this agreement that the indemnity obligations described herein are for the benefit of Silver Star unless the injury or damage sustained arose directly from Silver Star's negligence.*

Zurich North America

Claims

P.O. Box 968072
Schaumberg, IL 60196

Telephone (214) 866-1178
Fax (866) 689-8972
http://www.zurichna.com

ZAIC_0000513

*It is also the express intent of the parties to this agreement that the indemnity obligations hereunder apply to injury and/or damages sustained to any person or property, and that no remedy provided to the Haulers employees under any applicable workers compensation act shall operate to circumvent the obligations as referenced in this agreement.*

Furthermore, under Section 3, Insurance, the contract requires that Valle Trucking, name Silver Star as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and noncontributory basis, without restrictions as to fault or liability.

    3. INSURANCE

        *A. Hauler agrees to purchase and maintain a commercial general lability insurance policy or policies, providing coverage for damages to both property and injury to persons, expressly insuring Hauler's indemnity obligations above, in an amount not less than One Million Dollars ($1,000,000.00) for each occurrence, and Two Million Dollars ($2,000,000.00) in the aggregate, and including coverage for losses failing within the products-completed operations hazard.*

        *B. Hauler further agrees to purchase an applicable commercial motor vehicle insurance policy, providing coverage for both damage to property and injury to persons, expressly insuring Hauler's indemnity obligations referenced above, in an amount not less than One Million Dollars ($1,000,000.00) combines single limit.*

        *C. Hauler agrees to name Silver Star as an additional insured under its commercial general liability and automobile policies referenced herein, on a primary and non-contributory basis, without restriction as to fault or liability. Hauler agrees to furnish Silver Star with Certificates of Insurance identifying each carrier and policy, evidencing Haulers compliance with the obligations as set forth in this agreement, and which state that the coverage afforded unde the policy will not be canceled or terminated until at least 30 days written notice is given to Silver Star as set forth in the agreement shall not operate to preclude, circumvent or nullify and obligation assumed by it in paragraph 2 above, to indemnify Silver Star for any loss or damage sustained to any person or property.*

        *D. Hauler waives all right against Silver Star and its agents, officers, directors, and employees for recovery of damages to the extent these damages are covered by commercial general liability, business auto liability or workers compensation insurance maintained by Hauler, as required herein.*

Pursuant to the above language, we demand that Progressive defense and indemnify Silver Star Construction Company for the Mackey complaint on a primary, non-contributory basis.

ZAIC_0000514

If you have any questions, please contact me. Please include our claim number on all forms of communication.

Sincerely,
Zurich American Insurance Co.
Casey Ryan
214-866-1538

CC:

ZAIC_0000515