# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

DATE (MM/DD/YYYY): 02-11-2019

| | |
|---|---|
| AGENT NAME: | RICHEY INSURANCE |
| ADDRESS: | P.O. Box 19544 |
| CITY: | Oklahoma City |
| STATE: | OK  ZIP CODE: 73144 |
| PHONE (A/C, No, Ext): | 405.685.5784 |
| FAX (A/C, No): | 405.685.5777 |
| E-MAIL ADDRESS: | ethannah@coxinet.net |
| CODE: | SUB CODE: |
| AGENCY CUSTOMER ID: | |

CARRIER: 
NAIC CODE: 
UNDERWRITER: 
UNDERWRITER OFF.:

POLICIES OR PROGRAM REQUESTED
POLICY NUMBER

INDICATE SECTIONS ATTACHED:
- PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- COMMERCIAL GENERAL LIABILITY ✓
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

## STATUS OF TRANSACTION
- QUOTE
- ISSUE POLICY ✓
- RENEW
- BOUND (Give Date and/or Attach Copy):
- CHANGE  DATE 02-11-2019  TIME 2:15  PM ✗
- CANCEL

## PACKAGE POLICY INFORMATION
PROPOSED EFF DATE: 02-11-2019
PROPOSED EXP DATE: 02-11-2020
BILLING PLAN: DIRECT BILL / AGENCY BILL
PAYMENT PLAN:
AUDIT:

## APPLICANT INFORMATION

NAME (First Named Insured & Other Named Insureds): **Valle Trucking, LLC**

MAILING ADDRESS INCL ZIP+4 (of First Named Insured):
STREET: 2449 SW 90th Street
CITY: Oklahoma City ✓
STATE: Oklahoma
ZIP CODE: 73159

FEIN OR SOC SEC # (of First Named Insured): [redacted]
PHONE (A/C, No, Ext): 405-501-8005
WEBSITE ADDRESS(ES):
E-MAIL ADDRESSES:

- INDIVIDUAL
- CORPORATION
- SUBCHAPTER "S" CORPORATION
- NOT FOR PROFIT ORG
- PARTNERSHIP
- JOINT VENTURE
- LLC ✗
- NO. OF MEMBERS AND MANAGERS

CR BUREAU NAME: 
ID NUMBER: 
DATE BUS STARTED: 2001

INSPECTION CONTACT: Fredy Napolean Valle Arana
PHONE (A/C, No, Ext):
E-MAIL ADDRESS:
ACCOUNTING RECORDS CONTACT:
PHONE:
E-MAIL ADDRESS:

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |

## NATURE OF BUSINESS – DESCRIPTION OF OPERATIONS BY PREMISE(S) USE 10 WORDS OR MORE TO DESCRIBE:

– Dump Truck Driver – Rock & Dirt   trucking

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES

| | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | ✓ |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | ✓ |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | ✓ | |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | ✓ |
| 4. ANY CATASTROPHE EXPOSURE? | | ✓ |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | ✓ | |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | ✓ | |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | ✓ |

| | YES | NO |
|---|---|---|
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | ✓ |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | ✓ |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | ✓ |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | ✓ |
| 12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES? (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure) | | ✓ |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

APPLICANT'S SIGNATURE: [signed]
DATE: 2-11-19
PRODUCER'S SIGNATURE: Kenneth A. Shaw
NATIONAL PRODUCER NUMBER: 7612490

ACORD 125 (2005/06)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993-2005

EXHIBIT 2

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE |

### COMMERCIAL GENERAL LIABILITY

| CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CARRIER | | | | | | | | | | | |
| POLICY NUMBER | | | | | | | | | | | |
| POLICY TYPE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | |
| RETRO DATE | | | | | | | | | | | |
| EFF-EXP DATE | None | | | | | | | | | | |
| GENERAL AGGREGATE | | | | | | | | | | | |
| PRODUCTS COMP OP AGGREGATE | | | | | | | | | | | |
| PERSONAL & ADV INJ | | | | | | | | | | | |
| EACH OCCURRENCE | | | | | | | | | | | |
| FIRE DAMAGE | | | | | | | | | | | |
| MEDICAL EXPENSE | | | | | | | | | | | |
| BODILY INJURY OCCURRENCE | | | | | | | | | | | |
| BODILY INJURY AGGREGATE | | | | | | | | | | | |
| PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | | |
| PROPERTY DAMAGE AGGREGATE | | | | | | | | | | | |
| COMBINED SINGLE LIMIT | | | | | | | | | | | |
| MODIFICATION FACTOR | | | | | | | | | | | |
| TOTAL PREMIUM | | | | | | | | | | | |

### AUTOMOBILE LIABILITY

| CATEGORY | | | | | | |
|---|---|---|---|---|---|---|
| CARRIER | | | | | | |
| POLICY NUMBER | | | | | | |
| POLICY TYPE | | | | | | |
| EFF-EXP DATE | | | | | | |
| COMBINED SINGLE LIMIT | | | | | | |
| BODILY INJURY EA PERSON | | | | | | |
| BODILY INJURY EA ACCIDENT | | | | | | |
| PROPERTY DAMAGE | | | | | | |
| MODIFICATION FACTOR | | | | | | |
| TOTAL PREMIUM | | | | | | |

