SEP 0 5 2019

COPY
RELEASED BY RECORDS
STILLWATER POLICE DEPT.

## OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Incident Report: Y
Investigation Completed: X
Investigation Made at Scene: X
Photographs: X
Revised: X
Fatality: X
Hit and Run: X
Pg 1 of 6

(1) Reporting Agency: STILLWATER POLICE DEPARTMENT
Case Number: 2019-2693
Motor Vehicles Involved: 02
Number Injured: 01
Number Killed: 00

(2) Date of Collision: 09/04/2019
Time: 0823
County Number and Name: 60 PAYNE
Nearest City or Town Number and Name: 25 STILLWATER (In)

(4) Street, Road or Highway: STATE HIGHWAY 51 (6TH AVENUE)
Nearest Intersecting Street, Road or Highway: MURPHY STREET

(5) Unit 01, Occupant 01, D
Last Name: JUAREZ, First: ISRAEL, Middle: NMN
Date of Birth: 07/25/1980  Sex: M
(6) Address: 433 SOUTH EAST 46TH STREET  City: OKLAHOMA CITY  State: OK  Zip: 73129
Telephone: 405-834-4944

(7) Driver License Number: M082735123  State: OK  Class: D  Restriction(s): 1  Inj Sev: 1  Type of Injury: 0  Occ Pos: 01  Cond: 0  CP Use: 4

(8) Alcohol/Drug Test: 1 1 1 0  Transported by: REFUSED AT SCENE
License Plate Number: 705-429  State: OK  Month: 07  Year: 2020

(9) VIN: 1XP5DB9X31D552154
Vehicle Year: 2001  Color: WHI  Make: PETE  Model: 379  Veh Cond: 06  Extent of Damage: 2

(10) Insurance Company Name: SHELTER GENERAL INSURANCE
Policy Number: 35-1-C-87198996
Insurance Telephone: 9

(11) Vehicle Removed by: PLACED OUT OF SERVICE (OHP)
Owner's Last Name: ORD TRUCKING INC.

(12) Owner's Address: 2536 SOUTH WEST 56TH  City: OKLAHOMA CITY  State: OK  Zip: 73119
Overload: 0  Load: 00  Travel Veh Type  Phone present: X

(14) Unit 02, Occupant 01, D
Last Name: MACKEY, First: TYLON, Middle: VAUGHN
Date of Birth: 12/01/1998  Sex: M
(15) Address: 22644 AES ROAD  City: SPIRO  State: OK  Zip: 74959

(16) Driver License Number: M085176919  State: OK  Class: DM  Inj Sev: 4  Type of Injury: 15  Occ Pos: 99  Cond: 00

(17) Alcohol/Drug Test: 0 2 1 5 0  Transported by: HELICOPTER  To Medical Facility: OU MEDICAL CENTER
License Plate Number: 206218  State: OK  Month: 01  Year: 2020

(18) VIN: 1HD1BXV10CB031670
Vehicle Year: 2012  Color: ORA  Make: HARL  Model: FATB  Veh Cond: 15  Extent of Damage: 4

(19) Insurance Company Name: PROGRESSIVE NORTHERN INSURANCE
Policy Number: 925043207
Insurance Telephone: 9184472291

(20) Vehicle Removed by: SIMONS WRECKER  Same as Driver: X

(23) Investigating Officer: JOHN STANBERY  Badge Number: 68  Troop/Div: 1139
Reviewed by: JCW 1028  Date of Report: 09/04/2019

WARNING - STATE LAW  Use of contents for commercial solicitation is unlawful
DPS: 0192-01 REV 0107

EXHIBIT 7

Case Number: 2019-26348  Pg 2 of 6

**Carrier Name:** ORD TRUCKING INC
**Address:** 2536 SOUTH WEST 50TH STREET
**City:** OKLAHOMA CITY
**State:** OK
**Zip:** 73114
**U.S. DOT Number:** 2397445
**NASI Report Number:** OK

**OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT** — Pg 3 of 6

Case Number: 2019-26398

SEP 0 5 2019

*[Form contains numerous coded fields for traffic collision reporting. Key entries visible:]*

- Unit 1 / Unit 2 correspondence: 01 / 02
- Total Lanes in Roadway: 02 / 02
- Legal Speed: 55 / 55
- Light: 1 (Daylight)
- Weather: 01 (Clear)
- Locality: 2 (Business)
- Type of Intersection: 4 (Four-Way Intersection)
- Incident Type: 00 / 00 (Not an Incident)
- Location of First Harmful Event: 01 (On Roadway)
- What Vehicle Was Going to Do: 01 / 01
- What Vehicle Did: 07 / 01
- Visibility Obscured by: 00 / 00 (Not Applicable)
- Driver Distracted by: 0 / 0
- Underride/Override: 1 / 1 (Not Applicable)
- Traffic Control: 01 / 00
- Road Surface Conditions: 01 / 01 (Dry)
- Road Character - Grade: 1 / 1 (Level)
- Road Alignment: 1 / 1 (Straight)
- Road Surface Type: 2 / 2 (Asphalt)
- Emergency Vehicle Responding to an Emergency: 0 / 0 (N/A)
- Trafficway: 2 / 3
- Vehicle Removal: 4 / 1
- Vehicle Condition: 01 / 01
- Special Function of Vehicle: 00 / 00
- Unsafe/Unlawful Contributing Factors: 01 / 98
- Point of First Contact on Vehicle: 07 / 12
- Most Damaged Area: 07 / 12

Workers Present: Unknown

DPS: 0192-03 REV 0107

SEP 0 5 2015

Case Number: 2014-26398
Pg 4 of 6

Latitude: _____ N
Longitude: _____ W
Railroad Crossing Number: _____
Roadway Orientation:
Unit Number: 0 1  NE/SW: N
Unit Number: 0 2  NE/SW: E

Indicate North by Arrow

SEE DIAGRAM SUPPLEMENT

**COLLISION EVENTS**

Unit 0 1: First Event 3 4, Second Event 0 0, Third Event 0 0, Fourth Event 0 0, Most Harmful Event 3 4, First Harmful Event for the Entire Collision 3 4

Unit 0 2: First Event 3 4, Second Event 0 0, Third Event 0 0, Fourth Event 0 0, Most Harmful Event 3 4

00 Not Applicable
10 Overturn/Rollover
11 Fire/Explosion
12 Immersion
13 Jackknife
14 Cargo/Equipment Loss or Shift
15 Equipment Failure (Blown Tire, Brake Failure, etc.)
16 Separation of Units
17 Departed Road Right
18 Departed Road Left
19 Cross Median/Centerline
20 Downhill Runaway

21 Fell/Jumped From Motor Vehicle
22 Thrown Or Falling Object
23 Other Non-Collision
PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT
30 Pedestrian
31 Pedal Cycle
32 Railway Vehicle (train, engine)
33 Animal
34 Motor Vehicle in Transport
35 Parked Motor Vehicle
36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle

37 Work Zone/Maintenance Equipment
38 Other Non-Fixed Object
FIXED OBJECT:
40 Barrier (Cable)
41 Barrier (Concrete)
42 Barrier (Other)
43 Fence Post
44 Fence
45 Traffic Signal Support
46 Traffic Sign Support
47 Utility Pole/Light Support
48 Other Post/Pole/Support
49 Guardrail/Guardrail Face
50 Guardrail End
51 Culvert
52 Curb
53 Island
54 Sand Barrels
55 Impact Attenuator/Crash Cushion

56 Pavement Drop-Off
57 Ditch
58 Embankment
59 Tree (Standing)
60 Divising Strip
61 Retaining Wall
62 Bridge Abutment
63 Bridge Pier or Support
64 Bridge Rail
65 Bridge Post
66 Bridge Curb
67 Bridge Super Structure (Beams)
68 Bridge Overhead Structure
69 Delineator
70 Mailbox
71 Other Fixed Object
72 Other Highway Structure
73 Ground
99 Unknown

**Remarks**

SEE PAGE 6 OF 6 FOR REMARKS

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.

