IN THE DISTRICT COURT OF PAYNE COUNTY

STATE OF OKLAHOMA

TYLON VAUGHN MACKEY,          )
                              )
          Plaintiff,          )
VS.                           ) NO. CJ-2020-233
                              )
ISRAEL JUAREZ and             )
ORD TRUCKING,                 )
          Defendants.         )



VIDEO DEPOSITION OF ISRAEL JUAREZ

TAKEN ON BEHALF OF THE PLAINTIFF

IN OKLAHOMA CITY, OKLAHOMA

ON JULY 29, 2021

REPORTED BY MARY E. (LIZ) WAGGONER   CSR #00393



Lowery & Associates
320 NW 13th Street, Oklahoma City, OK 73103
405.319.9990 - loweryandassociates@coxinet.net

Exhibit 2

```
 1  things on the truck.
 2      Q.  And the type of vehicle that you were trained
 3  in before ORD Trucking, was it similar to the truck
 4  that you were riding around in?
 5      A.  Uh-huh, yes.
 6      Q.  Okay.  Did you have to take any type of pre-
 7  employment drug test?
 8      A.  No.
 9      Q.  Before September 4th of 2019 how long had you
10  been working for ORD Trucking?
11      A.  Well, I work off and on because the job is
12  not stable there.  But like two years.
13      Q.  So, correct me if I'm wrong, that would be
14  two years on and off.  So there would be times during
15  that two years where you wouldn't be working for ORD
16  Trucking?
17      A.  Yes.
18      Q.  Okay.  And when you would get a job for ORD
19  Trucking would they hire you on for a specific time
20  period or a specific job?
21      A.  No, no.  He just tell me, I got work, come
22  work.
23      Q.  And each time where you took a period off and
24  you were called back because ORD had gotten work,
25  would you have to be retested or anything?
```

```
 1         * *   C O R R E C T I O N   S H E E T   * *
 2
 3  NAME:   ISRAEL JUAREZ
 4  DATE:   JULY 29, 2021
 5  REPORTER:   MARY E. (LIZ) WAGGONER, CSR
 6  PAGE NO.    LINE NO.    CORRECTION & REASON FOR CHANGE
 7  _____     _____     _____
 8  _____     _____     _____
 9  _____     _____     _____
10  _____     _____     _____
11  _____     _____     _____
12  _____     _____     _____
13  _____     _____     _____
14  _____     _____     _____
15  _____     _____     _____
16  _____     _____     _____
17  _____     _____     _____
18  _____     _____     _____
19  _____     _____     _____
20  _____     _____     _____
21  _____     _____     _____
22  _____     _____     _____
23  _____     _____     _____
24  _____     _____     _____
25  _____     _____     _____
```

\*\* C E R T I F I C A T E \*\*

STATE OF OKLAHOMA    )
                     )   SS:
COUNTY OF OKLAHOMA   )

I, Mary E. (Liz) Waggoner, a Certified Shorthand Reporter within and for the State of Oklahoma, do hereby certify that I reported all of the foregoing testimony, and that I later reduced it to typewritten form, as the same appears herein.

I further certify that I am not a relative of, nor attorney for, nor clerk or stenographer for the attorneys, or any party to this litigation, and that I am not otherwise interested in the event of the same.

I further certify that the above and foregoing typewritten pages contain a full, true and correct transcript of my stenograph notes so taken, during said hearing.

WITNESS my hand and seal this 2nd day of August, 2021.

*Mary E. Waggoner*
_____
MARY E. (LIZ) WAGGONER, CSR
Oklahoma Certified Shorthand Reporter
Certificate No. 00393
Expiration Date: December 31, 2021