## Page 1

```
 1      IN THE DISTRICT COURT OF PAYNE COUNTY
 2              STATE OF OKLAHOMA
 3
 4   TYLON MACKEY,            )
                              )
 5        Plaintiff,          ) Case No. CJ-2020-233
                              )
 6   vs.                      )
                              )
 7   ISRAEL JUAREZ, individually, )
     ORD TRUCKING, INC., FREDY N. )
 8   VALLE, SR. d/b/a VALLE   )
     TRUCKING, and SILVER STAR )
 9   CONSTRUCTION COMPANY, INC., )
                              )
10        Defendants.          )
11
12
13         DEPOSITION OF JESUS ORDONES
14
15      TAKEN ON BEHALF OF THE PLAINTIFF
16
17         IN OKLAHOMA CITY, OKLAHOMA
18
19              ON JULY 20, 2023
20
21
22
23
24   REPORTED BY:  MARY E. (LIZ) WAGGONER, CSR #00393
25
```

## Page 2

```
 1          ** APPEARANCES **
 2
 3  APPEARING ON BEHALF OF THE PLAINTIFF:
 4    Ryan Polchinski
      Andrew Polchinski
 5    Attorneys at Law
      LAW OFFICES OF DANIEL M. DAVIS
 6    300 N. Walnut
      Oklahoma City, Oklahoma 73102
 7    ryanp@dandavislaw.com
 8  APPEARING ON BEHALF OF DEFENDANT, ORD TRUCKING:
 9    Rodney D. Stewart
      Attorney at Law
10    STEWART LAW FIRM
      801 N.W. 63rd Street
11    Oklahoma City, Oklahoma 73118
      rds@stewartlaw.com
12
    APPEARING ON BEHALF OF DEFENDANT, ISRAEL JUAREZ:
13
      Mark A. Warman
14    Attorney at Law
      15 W. Sixth Street
15    Suite 2900
      Tulsa, Oklahoma 74119-5423
16
    APPEARING ON BEHALF OF DEFENDANT, VALLE TRUCKING:
17
      Jeffrey A. Curran
18    Attorney at Law
      GABLEGOTWALS
19    BOK Park Plaza
      499 W. Sheridan Avenue
20    Suite 2200
      Oklahoma City, OK 73102
21    jcurran@gablelaw.com
22
23
24
25
```

## Page 3

```
 1  APPEARING ON BEHALF OF DEFENDANT, SILVER STAR
    CONSTRUCTION:
 2
      J. Chris Horton
 3    Attorney at Law
      PAIN & GARLAND
 4    P.O. Box 158
      111 Southwest Second Street
 5    Anadarko, Oklahoma 73005
      jchrishorton@live.com
 6
 7  APPEARING ON BEHALF OF DEFENDANT, SILVER STAR
    CONSTRUCTION:
 8
      Timothy Harmon
 9    Attorney at Law
      COFFEY SENGER WOODARD, PLLC
10    4725 East 91st Street
      Suite 100
11    Tulsa, Oklahoma 74137
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1            TABLE OF CONTENTS
 2                       Page Line
 3  STIPULATIONS . . . . . . . . . . . . .    5   1
 4  JESUS ORDONES TESTIFIES:
 5  DIRECT EXAMINATION BY MR. POLCHINSKI . .  6   6
 6  CROSS-EXAMINATION BY MR. HORTON. . . . . 51   3
 7  REDIRECT EXAMINATION BY MR. POLCHINSKI . 79  24
 8  RECROSS-EXAMINATION BY MR. HORTON. . . . 86  17
 9  JURAT PAGE . . . . . . . . . . . . . . . 89   1
10  CORRECTION PAGE. . . . . . . . . . . .   90   1
11  PROCEEDINGS CONCLUDED. . . . . . . . .   91   1
12
             ** E X H I B I T S **
13
    PLAINTIFF'S EXHIBIT NO. 1. . . . . . .   11  13
14  (Interrogatories)
15
16
17
18
19
20
21
22
23
24
25
```

**Page 57**

1  Q. And then the other truck that you owned at
2 the time of the accident, were you driving that at
3 that time?
4  A. Yeah. It's still with me, yes.
5  Q. Okay. Was that on another job?
6  A. Yes.
7  Q. Okay. And where was that job?
8  A. I can't remember exactly where the truck was.
9  Q. But it was not in Stillwater?
10  A. No, sir.
11  Q. Okay. If I understand your testimony
12 correctly, you were never in Stillwater?
13  A. Never in Stillwater.
14  Q. On that job?
15  A. On that job, yes.
16  Q. Okay. Other than yourself at the time of
17 this accident did you have any other employees that
18 would have been a W2 employee of your company?
19  A. On the time of the accident?
20  Q. Yes, sir.
21  A. It was me and him.
22  Q. And when you say "him", you mean Israel
23 Juarez?
24  A. Israel Juarez, yes.
25  Q. Okay.

