IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> FREDY VALLE, doing business as ) </br> Valle Trucking; SILVER STAR ) </br> CONSTRUCTION COMPANY, INC.; ) </br> TYLON MACKEY; and ZURICH ) </br> AMERICAN INSURANCE COMPANY,) </br> ) </br> Defendants, ) | Case No. CIV-22-702-JD |
| ZURICH AMERICAN INSURANCE ) </br> COMPANY, ) </br> ) </br> Counter Claimant, ) </br> v. ) </br> ) </br> GREAT LAKES INSURANCE SE, ) </br> ) </br> Counter Defendant, ) | |
| ZURICH AMERICAN INSURANCE ) </br> COMPANY, ) </br> ) </br> Third-Party Plaintiff, ) </br> v. ) </br> ) </br> PROGRESSIVE NORTHERN ) </br> INSURANCE COMPANY, ) </br> ) </br> Third-Party Defendant. ) | |

**ORDER**

Before the Court is Defendant/Third-Party Plaintiff Zurich American Insurance Company's unopposed Motion to Strike Settlement Conference. Doc.

105. After conferring with the parties, the Court GRANTS the motion and strikes the settlement conference set for January 5, 2024. The Court anticipates it may set the case for a settlement conference at a later date.

ORDERED this 29th day of December, 2023.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE