**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: January 3, 2024

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-00702-JD |
| | ) | |
| FREDY VALLE, doing business as | ) | |
| Valle Trucking; SILVER STAR | ) | |
| CONSTRUCTION COMPANY, INC.; | ) | |
| TYLON MACKEY; and ZURICH | ) | |
| AMERICAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants, | ) | |
| --------------------------------------------- | ) | |
| ZURICH AMERICAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Counter Claimant, | ) | |
| v. | ) | |
| | ) | |
| GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
| Counter Defendant, | ) | |
| --------------------------------------------- | ) | |
| ZURICH AMERICAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE NORTHERN | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**ENTER ORDER:**

Before the Court is Defendant/Third-Party Plaintiff Zurich American Insurance Company's Motion to Stay Proceedings Pending a Determination of Dispositive Motions in the Underlying Suit. [Doc. No. 107]. The Court sets this matter for a telephonic status conference on **Friday, January 12, 2024, at 2:00 p.m.**

The Court's deputy will contact the parties with further instructions closer to the conference.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK


By:   */s/ Nyssa Vasquez*
          Deputy Clerk

2