# CHAMBERS MINUTE SHEET

CASE NO. <u>CIV-22-000702-JD</u>                                          DATE <u>January 12, 2024</u>

<u>Great Lakes Insurance SE</u>                    v. <u>Fredy Valle, et al.</u>

COMMENCED <u>3:15 p.m.</u>        ENDED <u>3:35 p.m.</u>        TOTAL TIME <u>20 minutes</u>

PROCEEDINGS <u>Telephonic Status Conference</u>

JUDGE <u>JODI W. DISHMAN</u>        DEPUTY <u>NYSSA VASQUEZ</u>        REPORTER <u>N/A</u>

PLF'S. COUNSEL <u>Emily E. Williams</u>

DFTS.' COUNSEL <u>J. Chris Horton (Silver Star Construction Company Inc.), James E. Scimeca and Andrew E. Polchinski (Tylon Mackey), Amy E. Hampton (Zurich American Insurance Company), and Bradley E. Bowlby (for Third-Party Defendant Progressive Northern Insurance Company)</u>

Counsel appear telephonically as noted above. The Court discusses the Motion to Stay Proceedings filed by Zurich American Insurance Company [Doc. No. 107]. Status of case and depositions discussed. The Court confirms that all parties do not oppose the Motion to Stay (counsel for Plaintiff would request that there be a deadline on the stay request).

The Court will GRANT the Motion to Stay Proceedings (with a deadline and with requirements of status reports and motions to extend the stay with a showing of good cause) discussed with counsel during this conference and will issue a written order within the next week.

The Court also advises under Fed. R. Civ. P. 1, it will STRIKE the pending motions for summary judgment [Doc. Nos. 92, 93, and 94] with leave granted to refile once the stay is lifted. Counsel for all parties confirm no objection to striking the pending motions for summary judgment.