**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>PAYNE COUNTY</u>, OKLAHOMA

Mackey, Tylon v. Juarez, Israel et al

**No. CJ-2020-233**
(Civil relief more than $10,000: AUTO NEGLIGENCE)

Filed: 07/08/2020

Judge: Corley, Phillip C.

# PARTIES

Juarez, Israel, Defendant
Mackey, Tylon, Plaintiff
ORD Trucking Inc, Defendant
Silver Star Construction Company Inc, Defendant
Valle, Fredy N Sr, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Burns, Blake T (Bar #34621)<br>ROBERSON, KOLKER, COOPER & GOERES, P.C.<br>16408 Murifield Place<br>Edmond, OK 73013 | Valle, Fredy N Sr |
| Coffey, Robert Poindexter Jr (Bar #14628)<br>4725 East 91st Street Suite 100<br>Tulsa, OK 74137 | Silver Star Construction Company Inc, |
| Curan, Jeffrey A (Bar #12255)<br>Gable Gotwals<br>499 W. Sheridian Avenue BOK Park Plaza Suite 2200<br>OKC, OK 73102 | Valle, Fredy N Sr |

Exhibit 1

| Attorney | Represented Parties |
|---|---|
| Hancock, Nicholaus A (Bar #31576)<br>Coffey Senger and McDaniel, PLLC<br>4725 East 91st Street, Suite 100<br>Tulsa, OK 74137 | Silver Star Construction Company Inc, |
| Harmon, Timothy Scott (Bar #11333)<br>Coffey Senger and Woodard PLLC<br>4725 East 91st Street, Suite 100<br>Tulsa, OK 74137 | Silver Star Construction Company Inc, |
| Hitt, Brion Brady (Bar #19120)<br>Stewart Law Firm<br>801 NW 63rd Street, Suite 100<br>Oklahoma City, OK 73116 | ORD Trucking Inc, |
| Horton, J Chris (Bar #19334)<br>Po Box 576<br>El Reno, OK 73036 | Silver Star Construction Company Inc, |
| Polchinski, Ryan (Bar #31869)<br>Law Offices of Daniel M Davis<br>300 N Walnut Ave<br>Oklahoma City, OK 73104 | Mackey, Tylon |
| Prentice, Timothy J (Bar #22689)<br>Roberson Kolker Cooper & Goeres PC<br>16408 Muirfield Plave<br>Edmond, OK 73013 | Valle, Fredy N Sr |
| Roberson, Brad Leslie (Bar #18819)<br>Roberson Kolker PC<br>16408 Muirfield Place<br>Edmond, OK 73013 | Valle, Fredy N Sr |
| Senger, David C. (Bar #18830)<br>Coffey Gudgel & McDaniel<br>4725 East 91st St., Suite 100<br>Tulsa, OK 74137 | Silver Star Construction Company Inc, |
| Stewart, Rodney D. (Bar #15105)<br>Stewart Law Firm<br>801 NW 63rd Street, Suite 100<br>Oklahoma City, OK 73116 | ORD Trucking Inc, |

| Attorney | Represented Parties |
|---|---|
| Warman, Mark Alan (Bar #12920)<br>Franden Farris Quillin Goodnight Roberts and Ward<br>Two West Second St., Suite 900<br>Tulsa, OK 74103 | Juarez, Israel |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, May 6, 2021 at 1:30 PM<br>Plaintiff's Motion To Compel and Motion to Deem Requests for Admission Admitted | Mackey, Tylon | Phillip C. Corley | |
| Thursday, May 5, 2022 at 2:30 PM<br>DISPOSITION HEARING DOCKET | Mackey, Tylon | Phillip C. Corley | |
| Thursday, November 3, 2022 at 2:30 PM<br>DISPOSITION HEARING DOCKET | Mackey, Tylon | Phillip C. Corley | |
| Thursday, May 4, 2023 at 2:30 PM<br>DISPOSITION HEARING DOCKET | Mackey, Tylon | Phillip C. Corley | |
| Thursday, November 2, 2023 at 2:30 PM<br>DISPOSITION HEARING DOCKET | Mackey, Tylon | Phillip C. Corley | |
| Thursday, May 2, 2024 at 2:30 PM<br>DISPOSITION HEARING DOCKET | Mackey, Tylon | Phillip C. Corley | |
| Thursday, June 6, 2024 at 1:30 PM<br>Defendants, Israel Juarez and ORD Trucking's Motion for Partial Summary Judgment Regarding Plaintiff's Claim for Punitive Damages | Juarez, Israel | Phillip C. Corley | |
| Thursday, June 6, 2024 at 1:30 PM<br>Defendant Silver Star Construction Company's motion for summary judgment | Silver Star Construction Company Inc | Phillip C. Corley | |
| Thursday, November 7, 2024 at 2:30 PM<br>DISPOSITION HEARING DOCKET | Mackey, Tylon | Phillip C. Corley | |

