IN THE DISTRICT COURT OF PAYNE COUNTY
STATE OF OKLAHOMA

IN THE DISTRICT COURT OF
Payne County, Oklahoma
FILED

JUL 01 2024

LORI ALLEN, Court Clerk
By: _____ Deputy

| | |
|---|---|
| Tylon Mackey,<br><br>        Plaintiff,<br><br>v.<br><br>Israel Juarez, individually, ORD Trucking, Inc.,<br>Fredy N Valle Sr. d/b/a Valle Trucking, and<br>Silver Star Construction Company, Inc.,<br><br>        Defendants. | Case No. CJ-2020-233<br>Honorable Phillip C. Corley |

## ORDER GRANTING SUMMARY JUDGMENT

On June 6, 2024, this matter came on for hearing on Defendant Silver Star Construction Company, Inc.'s Motion for Summary Judgment on Plaintiff's claims. Plaintiff appears by and through their attorney, Ryan Polchinski. Defendant Silver Star Construction Company, Inc., appears by and through its attorneys, Jennifer Struble and J. Chris Horton. Defendant Israel Juarez appears by and through his attorney, Mark Warman. Defendant ORD Trucking, Inc., appears by and through its attorney, Rodney Stewart. Defendant Fredy N. Valle Sr. d/b/a Valle Trucking appears by and through his attorney, Scott Kiplinger. After reviewing the pleadings in this case, the relevant legal authorities, hearing the arguments of counsel, and being fully advised in the premises, the Court FINDS, ORDERS, ADJUDGES AND DECREES the Defendant Silver Star Construction Company, Inc.'s Motion for Summary Judgment is hereby GRANTED and SUSTAINED as to all claims alleged by Plaintiff Tylon Mackey against Defendant Silver Star Construction Company, Inc.

IT IS SO ORDERED.

DATED this ___ day of June, 2024.

Exhibit 2

_____
JUDGE OF THE DISTRICT COURT

APPROVED:

_____
J. Chris Horton, OBA#19334
J. CHRIS HORTON, PC
P.O. Box 576
El Reno, OK 73036
Telephone: 405-317-4423
jchrishorton@live.com
-and-
Robert P. Coffey, Jr., OBA #14628
Nicholaus Hancock, OBA #31576
Jennifer L. Struble, OBA #19949
COFFEY, SENGER & WOODARD, PLLC
4725 E. 91st Street, Suite 100
Tulsa, OK 74137
robert@cswlawgroup.com
nicholaus@cswlawgroup.com
jennifer@cswlawgroup.com
*ATTORNEYS FOR DEFENDANT SILVER STAR CONSTRUCTION COMPANY, INC.*

_____
Ryan Polchinski, Esq.
Andrew Davis, Esq.
LAW OFFICES OF DANIEL M. DAVIS
300 N. Walnut Avenue
Oklahoma City, Oklahoma 73104
ryanp@dandavislaw.com
*ATTORNEYS FOR PLAINTIFFS*

_____
Mark Alan Warman, Esq.
LEVINSON, SMITH & HUFFMAN, PC
1743 S. 71st Street
Tulsa, Oklahoma 74136
m.warman@lsh-law-firm.com
*ATTORNEY FOR DEFENDANT ISRAEL JUAREZ*

Rodney D. Stewart, Esq.
STEWART LAW FIRM
801 NW 63rd Street, Suite 100
Oklahoma City, Oklahoma 73116
rstewart@rstewartlaw.com
*ATTORNEYS FOR DEFENDANT ORD TRUCKING, INC.*

Jeffrey A. Curran, Esq.
GABLE GOTWALS
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
jcurran@gablelaw.com
-and-
Brad L. Roberson, Esq.
Timothy J. Prentice, Esq.
Blake T. Burns, Esq.
ROBERSON, KOLKER, P.C.
16408 Muirfield Place
Edmond, OK 73013
brad@rkclaw.com
tj@rkclaw.com
blake@rkclaw.com
*ATTORNEY FOR DEFENDANT FREDY N. VALLE SR., D/B/A VALLE TRUCKING*