# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: August 12, 2024

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00702-JD |
| | ) |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; and ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants, | ) |
| ---------------------------------------------- | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Counter Claimant, | ) |
| v. | ) |
| | ) |
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Counter Defendant, | ) |
| ---------------------------------------------- | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| | ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendant. | ) |

**ENTER ORDER:**

The Court has received and reviewed the parties' Joint Status Report Regarding Stay of Proceedings filed on July 29, 2024. *See* [Doc. No. 113].

Consequently, the stay of this action is **LIFTED** effective August 1, 2024. *See* [Doc. No. 112]. The parties are directed to file a Joint Status Report proposing new remaining deadlines in this action on or before **August 30, 2024**. The Court will then enter a new scheduling order setting forth pretrial deadlines and a trial date for this matter.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By: /s/ *Nyssa Vasquez*
Deputy Clerk