IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) GREAT LAKES INSURANCE SE )
)
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-22-22-702-JD
)
(2) FREDY VALLE D/B/A VALLE TRUCKING; )
(3) SILVER STAR CONSTRUCTION COMPANY, INC.; )
(4) TYLON MACKEY; )
(5) ISRAEL JUAREZ; )
(6) ORD TRUCKING, INC.; )
(7) ZURICH AMERICAN INSURANCE COMPANY )
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

PLAINTIFF-COUNTER DEFENDANT, GREAT LAKES INSURANCE SE.
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ KERRY R. LEWIS         August 23, 2024
Signature                  Date

KERRY R. LEWIS
Print Name

Rhodes, Hieronymus, Jones, Tucker & Gable, PLLC
Firm

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Two West Second Street, Suite 1000
Address

Tulsa, Oklahoma 74103
City           State          Zip Code

918-582-1173
Telephone

klewis@rhodesokla.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on August 23, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul KERRY R. LEWIS
s/ Attorney Name