# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. CIV-22-00702-JD |
| FREDY VALLE, doing business as Valle Trucking; SILVER STAR CONSTRUCTION COMPANY, INC.; TYLON MACKEY; and ZURICH AMERICAN INSURANCE COMPANY, | ) |
|        Defendants, | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
|        Counter Claimant, | ) |
| v. | ) |
| GREAT LAKES INSURANCE SE, | ) |
|        Counter Defendant, | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
|        Third-Party Plaintiff, | ) |
| v. | ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) |
|        Third-Party Defendant. | ) |

# **ORDER**

Before the Court is Plaintiff/Counter-Defendant Great Lakes Insurance SE's Unopposed Motion for Two-Week Extension of Time to File Joint Status Report ("Motion"). [Doc. No. 118]. The Motion seeks a two-week extension for the parties to file a Joint Status Report.

For the reasons stated in the Motion, the Court GRANTS the Motion [Doc. No. 118] and extends the deadline for the parties to file a Joint Status Report from August 30, 2024 to **September 13, 2024**.

IT IS SO ORDERED this 29th day of August 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE