IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(2) FREDY VALLE d/b/a VALLE )<br>TRUCKING; )<br>(3) SILVER STAR CONSTRUCTION )<br>COMPANY, INC.; )<br>(4) TYLON MACKEY; )<br>(5) ISRAEL JUAREZ; )<br>(6) ORD TRUCKING, INC; )<br>(7) ZURICH AMERICAN INS. CO., )<br>)<br>Defendants. )<br>_____ )<br>)<br>(8) ZURICH AMERICAN INS. CO., )<br>)<br>Defendant/Third Party Plaintiff, )<br>)<br>v. )<br>)<br>(9) PROGRESSIVE NORTHERN INS. )<br>CO., )<br>)<br>Third-Party Defendant. ) | Case No. CIV-22-702-JD |

**JOINT STATUS REPORT REGARDING REMAINING DEADLINES**

Plaintiff/Counter-Defendant Great Lakes Insurance SE ("Great Lakes"), Defendant/Counterclaimant/Third-Party Plaintiff Zurich American Insurance Company "ZAIC"), Defendant Silver Star Construction Company, Inc. ("Silver Star"), Defendant Tylon Mackey ("Mackey"), and Third-Party Defendant Progressive Northern Insurance Company ("Progressive") (collectively, "Parties") respectfully submit this Joint Status Report regarding the remaining deadlines. *See* Dkt. Nos. 114 & 119.

**Case Status and Proposed Deadlines**

This declaratory judgment action arises out of a dispute regarding insurance coverage for the allegations and claims made in Tylon Mackey v. Israel Juarez, et al., Case No. CJ-2020-2033 (Payne County) ("the underlying lawsuit"). The Parties understand that the underlying lawsuit has been resolved through settlement pending the exchange of settlement papers and the filing of a dismissal with prejudice. As a result of this settlement, the Parties anticipate the resolution of the disputes in this declaratory judgment action once the formal dismissal of the underlying lawsuit has been filed. The Parties offer the following proposed deadlines in the event resolution does not take place:

All dispositive motions to be filed by November 1, 2024

Trial docket to be set by the Court

All trial related deadlines to be set by the Court

Final Pretrial Report filing date to be set by the Court

Dated this 13th day of September 2024.

Respectfully submitted:

/s/ Kerry R. Lewis
Kerry R. Lewis, OBA #16519
RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone:   918/582-1173
Facsimile:   918/592-3390
klewis@rhodesokla.com
***Attorneys for Great Lakes Insurance SE***

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2024, a true and correct copy of the above and foregoing was filed electronically in the Court's ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

      */s/ Kerry R. Lewis*
      Kerry R. Lewis