# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: September 23, 2024

| | |
|---|---|
| GREAT LAKES INSURANCE SE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-00702-JD |
| ) | |
| FREDY VALLE, doing business as ) | |
| Valle Trucking; SILVER STAR ) | |
| CONSTRUCTION COMPANY, INC.; ) | |
| TYLON MACKEY; and ZURICH ) | |
| AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants, ) | |
| --------------------------------------------- ) | |
| ZURICH AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Counter Claimant, ) | |
| v. ) | |
| ) | |
| GREAT LAKES INSURANCE SE, ) | |
| ) | |
| Counter Defendant, ) | |
| --------------------------------------------- ) | |
| ZURICH AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| PROGRESSIVE NORTHERN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |

**ENTER ORDER:**

      The Court has reviewed the parties' Joint Status Report regarding remaining deadlines [Doc. No. 120]. The parties agree that a deadline of Friday, November 1, 2024, is appropriate for all dispositive motions to be filed in this case, in the event resolution of this action does not take place before then. Therefore, the Court sets the dispositive motion deadline for all motions for summary judgment as and including Friday, November 1, 2024. If this action resolves, the parties shall request an administrative closing order or file an appropriate dismissal, as soon as possible but no later than the Friday, November 1, 2024 deadline. The Court withholds setting other deadlines pending the possible resolution or other disposition, if necessary, on summary judgment.

      ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

      JOAN KANE, CLERK

      By:  */s/ Nyssa Vasquez*
            Deputy Clerk