**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) GREAT LAKES INSURANCE SE,   )<br>                                                           )<br>         Plaintiff,                                  )<br>                                                           )<br>v.                                                        )    Case No. CIV-22-702-JD<br>                                                           )<br>(1) FREDY VALLE d/b/a VALLE   )<br>TRUCKING;                                     )<br>(2) SILVER STAR CONSTRUCTION )<br>COMPANY, INC.;                             )<br>(3) TYLON MACKEY;                       )<br>(4) ISRAEL JUAREZ;                        )<br>(5) ORD TRUCKING, INC;                )<br>(6) ZURICH AMERICAN INS. CO.,   )<br>                                                           )<br>         Defendants.                            )<br>_____ )<br>                                                           )<br>(7) ZURICH AMERICAN INS. CO.,   )<br>                                                           )<br>         Defendant/Third Party Plaintiff, )<br>                                                           )<br>v.                                                        )<br>                                                           )<br>(8) PROGRESSIVE NORTHERN INS. )<br>CO.,                                                  )<br>                                                           )<br>         Third-Party Defendant.          ) | |

## NOTICE OF SETTLEMENT

Plaintiff Great Lakes Insurance SE, with the permission of Zurich American Insurance Company and Progressive Northern Insurance Company, gives notice to the Court that the parties have reached a settlement of all claims, counterclaims, and

third-party claims asserted in this lawsuit. The parties are exchanging settlement documents and intend to file a stipulation of dismissal within 30 days.

Dated this 31st day of October 2024.

Respectfully submitted:

By: /s/Kerry R. Lewis
Kerry R. Lewis, OBA #16519
klewis@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
***Attorneys for Great Lakes Insurance SE***

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, a true and correct copy of the above and foregoing was filed electronically in the Court's ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Kerry R. Lewis
Kerry R. Lewis