**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) GREAT LAKES INSURANCE SE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-702-JD |
| | ) | |
| (2) FREDY VALLE d/b/a VALLE TRUCKING; | ) | |
| (3) SILVER STAR CONSTRUCTION COMPANY, INC.; | ) | |
| (4) TYLON MACKEY; | ) | |
| (5) ISRAEL JUAREZ; | ) | |
| (6) ORD TRUCKING, INC; | ) | |
| (7) ZURICH AMERICAN INS. CO., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| | ) | |
| (8) ZURICH AMERICAN INS. CO., | ) | |
| | ) | |
|     Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (9) PROGRESSIVE NORTHERN INS. CO., | ) | |
| | ) | |
|     Third-Party Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW all parties, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate and agree that this action and all of its claims, counterclaims, third-party claims, and causes of action are hereby dismissed **with prejudice** by agreement and stipulation of all parties, with each party to bear their own costs and fees.

Dated this 8th day of November, 2024.

1

Respectfully submitted:

/s/ Amy E. Hampton
Rachel C. Mathis, OBA #16360
Amy E. Hampton, OBA #20235
2642 East 21st Street, Suite 250
Tulsa, OK 74114
Tel: (918) 949-9966
Fax: (918) 949-9968
Email: rmathis@amlawok.com
ahampton@amlawok.com
**Attorneys for Defendant Zurich American Insurance Company**

/s/ Kerry R. Lewis
Kerry R. Lewis, OBA #16519
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone:    918/582-1173
Facsimile:    918/592-3390
klewis@rhodesokla.com
**Attorneys for Great Lakes Insurance SE**

/s/ J. Chris Horton
J. Chris Horton, OBA #19334
J. Chris Horton, PC
P.O. Box 576
El Reno, OK 73036
**Attorney for Defendant Silver Star Construction Company, Inc.**

/s/ Andrew E. Polichinski
Andrew E. Polichinski, OBA No. 31869
Ryan W. Polchinski, OBA No. 33765
Law Offices of Daniel M. Davis
300 N Walnut Ave
Oklahoma City, OK 73104
**Attorney for Defendant Tylon Mackey**

/s/ James A. Scimeca
James A. Scimeca, OBA No. 10950
BURCH, GEORGE & GERMANY
204 N. Robinson Avenue, Suite 1500
Oklahoma City, Oklahoma 73102
**Attorney for Defendant Tylon Mackey**

/s/ Bradley E. Bowlby
Bradley E. Bowlby, OBA #22847
STARR, BEGIN & KING, PLLC
1800 S. Baltimore Ave., Ste 550
Tulsa, OK 74119
**Attorneys for Defendant Progressive Northern Ins. Co.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, a true and correct copy of the above and foregoing was filed electronically in the Court's ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Kerry R. Lewis
Kerry R. Lewis