### PROPERTY

| CATEGORY | | | | | | |
|---|---|---|---|---|---|---|
| CARRIER | | | | | | |
| POLICY NUMBER | | | | | | |
| POLICY TYPE | | | | | | |
| EFF-EXP DATE | | | | | | |
| BUILDING AMT | | | | | | |
| PERS PROP AMT | | | | | | |
| MODIFICATION FACTOR | | | | | | |
| TOTAL PREMIUM | | | | | | |

| CATEGORY | | | | | | |
|---|---|---|---|---|---|---|
| CARRIER | | | | | | |
| POLICY NUMBER | | | | | | |
| POLICY TYPE | | | | | | |
| EFF-EXP DATE | | | | | | |
| LIMIT | | | | | | |
| MODIFICATION FACTOR | | | | | | |
| TOTAL PREMIUM | | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)     CHK HERE IF NONE ☐     SEE ATTACHED LOSS SUMMARY ☐

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS OPEN/CLSD |
|---|---|---|---|---|---|---|
| | | None | | | | |
| | | | | | | |
| | | | | | | |

REMARKS     NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS

STATE SUPPLEMENT(S) (If applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ACORD 125 (2005/06)

# ACORD COMMERCIAL GENERAL LIABILITY SECTION

**DATE (MM/DD/YY):** 02-11-2019

| PRODUCER | | APPLICANT (First Named Insured) | Valle Trucking, LLC. | | |
|---|---|---|---|---|---|
| PHONE (A/C, No, Ext): 405.685.5784 | | | | | |
| Richey Insurance P.O. Box 19544 Oklahoma City, OK 73144 | | EFFECTIVE DATE: 02-11-2019 | EXPIRATION DATE: 02-11-2020 | DIRECT BILL / AGENCY BILL | PAYMENT PLAN | AUDIT |
| CODE: | SUB CODE: | FOR COMPANY USE ONLY | | | |
| AGENCY CUSTOMER ID: | | | | | |

## COVERAGES / LIMITS

| COVERAGES | LIMITS | | PREMIUMS |
|---|---|---|---|
| [X] COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $ 2,000,000 | PREMISES/OPERATIONS |
| [ ] CLAIMS MADE  [ ] OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ incl ~~1,000,000~~ | |
| [ ] OWNER'S & CONTRACTOR'S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $ 1,000,000 | |
| | EACH OCCURRENCE | $ 1,000,000 | PRODUCTS |
| DEDUCTIBLES | FIRE DAMAGE (Any one fire) | $ 50,000 | |
| [X] PROPERTY DAMAGE  $ | MEDICAL EXPENSE (Any one person) | $ 5,000 | OTHER |
| BODILY INJURY  $ 250  [X] PER CLAIM | EMPLOYEE BENEFITS | $ N/A | |
| $  [ ] PER OCCURRENCE | | | TOTAL |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the Business Auto Section, ACORD 127)

FNU
- Coverage is only one Truck - 1999 Mack ch613 #1M2AA18Y7XW110371

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|
| | trucker | 99793 | p) 13,300 | | | | | |

RATING AND PREMIUM BASIS
(P) PAYROLL - PER $1,000/PAY   (C) TOTAL COST - PER $1,000/COST   (U) UNIT - PER UNIT
(S) GROSS SALES - PER $1,000/SALES   (A) AREA - PER 1,000/SQ FT   (M) ADMISSIONS - PER 1,000/ADM   (T) OTHER

### CLAIMS MADE (Explain all "Yes" responses)
1. PROPOSED RETROACTIVE DATE:
2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV:
3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE?  [ ] YES  [X] NO
4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY?  [X]

REMARKS

### EMPLOYEE BENEFITS LIABILITY
1. DEDUCTIBLE PER CLAIM:  $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

ACORD 126-S (1/97)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | ✓ | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | ✓ |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | ✓ | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | ✓ |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | ✓ | | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | ✓ |

REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: Ø | % OF WORK SUBCONTRACTED: Ø | # FULL-TIME STAFF: 1 | # PART-TIME STAFF: Ø

IFNV    IFNV    IFNV    IFNV

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | ✓ | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | ✓ |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | ✓ | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | ✓ |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | ✓ | 8. PRODUCTS UNDER LABEL OF OTHERS? | | ✓ |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | ✓ | | 9. VENDORS COVERAGE REQUIRED? | | ✓ |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | ✓ | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | ✓ |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT

ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|
| ✓ ADDITIONAL INSURED | | Silver Star Construction Co, Inc. + its Subsidiaries | | | LOCATION: | BUILDING: |
| LOSS PAYEE | | 2401 S. Broadway | | | VEHICLE: | BOAT: |
| MORTGAGEE | | Moore, OK 73160 | | | SCHEDULED ITEM NUMBER: | |
| LIENHOLDER | | | | | OTHER | |
| EMPLOYEE AS LESSOR | | | | | | |
| | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | ✓ | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | ✓ |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | ✓ |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | ✓ | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | ✓ |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | ✓ | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | ✓ |
| | | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | ✓ |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | ✓ | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | ✓ |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | ✓ | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | ✓ |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | ✓ | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | ✓ | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | ✓ | |
| 8. IS A FEE CHARGED FOR PARKING? | | ✓ | | | |
| 9. RECREATION FACILITIES PROVIDED? | | ✓ | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | ✓ |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | ✓ | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | ✓ | | | |

REMARKS

ACORD 126-S (1/97)    ATTACH TO APPLICANT INFORMATION SECTION