DPS: 0192-04 REV 01.07

SEP 0 5 2019

| Case Number 2019-26398 | OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT ADDITIONAL NARRATIVE | Pg 6 of 6 |

UPON MY ARRIVAL I OBSERVED UNIT 1 PARKED IN THE CROSSOVER OF MURPHY STREET BETWEEN THE DIVIDED LANES OF EAST BOUND AND WEST BOUND STATE HIGHWAY 51, FACING NORTH. I OBSERVED UNIT 2 WITH THE DRIVER UNCONSCIOUS IN THE MIDDLE OF STATE HIGHWAY 51 IN THE EASTBOUND OUTSIDE LANE. UPON RENDERING FIRST AID TO DRIVER OF UNIT 2, I SPOKE WITH THE DRIVER OF UNIT 1. HE STATED HE WAS STOPPED AT THE STOP SIGN AT MURPHY STREET, FACING NORTH TO CONTINUE NORTH ACROSS THE DIVIDED PORTION OF HIGHWAY AND THEN WEST ON STATE HIGHWAY 51. DRIVER OF UNIT 1 STATED HE OBSERVED THE MOTORCYCLE EAST BOUND IN THE OUTSIDE LANE AND THAT HE "HAD HIS TURN SIGNAL ON" TO TURN SOUTH ON MURPHY STREET. THE DRIVER OF UNIT 1 STATED UNIT 2 DID NOT HIT UNIT 1. I THEN CONDUCTED AN INVESTIGATION OF THE SCENE AND OBSERVED APPROXIMATELY 94 FEET OF SKID MARKS FROM THE REAR TIRE OF UNIT 2 IN A STRAIGHT LINE WEST IN THE OUTSIDE LANE FROM THE POINT OF IMPACT. UPON INSPECTION, I LOCATED THE POINT OF IMPACT ON UNIT 2 AT THE LEFT REARMOST TIRE, REAR TAILGATE AND LEFT REAR SECTION BEHIND THE REARMOST TIRE. THE AREA OF IMPACT WAS 12' WEST OF THE EAST CURB LINE OF MURPHY STREET AND 4' NORTH OF THE SOUTH LANE LINE OF STATE HIGHWAY 51. AN OHP SIZE AND WEIGHTS TROOPER RESPONDED TO THE SCENE AND CONDUCTED AN INSPECTION ON UNIT 1. OFFICER GOREE TRANSPORTED THE DRIVER OF UNIT 1 TO STILLWATER MEDICAL CENTER FOR A BLOOD WITHDRAW. DRIVER OF UNIT 2 WAS TRANSPORTED BY HELICOPTER TO OU MEDICAL CENTER WITH VISIBLE INJURIES TO HIS HEAD ON THE LEFT SIDE. UNIT 2 WAS TURNED OVER TO SIMONS WRECKER AT THE SCENE. OHP PLACED UNIT 1 OUT OF SERVICE AND IT WAS LEFT AT THE SCENE. THE SCENE WAS SECURED AND TURNED OVER TO ACCIDENT RECONSTRUCTIONIST MERRILL AND LOW.

DPS: 0192-SUPP03 REV 0107

SEP 0 5 2019



SEP 05 2019

## OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT
### PERSONS SUPPLEMENTAL

Case Number: 2019-26398  Pg 1 of 2

**Person 1:**
- Witness, Pas in Veh: 00
- Last Name: ROSENTHAL, First: ISAAC, Middle: M
- Date of Birth: 05/27/1947, Sex: M
- Address: 920 S MURPHY #12203, STILLWATER, OK 74074
- Telephone: 817-798-9146

**Person 2:**
- Witness, Pas in Veh: 00
- Last Name: EPERJESI, First: GARY, Middle: E
- Date of Birth: 06/18/1996, Sex: M
- Address: 4511 N. WASHINGTON #25F, STILLWATER, OK 74075
- Telephone: 580-297-1646