**Page 58**

1      MR. WARMAN: Israel for the record was not
2 a W2 employee.
3  Q. (BY MR. HORTON) Right. I think you
4 testified earlier that he was a 1099?
5  A. No, sir. That is correct.
6  Q. Is that your testimony?
7  A. W9.
8  Q. W9, he was a contractor?
9  A. Yes.
10  Q. Not a W2 employee?
11  A. Yes.
12  Q. All right. Did you have any other
13 contractors that worked for you at that time other
14 than Mr. Juarez?
15  A. No, sir.
16  Q. And did you have any other employees -- did
17 you have any employees that worked for you?
18  A. No, sir.
19  Q. Okay. So at the time of the accident it's
20 just you as an employee and owner of ORD Trucking.
21 Fair?
22  A. Yes.
23  Q. And Mr. Juarez --
24  A. Juarez.
25  Q. -- as a W9 contractor for your company?

**Page 59**

1  A. Yes.
2  Q. Okay. Do you understand -- I know you said
3 you didn't know Silver Star Construction.
4      Do you understand they are a road
5 construction company?
6  A. It's a road construction, yes.
7  Q. They're not a trucking company; you
8 understand that?
9  A. Yes.
10  Q. Okay. They hire trucking companies like your
11 own --
12  A. Uh-huh.
13  Q. -- to haul loads for them for their
14 construction -- for construction projects that they're
15 working on?
16  A. Uh-huh.
17  Q. Is that fair?
18  A. Yes.
19  Q. And that fits your understanding and your
20 knowledge of what Silver Star does?
21  A. Yes.
22  Q. Okay. In this particular case, and I want to
23 be perfectly clear, Silver Star did not enter into a
24 contract with your company, ORD, to provide hauling
25 services?

**Page 60**

1  A. Okay.
2  Q. Fair?
3  A. Yes.
4  Q. To your knowledge, and I believe this is what
5 you testified to earlier, Silver Star entered into a
6 contract with Fredy Valle of Valle Trucking to provide
7 hauling services on this project in Stillwater; is
8 that correct to your understanding?
9  A. Yes, because I don't know what kind of
10 contract they have over there with them.
11  Q. But do you understand the agreement was
12 between Silver Star and --
13  A. And Fredy Valle.
14  Q. Yes, sir.
15  A. Yes.
16  Q. Okay. All right. Fredy Valle, if I
17 understand, approached you to provide an additional
18 truck and driver?
19  A. Yes.
20  Q. Okay. And you agreed to do that?
21  A. Yes.
22  Q. And you -- and, so, it was your decision as
23 the owner of ORD Trucking to put Mr. Juarez in one of
24 your trucks to provide to Valle Trucking; is that
25 fair?

61

1   A. Yes, sir.
2   Q. Okay. And if I understand your testimony
3 correctly that it was your -- it was you who retained
4 his services as the owner of ORD Trucking and not --
5 Silver Star didn't hire Mr. Juarez. Is that fair?
6   A. Yeah.
7   Q. Is that fair?
8   A. Uh-huh.
9   Q. Is that a yes?
10   A. I hired him before.
11   Q. And when I say yes, I just want to make sure
12 the record -- I'm not trying to be a school teacher.
13 I just want to be sure she understands you're nodding
14 your head yes and that comes across as a yes on the
15 record.
16   A. Sorry.
17   Q. Okay. All right. You were asked questions
18 earlier by Plaintiff's counsel about your work with
19 T.J. Campbell Company.
20       And I believe your testimony was something
21 the effect of they tell you when to show up at the job
22 site and start the day. Is that fair?
23   A. Yes.
24   Q. And then once you arrive as a truck driver at
25 that job site they load your truck?

62

1   A. Yes.
2   Q. And then the contractor then tells you where
3 to deliver that load?
4   A. Yes.
5   Q. Is that fair?
6   A. Yes.
7   Q. And, so, and you do that as a truck driver.
8 You pick up the load and you're told where to deliver
9 it and you haul it to that location and you unload it.
10 Is that fair?
11   A. Uh-huh.
12   Q. Is that pretty much the process on every job
13 you work? You are told to arrive at a certain time,
14 at a certain location, and pick up a load?
15   A. Yes.
16   Q. Okay. And then that company that you're
17 hauling the load for, they tell you where to deliver
18 the load, that's common?
19   A. Yes, sir.
20   Q. Okay. But as far as how you operate your
21 truck and how you drive that truck as a commercial
22 driver, that's your job as a truck driver; is that
23 fair?
24   A. Yes.
25   Q. The company that's hiring you to transport