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: AUTO NEGLIGENCE (AUTONEG)
    Filed By: Mackey, Tylon
    Filed Date: 07/08/2020

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description |
|---|---|---|

| Date | Code | Description | Amount |
|---|---|---|---|
| 07-08-2020 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 07-08-2020 | [ AUTONEG ] | AUTO NEGLIGENCE | |
| 07-08-2020 | [ DMFE ] | DISPUTE MEDIATION FEE | $ 7.00 |
| 07-08-2020 | [ PFE1 ] | PETITION<br>Document Available (#1046922958) ☐TIFF  ☐PDF | $ 163.00 |
| 07-08-2020 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 07-08-2020 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 07-08-2020 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 07-08-2020 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 07-08-2020 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 07-08-2020 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| 07-08-2020 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 07-08-2020 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 07-08-2020 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 07-08-2020 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 07-08-2020 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 07-08-2020 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 07-08-2020 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 07-08-2020 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 07-08-2020 | [ SMF ] | SUMMONS FEE | $ 20.00 |

| | |
|---|---|
| 07-08-2020  [ SMIMA ] | Juarez, Israel |

SUMMONS ISSUED - MAILED BY ATTORNEY
Document Available (#1046922962) ☐TIFF  ☐PDF

| | |
|---|---|
| 07-08-2020  [ SMIMA ] | ORD Trucking Inc |

SUMMONS ISSUED - MAILED BY ATTORNEY
Document Available (#1046922954) ☐TIFF  ☐PDF

**07-08-2020  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CORLEY, PHILLIP C. TO THIS CASE.

**07-08-2020  [ ACCOUNT ]**

RECEIPT # 2020-636897 ON 07/08/2020.
PAYOR: LAW OFFICES OF DANIEL DAVIS TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2020-233: $183.00 ON AC01 CLERK FEES.
CJ-2020-233: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2020-233: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2020-233: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2020-233: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2020-233: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2020-233: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2020-233: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2020-233: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2020-233: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2020-233: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2020-233: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

| | |
|---|---|
| 09-16-2020  [ EAA ] | ORD Trucking Inc |

ENTRY OF APPEARANCE
Document Available (#1046920095) ☐TIFF  ☐PDF

| | |
|---|---|
| 09-16-2020  [ A ] | ORD Trucking Inc |

ANSWER
Document Available (#1046920091) ☐TIFF  ☐PDF

| | |
|---|---|
| 11-16-2020  [ POS ] | Juarez, Israel |

PROOF OF SERVICE AFFIDAVIT
Document Available (#1048137241) ☐TIFF  ☐PDF

| | |
|---|---|
| 01-04-2021  [ SPAPP ] | Juarez, Israel |

SPECIAL APPEARANCE AND RESERVATION OF TIME IN WHICH TO FURTHER ANSWER OR PLEAD
Document Available (#1048136478) ☐TIFF  ☐PDF

| | |
|---|---|
| 01-22-2021  [ A ] | Juarez, Israel |

ANSWER OF DEFENDANT ISRAEL JUAREZ
Document Available (#1048514020) ☐TIFF  ☐PDF

| | |
|---|---|
| 04-08-2021  [ MOC ] | Mackey, Tylon |

PLAINTIFF'S MOTION TO COMPEL AND MOTION TO DEEM REQUESTS FOR ADMISSION ADMITTED
Document Available (#1049061715) ☐TIFF  ☐PDF

| Date | Code | Party | Amount |
|---|---|---|---|
| 04-08-2021 | [ AMP ] | Mackey, Tylon | |