**Person 3:**
- Witness, Pas in Veh: 00
- Last Name: MORGAN, First: LINDSEY, Middle: A
- Date of Birth: 10/18/1990, Sex: F
- Address: 1131 CHANDLER, STILLWATER, OK 74074
- Telephone: 405-714-2886

DPS: 0192-SUPP01 REV 0107

SEP 0 5 2019

| Case Number 2019-26398 | OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT ADDITIONAL NARRATIVE | Pg 2 of 2 |

ON 9/04/2019 AT 0824 HOURS I WAS SENT TO AN INJURY ACCIDENT INVOLVING A MOTORCYCLE AT 6TH/MURPHY. WHEN I ARRIVED I CONTACTED WITNESSES TO THE ACCIDENT LISTED ON PAGE ONE OF THIS SUPPLEMENT.

WITNESS, ISAAC ROSENTHAL, STATED HE WAS NORTHBOUND ON MURPHY BEHIND THE DUMP TRUCK THAT WAS INVOLVED IN THE ACCIDENT. ROSENTHAL STATED THE DUMP TRUCK STARTED NORTH ACROSS TRAFFIC TO TURN LEFT OR WEST ONTO 6TH AVENUE. ROSENTHAL SAID A MOTORCYCLE WAS EASTBOUND IN THE OUTSIDE LANE APPROACHING THE 6TH AND MURPHY INTERSECTION. ROSENTHAL SAID THE DUMP TRUCK PULLED OUT IN FRONT OF THE MOTORCYCLE. ROSENTHAL FURTHER SAID THERE WAS NO WAY FOR THE MOTORCYCLE TO STOP IN TIME. ROSENTHAL SAID THE MOTORCYCLE WAS DRIVING THE SPEED LIMIT. SEE ROSENTHAL'S WRITTEN STATEMENT.

WITNESS, GARY EPERJESI STATED HE WAS EASTBOUND IN THE INSIDE LANE ON 6TH AVENUE. EPERJESI SAID THE MOTORCYCLE WAS IN THE OUTSIDE LANE AND IN FRONT OF HIM. EPERJESI STATED THE DUMP TRUCK PULLED OUT IN FRONT OF THE MOTORCYCLE. THE MOTORCYCLE DRIVER LOCKED HIS BRAKES, BUT COULD NOT STOP IN TIME. THE MOTORCYCLE HIT THE DUMP TRUCK. EPERJESI STOPPED BEHIND THE DUMP TRUCK IN THE CENTER TURN MEDIAN. EPERJESI SAID THE DRIVER OF THE MOTORCYCLE WAS UNRESPONSIVE. EPERJESI SAID HE THOUGHT THE MOTORCYCLE WAS DRIVING THE SPEED LIMIT. SEE EPERJESI'S WRITTEN STATEMENT.

WITNESS, LINDSEY MORGAN SAID SHE WAS SITTING IN THE CENTER TURN MEDIAN WAITING TO CROSS THE EASTBOUND LANES ON 6TH AVENUE TO DRIVE SOUTH ON MURPHY. MORGAN SAID THE DUMP TRUCK STARTED NORTH ACROSS THE EASTBOUND 6TH AVENUE TRAFFIC LANES AND PULLED OUT IN FRONT OF AN ORANGE MOTORCYCLE THAT WAS EASTBOUND IN THE OUTSIDE LANE. MORGAN SAID THE MOTORCYCLE ATTEMPTED TO SLOW DOWN, BUT COULD NOT AVOID THE DUMP TRUCK. THE MOTORCYCLE HIT THE DUMP TRUCK. SEE MORGAN'S STATEMENT.