63

1 that load, they don't sit in the truck with you and
2 tell you how to operate that truck; is that fair?
3   A. (Witness nods head).
4   Q. Is that a yes?
5   A. No. They don't tell me how to drive the
6 truck.
7   Q. Right.
8       That's your job as the truck driver?
9   A. Yes.
10   Q. Is that correct?
11   A. Yes, sir.
12   Q. And you have been properly trained to do
13 that?
14   A. Yes.
15   Q. To perform that job. And, so, it's your job
16 to determine how to, one, if your load needs to be
17 secured, you as the truck driver, it's your job to
18 know how to secure that load. Is that fair?
19   A. Yes, sir.
20   Q. It's not Silver Star's job to tell you how to
21 secure the load; is that fair?
22   A. No.
23   Q. No, it's not fair or, yes, that is fair?
24   A. Not me. We are the guys that secure the
25 load, you know.

64

1   Q. Truck driver secures the load?
2   A. Yes.
3   Q. Okay. So the truck driver, he knows where
4 he's going to pick up the load and he knows where to
5 deliver the load.
6       But it's the truck driver's job to determine
7 how to get that load from Point A to Point B?
8   A. Yes, sir.
9   Q. Okay. And is that true -- was that true for
10 Mr. Juarez on the date of the accident?
11       Do you understand my question?
12   A. Yes.
13   Q. Okay. Was that the same situation that day?
14   A. (Witness nods head).
15   Q. Is that a yes?
16   A. Yes.
17   Q. Okay. You were asked -- well, before I move
18 on, let me ask this: As a commercial truck driver,
19 the company or person that you're hauling the load
20 for, they also -- they don't tell you when to stop at
21 a stop sign; is that fair?
22   A. No, they don't.
23   Q. They don't tell you what speed to drive; is
24 that fair?
25   A. Yes.

89

```
1          ** JURAT **
2
3      I, JESUS ORDONES, do hereby state under oath
4  that I have read the above and foregoing deposition in
5  its entirety and that with my corrections, if any
6  there be, the same is a full, true and correct
7  transcript of my testimony.
8
              _____
9
              JESUS ORDONES
10
11  STATE OF OKLAHOMA   )
                       )
12  COUNTY OF _____  )
13
14
15      SUBSCRIBED AND SWORN TO before me, the
16  undersigned Notary Public in and for the State of
17  Oklahoma by said witness, JESUS ORDONES, this
18  _____ day of _____ 2023.
19
20  _____   _____
21    NOTARY PUBLIC     CERTIFICATE NUMBER
      STATE OF OKLAHOMA
22
23
      MY COMMISSION EXPIRES: _____
24
25
```

91

```
1         ** CERTIFICATE **
2
    STATE OF OKLAHOMA   )
3            ) SS:
    COUNTY OF OKLAHOMA  )
4
5      I, Mary E. (Liz) Waggoner, a Certified Shorthand
6  Reporter within and for the State of Oklahoma, do
7  hereby certify that I reported all of the foregoing
8  testimony, and that I later reduced it to typewritten
9  form, as the same appears herein.
10     I further certify that I am not a relative of, nor
11  attorney for, nor clerk or stenographer for the
12  attorneys, or any party to this litigation, and that I
13  am not otherwise interested in the event of the
14  same.
15     I further certify that the above and foregoing
16  typewritten pages contain a full, true and correct
17  transcript of my stenograph notes so taken, during
18  said hearing.
19     WITNESS my hand and seal this 23rd day of July,
20  2023.
21
22           _____
              MARY E. (LIZ) WAGGONER, CSR
23           Oklahoma Certified Shorthand Reporter
              Certificate No. 00393
24           Expiration Date:  December 31, 2023
25
```

90

```
1    ** CORRECTION SHEET **
2
3  NAME:  JESUS ORDONES
4  DATE:  JULY 20, 2023
5  REPORTER:  MARY E. (LIZ) WAGGONER, CSR
6  PAGE NO.  LINE NO.  CORRECTION & REASON FOR CHANGE
7  _____  _____  _____
8  _____  _____  _____
9  _____  _____  _____
10 _____  _____  _____
11 _____  _____  _____
12 _____  _____  _____
13 _____  _____  _____
14 _____  _____  _____
15 _____  _____  _____
16 _____  _____  _____
17 _____  _____  _____
18 _____  _____  _____
19 _____  _____  _____
20 _____  _____  _____
21 _____  _____  _____
22 _____  _____  _____
23 _____  _____  _____
24 _____  _____  _____
25 _____  _____  _____
```