PLAINTIFF'S FIRST AMENDED PETITION
Document Available (#1049061719) ☐TIFF  ☐PDF

| 04-30-2021 | [ RESP ] | Juarez, Israel | |

RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION TO COMPEL AND MOTION TO DEEM REQUESTS FOR ADMISSION ADMITTED
Document Available (#1049164359) ☐TIFF  ☐PDF

| 05-06-2021 | [ SMF ] | | $ 10.00 |

SUMMONS FEE

| 05-06-2021 | [ SMIMA ] | Valle, Fredy N Sr | |

SUMMONS ISSUED - MAILED BY ATTORNEY
Document Available (#1049164558) ☐TIFF  ☐PDF

| 05-06-2021 | [ I ] | Mackey, Tylon | |

ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT ISRAEL JUAREZ (JUDGE CORLEY)
Document Available (#1049164538) ☐TIFF  ☐PDF

| 05-06-2021 | [ TEXT ] | Mackey, Tylon | |

JUDGE CORLEY: AN AGREED ORDER IS SUBMITTED AND THE CASE IS STRICKEN FROM THE DOCKET.

| 05-06-2021 | [ ADJUST ] | | $ 0.25 |

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

| 05-06-2021 | [ ACCOUNT ] | | |

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2020-233: AC01 CLERK FEES -$0.25

| 05-06-2021 | [ ACCOUNT ] | | |

RECEIPT # 2021-656193 ON 05/06/2021.
PAYOR: POLCHINSKI/RYAN W TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2020-233: $9.75 ON AC01 CLERK FEES.
CJ-2020-233: $0.25 ON AC09 CARD ALLOCATIONS.

| 05-20-2021 | [ CERTS ] | Mackey, Tylon | |

CERTIFICATE OF SERVICE BY CERTIFIED MAIL
Document Available (#1049462133) ☐TIFF  ☐PDF

| 08-10-2021 | [ SMF ] | | $ 10.00 |

SUMMONS FEE

| 08-10-2021 | [ SMIMA ] | Silver Star Construction Company Inc | |

SUMMONS ISSUED - MAILED BY ATTORNEY
Document Available (#1050042953) ☐TIFF  ☐PDF

| 08-10-2021 | [ AMP ] | Mackey, Tylon | |

PLAINTIFF'S SECOND AMENDED PETITION
Document Available (#1050042973) ☐TIFF  ☐PDF

| 08-10-2021 | [ ADJUST ] | | $ 0.25 |

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

08-10-2021  [ ACCOUNT ]

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2020-233: AC01 CLERK FEES -$0.25

---

08-10-2021  [ ACCOUNT ]

RECEIPT # 2021-662194 ON 08/10/2021.
PAYOR: POLCHINSKI/RYAN W TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2020-233: $9.75 ON AC01 CLERK FEES.
CJ-2020-233: $0.25 ON AC09 CARD ALLOCATIONS.

---

09-07-2021  [ CERTS ]                                             Mackey, Tylon

CERTIFICATE OF SERVICE BY CERTIFIED MAIL
Document Available (#1050441233)  ☐TIFF    ☐PDF

---

09-07-2021  [ A ]                                                 ORD Trucking Inc

DEFENDANT ORD TRUCKING'S ANSWER TO PLAINTIFF'S SECOND AMENDED PETITION
Document Available (#1050441286)  ☐TIFF    ☐PDF

---

09-07-2021  [ A ]                                                 Juarez, Israel

COMBINED ANSWER OF DEFENDANT ISRAEL JUAREZ
Document Available (#1050441315)  ☐TIFF    ☐PDF

---

09-07-2021  [ SPAPP ]                                             Silver Star Construction Company Inc

QUALIFIED SPECIAL ENTRY OF APPEARANCE AND RESERVATION OF ADDITIONAL TIME IN WHICH TO FURTHER PLEAD OR ANSWER
Document Available (#1050441331)  ☐TIFF    ☐PDF

---

09-27-2021  [ A ]                                                 Silver Star Construction Company Inc

DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED PETITION
Document Available (#1050442125)  ☐TIFF    ☐PDF