I THEN ASSISTED BY TAKING DIGITAL IMAGES OF THE ACCIDENT SCENE. I PHOTOGRAPHED THE MOTORCYCLE AND DUMP TRUCK. I ALSO PHOTOGRAPHED DEBRIS FROM THE MOTORCYCLE AND THE SKID MARK ON THE OUTSIDE LANE OF 6TH AVENUE. I LATER ENTERED THE PHOTOS INTO PROPERTY.

DPS: 0192-SUPP03 REV 0107

SEP 05 2019

| CASE NUMBER | REPORTING OFFICER AND BADGE # | 4 DIGIT DSN | REVIEWED BY |
|---|---|---|---|
| 2019-26598 | Alley #82 | 1089 | JC14 |

Page 1 of 2

## WITNESS STATEMENT

### PERSONAL INFORMATION

Name: Rosenthal, Isaac Mitchell — M W — DOB 05/07/97 — 5'8" — 170 — Brown/Brown
Address: 920 S Murphy St Apt 1220, Stillwater OK 74074
Employer: OSM Athletic
Email: sir4747@aol.com
Cell: 817-748-9146
Business: Gallagher Iba Arena, Stillwater OK 74075
Driver's License: 36037406 Texas

I, Isaac Rosenthal, DO HEREBY MAKE THE FOLLOWING STATEMENT OF MY OWN FREE WILL AND ACCORD. I UNDERSTAND THAT I HAVE THE RIGHT TO REFUSE TO MAKE A STATEMENT, AND ANY STATEMENT I DO MAKE CAN AND WILL BE USED AGAINST ME IN COURT. I ALSO UNDERSTAND THAT I HAVE A RIGHT TO THE PRESENCE OF AN ATTORNEY BEFORE I MAKE A STATEMENT, AND IF I CAN'T AFFORD AN ATTORNEY, ONE CAN BE APPOINTED BY THE COURT BEFORE ANY STATEMENT IS MADE. I UNDERSTAND THAT I COULD BE PROSECUTED FOR INTENTIONALLY MAKING ANY MATERIALLY FALSE STATEMENTS IN THIS MATTER.

**STATEMENT**

I was making a right turn from Murphy on to 51 headed to work at OSU. I was behind the big huge truck. The truck decided to take go straight on 51 to ultimately make a left turn from Murphy onto 51. Then hit the motorcycle as the motorcycle had the right of way and could not have stopped causing this accident. The motorcycle was I believe going straight down 51 towards downtown Stillwater and was in the far right lane.

SIGNATURE: [signed]
DATE: 4/4/19

| CASE NUMBER | REPORTING OFFICER AND BADGE # | 4 DIGIT DSN | REVIEWED BY |
|---|---|---|---|
| 2019-26398 | Alley #32 | 1089 | JCH |

SEP 05 2019  Page 1 of 2

## WITNESS STATEMENT

### PERSONAL INFORMATION

Name: Gary Edward Eperjesi — M W — 6-18-96 — 6'0 — 160 — B — H

Address: 4609 n Washington St, Stillwater OK 74074

Employer: 6th Ave Honda

Business Address: Stillwater OK 74074

Email: Geeperjesi@hotmail.com

Phone: 580-297-1646

I, Gary Eperjesi, DO HEREBY MAKE THE FOLLOWING STATEMENT OF MY OWN FREE WILL AND ACCORD. I UNDERSTAND THAT I HAVE THE RIGHT TO REFUSE TO MAKE A STATEMENT, AND ANY STATEMENT I DO MAKE CAN AND WILL BE USED AGAINST ME IN COURT. I ALSO UNDERSTAND THAT I HAVE A RIGHT TO THE PRESENCE OF AN ATTORNEY BEFORE I MAKE A STATEMENT, AND IF I CAN'T AFFORD AN ATTORNEY, ONE CAN BE APPOINTED BY THE COURT BEFORE ANY STATEMENT IS MADE. I UNDERSTAND THAT I COULD BE PROSECUTED FOR INTENTIONALLY MAKING ANY MATERIALLY FALSE STATEMENTS IN THIS MATTER.