---

05-02-2022  [ EAA ]                                               Valle, Fredy N Sr

ENTRY OF APPEARANCE
Document Available (#1052129584)  ☐TIFF    ☐PDF

---

05-02-2022  [ A ]                                                 Valle, Fredy N Sr

ANSWER OF FREDY N. VALLE SR., D/B/A VALLE TRUCKING
Document Available (#1052129580)  ☐TIFF    ☐PDF

---

05-05-2022  [ TEXT ]                                              Mackey, Tylon

JUDGE CORLEY: AT THE REQUEST OF THE PARTIES THIS CASE IS STRICKEN FROM THE DISPOSITION DOCKET. AN AGREED SCHEDULING ORDER WILL BE SUBMITTED.

---

05-05-2022  [ SO ]                                                Mackey, Tylon

SCHEDULING ORDER (JUDGE CORLEY)
Document Available (#1052130782)  ☐TIFF    ☐PDF

---

07-15-2022  [ A ]                                                 Silver Star Construction Company Inc

DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.'S AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED PETITION AND CROSS-CLAIMS AGAINST DEFENDANT FREDY N. VALLE, SR., DBA VALLE TRUCKING
Document Available (#1052806177)  ☐TIFF    ☐PDF

| | | |
|---|---|---|
| 08-08-2022 [ A ] | | Valle, Fredy N Sr |

ANSWER OF FREDY N. VALLE SR., D/B/A VALLE TRUCKING TO CROSS CLAIM OF SILVER STAR CONSTRUCTION
Document Available (#1053159036) ☐TIFF   ☐PDF

---

10-03-2022 [ NO ]                                                                 Juarez, Israel

NOTICE OF CHANGE OF ADDRESS
Document Available (#1053155529) ☐TIFF   ☐PDF

---

11-02-2022 [ MO ]                                                                 Mackey, Tylon

JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND RESPECTIVE DEADLINES
Document Available (#1053667647) ☐TIFF   ☐PDF

---

11-02-2022 [ O ]                                                                  Mackey, Tylon

ORDER TO CONTINUE PRETRIAL CONFERENCE AND RESPECTIVE DEADLINES (JUDGE CORLEY)
Document Available (#1053667643) ☐TIFF   ☐PDF

---

11-03-2022 [ TEXT ]                                                               Mackey, Tylon

JUDGE CORLEY: THIS CASE COMES BEFORE THE COURT ON THE DISPOSITION DOCKET. THE CASE IS STRICKEN FROM THE DOCKET.

---

01-27-2023 [ EAA ]                                              Silver Star Construction Company Inc

ENTRY OF APPEARANCE
Document Available (#1054650083) ☐TIFF   ☐PDF

---

01-27-2023 [ EAA ]                                              Silver Star Construction Company Inc

ENTRY OF APPEARANCE
Document Available (#1054650079) ☐TIFF   ☐PDF

---

01-27-2023 [ EAA ]                                              Silver Star Construction Company Inc

ENTRY OF APPEARANCE
Document Available (#1054650075) ☐TIFF   ☐PDF

---

05-03-2023 [ MO ]                                                                 Mackey, Tylon

JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND RESPECTIVE DEADLINES
Document Available (#1055437193) ☐TIFF   ☐PDF

---

05-04-2023 [ TEXT ]                                                               Mackey, Tylon

JUDGE CORLEY: THIS CASE COMES BEFORE THE COURT ON THE DISPOSITION DOCKET. THE CASE IS CONTINUED TO THE DISPOSITION DOCKET ON NOVEMBER 2, 2023 AT 2:30 P.M.