**STATEMENT**

I was driving east on 6th about a block behind the motorcycle. all I saw was the motorcycle brake cause the truck pulled out in front of him & he layed the bike over & crashed. I pulled over to see if the driver of the motorcycle was okay he was not responding.

SIGNATURE: Gary Eperjesi

DATE:

2015

| CASE NUMBER | REPORTING OFFICER AND BADGE # | 4 DIGIT DSN | REVIEWED BY |
|---|---|---|---|
| 2019-26398 | Alley #32 | 1089 | JCS |

SEP 0 5 2019    Page 1 of 2

## WITNESS STATEMENT

### PERSONAL INFORMATION

Morgan, Lindsey Anne — F W — DOB 10/18/1990 — 5'2" 120 blnd blu
1131 Chandler St., Stillwater, OK 74074
Foster Corner Drug — lindsey.amorg@gmail.com — (405) 744-2888
328 N. 10th St., Perry, OK 73077 — (580) 336-2136
DL: UD8267976 / OK

I, Lindsey Morgan, DO HEREBY MAKE THE FOLLOWING STATEMENT OF MY OWN FREE WILL AND ACCORD. I UNDERSTAND THAT I HAVE THE RIGHT TO REFUSE TO MAKE A STATEMENT, AND ANY STATEMENT I DO MAKE CAN AND WILL BE USED AGAINST ME IN COURT. I ALSO UNDERSTAND THAT I HAVE A RIGHT TO THE PRESENCE OF AN ATTORNEY BEFORE I MAKE A STATEMENT, AND IF I CAN'T AFFORD AN ATTORNEY; ONE CAN BE APPOINTED BY THE COURT BEFORE ANY STATEMENT IS MADE. I UNDERSTAND THAT I COULD BE PROSECUTED FOR INTENTIONALLY MAKING ANY MATERIALLY FALSE STATEMENTS IN THIS MATTER.

**STATEMENT**

I was sitting southbound waiting to cross the eastbound 6th street lane at Murphy/6th St. I saw a dump truck start crossing the highway going northbound. I also saw an orange motorcycle approaching heading eastbound in the right lane. He did attempt to slow with his breaks & turn his bike but without success, hitting the back of the truck pretty square. He was not wearing a helmet. I believe I was going to cross after the motorcycle so there was not a car beside him & I believe the next car was close - approximately sonic. I moved across the highway to get out of way & called 911 after the accident occured.

SIGNATURE: Lindsey Morgan     DATE: 9/4/19

2015

| CASE NUMBER | REPORTING OFFICER AND BADGE # | 4 DIGIT DSN | REVIEWED BY |
|---|---|---|---|
| 2019-26398 | Stanbury 269 | 1135 | |

Page 1 of 2

SEP 05 2019

## WITNESS STATEMENT

### PERSONAL INFORMATION

Name: Tovar, Juana
DOB: 7-28-80
Address: 482 SE 4th St, OKC, OK
Zip: 73129
Cell: 315-7944

I, _____, DO HEREBY MAKE THE FOLLOWING STATEMENT OF MY OWN FREE WILL AND ACCORD. I UNDERSTAND THAT I HAVE THE RIGHT TO REFUSE TO MAKE A STATEMENT, AND ANY STATEMENT I DO MAKE CAN AND WILL BE USED AGAINST ME IN COURT. I ALSO UNDERSTAND THAT I HAVE A RIGHT TO THE PRESENCE OF AN ATTORNEY BEFORE I MAKE A STATEMENT, AND IF I CAN'T AFFORD AN ATTORNEY, ONE CAN BE APPOINTED BY THE COURT BEFORE ANY STATEMENT IS MADE. I UNDERSTAND THAT I COULD BE PROSECUTED FOR INTENTIONALLY MAKING ANY MATERIALLY FALSE STATEMENTS IN THIS MATTER.

**STATEMENT**

hijo mi hijo y lo robo
estaba pasiando la puerta
luego hijo de un enfermo
y me saje a fumar

SIGNATURE: Juana Tovar
DATE: 9-4-19