---

10-30-2023 [ EAA ]                                                                Valle, Fredy N Sr

ENTRY OF APPEARANCE
Document Available (#1056892105) ☐TIFF   ☐PDF

---

11-02-2023 [ SO ]                                                                 Mackey, Tylon

SCHEDULING ORDER (JUDGE CORLEY)
Document Available (#1056893995) ☐TIFF   ☐PDF

---

11-02-2023 [ TEXT ]                                                               Mackey, Tylon

JUDGE CORLEY: THIS CASE COMES BEFORE THE COURT ON THE DISPOSITION DOCKET. THE PARTIES APPEAR BY COUNSEL. AN AGREED SCHEDULING ORDER IS SUBMITTED. THE CASE IS STRICKEN FROM THE DOCKET.

| Date | Code | Party | Amount |
|---|---|---|---|
| 12-22-2023 | [ MO ] | Silver Star Construction Company Inc | |

MOTION TO WITHDRAW AS COUNSEL
Document Available (#1057138904) ☐TIFF ☐PDF

| 01-02-2024 | [ O ] | Silver Star Construction Company Inc | |

ORDER GRANTING MOTION TO WITHDRAW (JUDGE CORLEY)
Document Available (#1057518208) ☐TIFF ☐PDF

| 01-04-2024 | [ WL ] | Valle, Fredy N Sr | |

DEFENDANT FREDY N. VALLE, SR., D/B/A VALLE TRUCKING PRELIMINARY WITNESS AND EXHIBIT LIST
Document Available (#1057518238) ☐TIFF ☐PDF

| 01-05-2024 | [ EAA ] | Silver Star Construction Company Inc | |

ENTRY OF APPEARANCE
Document Available (#1057521552) ☐TIFF ☐PDF

| 03-11-2024 | [ EAA ] | Silver Star Construction Company Inc | |

ENTRY OF APPEARANCE
Document Available (#1057752666) ☐TIFF ☐PDF

| 04-08-2024 | [ MOSJ ] | | $ 50.00 |

DEFENDANT SILVER STAR CONSTRUCTION COMPANY'S MOTION FOR SUMMARY JUDGMENT
Document Available (#1058413560) ☐TIFF ☐PDF

04-08-2024   [ ACCOUNT ]

RECEIPT # 2024-717712 ON 04/08/2024.
PAYOR: COFFEY SENGER & WOODARD FOR JUAREZ, ISRAEL TOTAL AMOUNT PAID: $ 150.00.
LINE ITEMS:
CJ-2020-233: $50.00 ON AC01 CLERK FEES.
CJ-2020-233: $100.00 ON AC99 HOLDING.

| 04-09-2024 | [ MOSJ ] | | $ 50.00 |

MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF IN SUPPORT REGARDING PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES
Document Available (#1058413602) ☐TIFF ☐PDF

04-09-2024   [ ACCOUNT ]

RECEIPT # 2024-717828 ON 04/09/2024.
PAYOR: RODNEY D STEWART PC FOR ISRAEL JUAREZ TOTAL AMOUNT PAID: $ 50.00.
LINE ITEMS:
CJ-2020-233: $50.00 ON AC01 CLERK FEES.

| 04-15-2024 | [ NOH ] | Juarez, Israel | |

NOTICE OF HEARING
Document Available (#1058413846) ☐TIFF ☐PDF

| 05-02-2024 | [ TEXT ] | Mackey, Tylon | |

JUDGE CORLEY: THIS CASE COMES BEFORE THE COURT ON THE DISPOSITION DOCKET. THE CASE IS STRICKEN FROM THE DOCKET.

| 05-10-2024 | [ RESP ] | Mackey, Tylon | |

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT
Document Available (#1058707683) ☐TIFF ☐PDF

| | | |
|---|---|---|
| **05-20-2024** | **[ NOH ]** | Silver Star Construction Company Inc |

NOTICE OF HEARING
Document Available (#1058708050)  ☐TIFF   ☐PDF

---

**05-31-2024**  **[ RESP ]**                                              Silver Star Construction Company Inc

DEFENDANT SILVER STAR CONSTRUCTION COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
Document Available (#1058703215)  ☐TIFF   ☐PDF

---

**06-06-2024**  **[ TEXT ]**                                              Silver Star Construction Company Inc

JUDGE CORLEY/RECORDED: THIS CASE COMES BEFORE THE COURT ON THE MOTION TO DISMISS AND ON DEFENDANT SILVER STAR'S MOTION FOR SUMMARY JUDGMENT. THE PARTIES APPEAR BY COUNSEL. THE MOTION TO DISMISS IS SUSTAINED BY AGREEMENT. ARGUMENT IS HEARD ON SILVER STAR'S MOTION FOR SUMMARY. THE MOTION IS SUSTAINED AS TO SILVER STAR.